'8-30-2007  12:52      WARDEN URTNOWSKI ZAHARONI                    949 752 9320      P.07

FILED

1 | J. Brian Urtnowski (CSB #117720)
   Neil Sholander (CSB #225894)
2 | URTNOWSKI & ASSOCIATES, P.C.          AUG 30 PM 3:36
   2040 Main St., Ninth Floor
3 | Irvine, CA 92614      **E-filing**
   (949) 752-0010
4 | (f) (949) 752-9320

5

6 | Attorneys for: Plaintiff UNITED RENTALS NORTHWEST, INC.

7 |                    UNITED STATES DISTRICT COURT

8 |           FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                                                              ADR

10                                              BY FAX

11 | United States For The Use of:         )  DOCKET NO.
12 | UNITED RENTALS NORTHWEST,             )  C07-04510      EDL
    INC., an Oregon corporation,          )
13                                         )
             Plaintiff,                    )  COMPLAINT:
14                                         )
    vs.                                    )
15                                         )  1)  ON BOND (MILLER ACT)
                                           )  2)  ON BOND (MILLER ACT)
    WIRELESS COMMUNICATIONS               )  3)  BREACH OF CONTRACT
16 | UNLIMITED dba EAGLE                   )  4)  SERVICES RENDERED
    ENVIRONMENTAL                          )  5)  ACCOUNT STATED
17 | CONSTRUCTION, a California            )  6)  OPEN BOOK ACCOUNT
    corporation; GERALD SHMAVONIAN;       )  7)  BREACH OF PERSONAL GUARANTEE
18 | an individual; ROLAND BATISTE, an     )
    individual; LELAND STANFORD Jr.        )
19 | UNIVERSITY BOARD OF                    )
    TRUSTEES; the governing trust of a     )
20 | California corporation; and DOES 1     )
    through 100, Inclusive,                )
21                                         )
             Defendants.                    )
22 | _____      )

23 | 1.      Use Plaintiff UNITED RENTALS NORTHWEST, INC., ("United Rentals"), is and at all

24 | times herein mentioned was, a corporation organized and existing by virtue of the laws of

25 | the State of Oregon, authorized to do and doing business within the State of California.

26

27 | 2.      Plaintiff is informed and believes and on that ground alleges that defendant Wireless

28

---

Complaint on Bond (Miller Act)                    1                    Urtnowski & Associates, P.C.
                                                                       2040 Main St., Ninth Floor
                                                                       Irvine, CA 92614
                                                                       (949) 752-0010

10568705 bf - 8/30/2007 1 25.52 PM

1  Communications Unlimited, dba Eagle Environmental Construction ("Eagle "), is and at all
2  times herein mentioned was a corporation organized and existing by virtue of the laws of
3  the State of California, authorized to do and doing business within the State of California.

4

5  3.   Plaintiff is informed and believes and on that ground alleges that defendant Ronald Batiste
6  ("Batiste"), is and at all times herein mentioned was a resident of Alameda County, State of
7  California. On information and belief, Batiste is an owner of defendant Eagle Environmental
8  Construction.

9

10  4.   Plaintiff is informed and believes and on that ground alleges that defendant Gerald
11  Shmavonian, ("Shmavonian")  is and at all times herein mentioned was, an individual
12  residing in San Mateo County.

13

14  5.   Plaintiff is informed and believes and on that ground alleges that defendant Leland Stanford
15  Jr. University Board of Trustees ("Stanford") is and at all times herein mentioned was the
16  governing body of Leland Stanford Jr. University, a corporation organized and existing by
17  virtue of the laws of the State of California, authorized to do and doing business within the
18  State of California.

19

20  6.   Plaintiff is informed and believes jurisdiction over the subject matter of this lawsuit in
21  conferred on this Court by virtue of 28 U.S.C. §1352 and 40 U.S.C. §270(b).  Jurisdiction
22  over the Third, Fourth, Fifth, Sixth and Seventh Claims for Relief is provided under the
23  principles of pendent jurisdiction. Venue is proper in the Northern District because a
24  substantial part of the events or omissions giving rise to the claim occurred in this District.

25

26  7.   Defendants DOES 1 through 100, inclusive, are sued herein under fictitious names since
27  their true names and capacities are unknown to plaintiff. When the true names and capacities
28  have been ascertained, plaintiff will amend this complaint to state the same.  Plaintiff is

Complaint on Bond (Miller Act)                    2                    Urtnowski & Associates, P.C.
                                                                        2040 Main St., Ninth Floor
                                                                        Irvine, CA 92614
                                                                        (949) 752-0010

1    informed and believes and thereon alleges that each of the fictitiously named defendants

2    claims an estate or interest in the property herein mentioned.

3

4    8.    On information and belief, at all times mentioned herein, defendants and Does 21 through

5          100, were acting as the agent and/or employee of each remaining defendant, and acting

6          within the course and scope of said agency and/or employment, and that each fictitiously

7          named defendant is responsible in some manner for the occurrences herein mentioned and

8          that plaintiff's damages as herein mentioned were approximately caused by such defendants

9          and each of them.

10

11                            **FIRST CLAIM FOR RELIEF**

12   **(Claim On Miller Act Payment Bond Against Defendants Eagle and DOES 1 through 10)**

13                **(49 Stat. 793, c. 642, § 1; 40 U.S.C. §§270a-270e)**

14

15   9.    Plaintiff realleges and incorporates by reference the applicable allegations of paragraph 1

16         through 8 of this complaint, inclusive.

17

18   10.   United Rentals is informed and believes and thereon alleges that the U.S. Department of the

19         Navy ("Navy") is, and at all times herein mentioned was a subdivision of the United States

20         qualified to do and doing business in the State of California pursuant to and authorized by

21         the laws of the State of California.

22

23   11.   United Rentals is informed and believes and thereon alleges that sometime before July, 2006,

24         the United States of America, through the Department of the Navy, awarded a contract

25         ("Alameda Works Contract"), contract number unknown to plaintiff, for that certain work

26         of improvement at the Alameda Naval Air Base, located at 2900 Main Street, city of

27         Alameda, Alameda County, State of California, within the Northern District of California

28         ("Alameda Improvement").

---

Complaint on Bond (Miller Act); Demand for Jury Trial          3          Urtnowski & Associates, P.C.
                                                                          2030 Main Street, Fifth Floor
                                                                          Irvine, CA 92614
                                                                          (949) 752-0010

3

10568705 bf - 8/30/2007 1 25 53 PM

12.     United Rentals is informed and believes and thereon alleges that sometime before July, 2006, defendants Batiste and Eagle, as principal, and defendant DOES 1-10, as surety, acting through and in connection with defendants, executed and delivered a payment bond (the "Alameda Bond"), in a penal sum sufficient to guaranty the payment to all persons supplying labor, materials and equipment in the prosecution of the work provided for in the Alameda Works Contract and in any and all duly authorized modifications thereof, which said bond was executed and delivered as aforesaid in accordance with the provisions of an act of the Legislature of the United States of America, dated August 24, 1935, 49 Stat. 793, as amended (40 U.S.C. §§ 3131-3313). Plaintiff has submitted to the Department of Navy an affidavit to obtain a copy of said bond and contract and will produce these documents immediately upon plaintiff's receipt

13.     During the course of the performance and prosecution of this public work, and under and by virtue of the Alameda Works Contract and from on or about July 2006, until on or about December, 2006, United Rentals entered into a series of rental agreements ("Agreements") with defendants Eagle and Batiste, the material terms of which were that plaintiff agreed to and did furnish to defendants certain materials, equipment, fuels and services and defendant agreed to pay for same. (Accurate copies of the face pages of the Agreements and summary of the Agreements is attached hereto as **EXHIBIT "A"**.) The Agreements incorporated the terms of a Credit Application executed by Eagle and Batiste and/or its/his representatives, which provided, among other things, for the recovery of attorneys fees, reasonable court costs, late charges, service fees and or interest upon the late payment or the failure to pay any of the Agreements. (An accurate copy of the face page of the Credit Application is attached hereto as **EXHIBIT "B"**.)

14.     The Equipment furnished by United Rentals for the prosecution of said work of improvement was and is reasonably worth the sum of not less than $9,328.19, plus interest according to proof.

Complaint on Bond (Miller Act)               4                           Urtnowski & Associates, P.C.
                                                           2040 Main St, Ninth Floor
                                                            Irvine, CA 92614
                                                             (949) 752-0010

10568705.1tf - 8/30/2007 1 26 82 PM

15. Within ninety (90) days from the date on which United Rentals furnished the last of the Equipment for which its claim hereunder is made, United Rentals gave written notice to defendant Eagle, stating with substantial accuracy the amount claimed and the name of the party to whom the materials were furnished, which said notice was served on defendant Eagle by registered mail, postage prepaid, in an envelope addressed to said contractor at its business address. Attached hereto as **Exhibit "C"** is a true and correct copy of said written notice.

16. More than ninety (90) days have elapsed since the date on which the Equipment was furnished to defendant and there is now due, owing and unpaid to United Rentals the sum of not less than $9,328.19, plus interest according to proof, plus costs and reasonable attorneys, fees.

17. Said materials, equipment, fuels and services so furnished by use plaintiff in the prosecution of the Alameda Improvement, were and are reasonably worth the sum of not less than NINE THOUSAND THREE HUNDRED TWENTY EIGHT DOLLARS NINETEEN CENTS ($9,328.19) after deducting all just credits and offsets, and the same has not been paid, neither the whole nor any part thereof.

## SECOND CLAIM FOR RELIEF

**(Claim On Miller Act Payment Bond Against Defendants Eagle, Shmavonian, Stanford and DOES 11 through 20)**

**(49 Stat. 793, c. 642, § 1; 40 U.S.C. §§270a-270e)**

18. Plaintiff realleges and incorporates by reference the applicable allegations of paragraph 1 through 17 of this complaint, inclusive.

Complaint on Bond (Miller Act)                                5                    Urtnowski & Associates, P.C.
2040 Main St., Ninth Floor
Irvine, CA 92614
(949) 752-0010

10568705.trf - 8/30/2007 1 25 52 PM

19.  United Rentals is informed and believes and thereon alleges that the U.S. Department of the Energy ("USDE") is, and at all times herein mentioned was a subdivision of the United States qualified to do and doing business in the State of California pursuant to and authorized by the laws of the State of California.

20.  United Rentals is informed and believes and thereon alleges that sometime before July, 2006, the United States of America, through the USDE, awarded a contract ("'Stanford Works Contract"), contract number unknown to plaintiff for that certain work of improvement related to the construction of the Stanford Linear Accelerator, operated by Stanford, located at 2575 Sand Hill Road, Menlo Park, San Mateo County, state of California, within the Northern District of California.

21.  United Rentals is informed and believes and thereon alleges that sometime before July, 2006, defendants Batiste and Eagle, as principal, and defendant Shmavonian, as surety, acting through and in connection with defendants, executed and delivered a payment bond (the "Stanford Bond"), in a penal sum sufficient to guaranty the payment to all persons supplying labor, materials and equipment in the prosecution of the work provided for in the Stanford Works Contract and in any and all duly authorized modifications thereof, which said bond was executed and delivered as aforesaid in accordance with the provisions of an act of the Legislature of the United States of America, dated August 24, 1935, 49 Stat. 793, as amended (40 U.S.C. §§ 3131-3313). Plaintiff has submitted to Stanford a request for said bond and contract and will produce these documents immediately upon plaintiff's receipt

22.  During the course of the performance and prosecution of this public work, and under and by virtue of the Stanford Works Contract and from on or about July 2006, until on or about December, 2006, United Rentals entered into a series of rental agreements ("Agreements") with defendants Eagle and Batiste, the material terms of which were that plaintiff agreed to and did furnish to defendants certain materials, equipment, fuels and services and defendant

Complaint on Bond (Miller Act)                          6                          Urtnowski & Associates, P.C.
                                                                                    2040 Main St., Ninth Floor
                                                                                    Irvine, CA 92614
                                                                                    (949) 752-0010

10568711 tif - 8/30/2007 1 41 24 PM

1    agreed to pay for same. See **EXHIBIT "A"**. The Agreements incorporated the terms of a

2    Credit Application executed by Eagle and Batiste and/or its/his representatives, which

3    provided, among other things, for the recovery of attorneys fees, reasonable court costs, late

4    charges, service fees and or interest upon the late payment or the failure to pay any of the

5    Agreements. See **EXHIBIT "B"**.

6

7    23.    Within ninety (90) days from the date on which United Rentals furnished the last of the

8    Equipment for which its claim hereunder is made, United Rentals gave written notice to

9    defendants Eagle, Shmavonian and Stanford stating with substantial accuracy the amount

10    claimed and the name of the party to whom the materials were furnished, which said notice

11    was served on defendant Eagle by registered mail, postage prepaid, in an envelope addressed

12    to said contractor at its business address.  Attached hereto as **Exhibit "D"** is a true and

13    correct copy of said written notice.

14

15    24.    More than ninety (90) days have elapsed since the date on which the Equipment was

16    furnished to defendant and there is now due, owing and unpaid to United Rentals the sum

17    of not less than $25,917.64, plus interest according to proof, plus costs and reasonable

18    attorneys, fees.

19

20    25.    Said materials, equipment, fuels and services so furnished by use plaintiff in the prosecution

21    of the Alameda Improvement, were and are reasonably worth the sum of not less than

22    TWENTY FIVE THOUSAND AND NINE HUNDRED SEVENTEEN DOLLARS SIXTY FOUR

23    CENTS ($25,917.64) after deducting all just credits and offsets, and the same has not been

24    paid, neither the whole nor any part thereof.

25

26                                   **THIRD CLAIM FOR RELIEF**

27    **(Breach of Contract Against Defendants Eagle, Batiste and DOES 21 through 100)**

28

Complaint on Bond (Miller Act)                          7                            Urtnowski & Associates, P.C.
                                                                                      2040 Main St., Ninth Floor
                                                                                      Irvine, CA 92614
                                                                                      (949) 752-0010

10568711 hf - 8/30/2007 1 41 24 PM

26. United Rentals realleges and incorporates herein by reference the applicable allegations of paragraphs 1 through 25, inclusive, of this Complaint.

27 Pursuant to the Agreements between United Rentals and defendants, United Rentals furnished the materials, equipment, fuels and services to defendants and has fully performed all the terms and conditions on its part to be performed pursuant to the Agreements.

28. Although demand has been made therefor, defendants have failed and refused to pay any of the amounts owed to United Rentals for the materials, equipment, fuels and services furnished to Eagle and Batiste by United Rentals under the Agreements, in breach of the Agreements.

29. As a result of defendants' breach of the Agreements, United Rentals has been damaged in the sum of at least FORTY SIX THOUSAND TWO HUNDRED THIRTY FOUR DOLLARS FORTY CENTS ($46,234.40), plus interest according to proof, plus costs and reasonable attorneys' fees.

## FOURTH CLAIM FOR RELIEF

### (For Services Rendered Against Defendants Eagle Construction, Batiste and DOES 21 through 100)

30. Plaintiff realleges and incorporates by reference the applicable allegations of paragraphs 1 through 29 of this complaint, inclusive.

31. Within the last four years, Eagle Construction and Batiste became indebted to plaintiff in the sum of not less than FORTY SIX THOUSAND TWO HUNDRED THIRTY FOUR DOLLARS FORTY CENTS ($46,234.40), for materials, equipment, fuels and services furnished by plaintiff to defendant at the special instance and request of defendant, for which

Complaint on Bond (Miller Act)                    8                    Urtnowski & Associates, P.C.
                                                                       2040 Main St., Ninth Floor
                                                                       Irvine, CA 92614
                                                                       (949) 752-0010

10568711 tif - 8/30/2007 1 41 24 PM

1    Eagle Construction agreed to pay plaintiff the above sum.

2

3  32.    No part of the above sum has been paid, notwithstanding plaintiff's demand therefor, and

4        there is now due, owing and unpaid from Eagle Construction and Batiste to plaintiff the sum

5        of not less than $46.234.40, together with interest thereon at the highest legal rate according

6        to proof plus reasonable attorneys' fees and costs.

7

8                              **FIFTH CLAIM FOR RELIEF**

9    **(For Account Stated Against Eagle Construction, Batiste and DOES 21 through 100)**

10

11  33.    Plaintiff realleges and incorporates by reference the applicable allegations of paragraphs 1

12        through 32 of this complaint, inclusive.

13

14  34.    Within the last four years, an account was stated in writing by and between plaintiff and

15        Eagle Construction and Batiste wherein it was agreed that Eagle Construction was indebted

16        to plaintiff in the sum of not less than FORTY SIX THOUSAND TWO HUNDRED

17        THIRTY FOUR DOLLARS FORTY CENTS ($46,234.40), for materials, equipment, fuels

18        and services furnished by plaintiff to Eagle Construction and Batiste at the special instance

19        and request of Eagle Construction and Batiste for which Eagle Construction and Batiste

20        agreed to pay plaintiff the above sum.

21

22  35.    No part of the above sum has been paid, notwithstanding plaintiff's demand therefor, and

23        there is now due, owing and unpaid from Eagle Construction and Batiste to plaintiff the sum

24        of not less than FORTY SIX THOUSAND TWO HUNDRED THIRTY FOUR DOLLARS

25        FORTY CENTS ($46,234.40) together with interest thereon at the highest legal rate

26        according to proof plus reasonable attorneys' fees and costs.

27

28  ///

Complaint on Bond (Miller Act)                    9                    Urtnowski & Associates, P.C.
                                                                        2040 Main St., Ninth Floor
                                                                        Irvine, CA 92614
                                                                        (949) 752-0010

## SIXTH CLAIM FOR RELIEF

**(Open Book Account Against Eagle Construction, Batiste and DOES 21 through 100)**

36.    Plaintiff realleges and incorporates by reference the applicable allegations of paragraphs 1 through 35 of this complaint, inclusive.

37.    Within the last four years, Eagle Construction and Batiste became indebted to plaintiff on an open book account for money due in the sum of not less than FORTY SIX THOUSAND TWO HUNDRED THIRTY FOUR DOLLARS FORTY CENTS ($46,234.40) for materials, equipment, fuels and services furnished by plaintiff to defendant at the special instance and request of Eagle Construction and Batiste for which Eagle Construction and Batiste agreed to pay plaintiff the above sum, plus interest thereon at the highest legal rate per annum, and reasonable attorneys' fees and costs.

38.    Neither the whole nor any part of the above sum has been paid, although demand has been made therefor, and there is now due, owing and unpaid from Eagle Construction and Batiste to plaintiff the sum of not less than FORTY SIX THOUSAND TWO HUNDRED THIRTY FOUR DOLLARS FORTY CENTS ($46,234.40) together with interest thereon at the highest legal rate according to proof plus reasonable attorneys' fees and costs.

## SEVENTH CLAIM FOR RELIEF

**(Breach of Personal Guarantee Against Defendant Batiste and DOES 21 through 100)**

39.    Plaintiff realleges and incorporates by reference the applicable allegations of paragraphs 1 through 38 of this complaint, inclusive.

40.    On or about July 24, 2006, defendants Eagle and Batiste executed the Credit Application. Concurrently with the execution of the Credit Application, defendant Batiste agreed, in

---

Complaint on Bond (Miller Act)    10    Urtnowski & Associates, P.C.
2040 Main St., Ninth Floor
Irvine, CA 92614
(949) 752-0010

10568711 trf - 8/30/2007 1 41 24 PM

1    writing, to unconditionally guarantee (the "Personal Guarantee Agreement") the full and

2    prompt payment to plaintiff of all current and future indebtedness, obligations and liabilities

3    owing from Eagle. (See, **EXHIBIT "B"**.) Thereafter, defendant Batiste became indebted

4    to plaintiff in the amount of FORTY SIX THOUSAND TWO HUNDRED THIRTY FOUR

5    DOLLARS FORTY CENTS ($46,234.40). Despite demand therefore, defendant Batiste has

6    refused to pay, and continue to refuse to pay such indebtedness to plaintiff as requested.

7

8    41.    Despite demand therefore, defendant Batiste failed and continues to fail to honor the

9    Personal Guarantee Agreement and pay to United Rentals the sum of not less than FORTY

10    SIX THOUSAND TWO HUNDRED THIRTY FOUR DOLLARS FORTY CENTS

11    ($46,234.40) for the equipment, materials and services furnished by United Rentals to

12    defendants for their use.

13

14    42.    Pursuant to the terms of the Agreements and the Personal Guarantee Agreement with

15    plaintiff, defendants also promised to pay a service charge and costs of collection, including

16    reasonable attorneys' fees.

17

18    43.    Plaintiff has fully performed all the terms and conditions on its part to be performed pursuant

19    to the Agreement and the Personal Guarantee Agreement.

20

21    44.    Although demand has been made therefor, defendants have failed, neglected and refused to

22    pay any of the amounts owed to plaintiff, in breach of the Agreement and the Personal

23    Guarantee Agreement.

24

25    45.    As a result of defendant's breach of the Agreement and the Personal Guarantee Agreement,

26    plaintiff has been damaged in the sum of not less than FORTY SIX THOUSAND TWO

27    HUNDRED THIRTY FOUR DOLLARS FORTY CENTS ($46,234.40), together with

28

---

Complaint on Bond (Miller Act)                    11                    Urtnowski & Associates, P.C.
                                                                        2040 Main St., Ninth Floor
                                                                        Irvine, CA 92614
                                                                        (949) 752-0010

interest thereon at the highest legal rate according to proof plus reasonable attorneys' fees and costs.

## PRAYER

**WHEREFORE,** use plaintiff United Rentals Northwest, Inc. prays for judgment as follows:

AS TO THE FIRST CLAIM FOR RELIEF:

1.    Against Eagle and Does 1 through 10, jointly and severally, in the sum of no less than $9,328.19, plus interest according to proof, costs and reasonable attorneys' fees.

2.    For such other and further relief as the Court deems just and proper.

AS TO THE SECOND CLAIM FOR RELIEF:

1.    Against Eagle, Shmavonian, Stanford and Does 11 through 20, jointly and severally, in the sum of no less than $25,917.64, plus interest according to proof, costs and reasonable attorneys' fees.

2.    For such other and further relief as the Court deems just and proper.

AS TO THE THIRD THROUGH SIXTH CLAIMS FOR RELIEF

1.    Against Eagle, Batiste and Does 21 through 100, jointly and severally, the sum of no less than $46,343.40;

2.    For interest thereon according to proof;

3.    For costs of suit incurred herein;

4.    For reasonable attorneys' fees; and,

5.    For such other and further relief as the Court deems just and proper.

///

AS TO THE SEVENTH CLAIM FOR RELIEF:

1.    For judgment against defendant Ronald Batiste and DOES 21 through 100, jointly and

severally, for the sum of not less than $46,234.40;

2.    For interest thereon according to proof;

3.    For costs of suit incurred herein;

4.    For reasonable attorneys' fees;

5.    For such other relief as the Court deems just and proper.

Dated: August 28, 2007                          URTNOWSKI & ASSOCIATES, P.C.

                                         By: _____
                                              Neil M. Sholander
                                              J. Brian Urtnowski
                                              Attorneys for United Rentals Northwest, Inc.

Complaint on Bond (Miller Act)                    13                    Urtnowski & Associates, P.C.
                                                                        2040 Main St, Ninth Floor
                                                                        Irvine, CA 92614
                                                                        (949) 752-0010

10568711 hf · 8/30/2007 1 41 24 PM

# EXHIBIT "A"

```
System: UNITED                                                    2/12/07  14:37:17              Customer Invoice Inquiry                                      Cmp:
                                                                                                                                                              Page: 1  U1

Status: S  Total $:      46214.40   EAGLE ENVIRONMENTAL CONSTRUCT    Phone: 510-510-2480                                                         Signature
Cust #:  97S697
Open: Y  Paid: N                                                                                                                                              <---- Filters
```

| Invoice # | Date | Loc | St | Balance | Type | Job Location | P.O. # |
|---|---|---|---|---|---|---|---|
| 58165031-001 | 7/29/06 | 549 | QP | 143.32 | S | 2575 SAND HILL ROAD, MENLO P | RONALD BARTISTA |
| 58123382-001 | 7/31/06 | 549 | QP | 114.35 | S | 2575 SAND HILL ROAD, MENLO P | RONALD BARTISTA |
| 58212362-001 | 7/31/06 | 549 | QP | 53.59 | S | 2575 SAND HILL ROAD, MENLO P | RONALD BARTISTA |
| 58246706-001 | 8/19/06 | 606 | QP | 13318.76 | S | 2575 SAND HILL ROAD, MENLO P | RONALD BARTISTA |
| 58246706-002 | 8/30/06 | 606 | QP | 225.26 | S | 2575 SAND HILL ROAD, MENLO P | RONALD BARTISTA |
| 58283342-001 | 8/12/06 | 606 | QP | 1548.85 | S | 2575 SAND HILL ROAD, MENLO P | RONALD BARTISTA |
| 58533103-001 | 8/15/06 | 053 | QP | 79.57 | S | 2575 SAND HILL ROAD, MENLO P | RONALD BARTISTA |
| 58589603-001 | 8/17/06 | 053 | QP | 79.57 | S | 2575 SAND HILL ROAD, MENLO P | RONALD BARTISTA |
| 58605911-001 | 8/31/06 | 559 | QP | 650.00 | S | 2575 SAND HILL ROAD, MENLO P | RONALD BARTISTA |
| 58606935-001 | 8/18/06 | 606 | QP | 4693.44 | S | 2575 SAND HILL ROAD, MENLO P | RONALD BARTISTA |
| 58668925-001 | 8/20/06 | 606 | QP | 106.09 | S | 2575 SAND HILL ROAD, MENLO P | RONALD BARTISTA |
| 58668925-002 | 8/20/06 | 549 | QP | 567.30 | S | 2575 SAND HILL ROAD, MENLO P | RONALD BARTISTA |
| 17351177-001 | 9/05/06 | 549 | QP | 902.33 | R | 2575 SAND HILL ROAD, MENLO P | 2019 SLAC |
| 89061676-001 | 8/30/06 | 047 | QP | 1230.79 | R | STANFORD UNIVERSITY, PALO AL | 2021ESLAC |
| 58930567-001 | 8/11/06 | 604 | QP | 1693.15 | R | 2900 MAIN ST., ALAMEDA | NONE |
| 58930567-002 | 8/11/06 | 604 | QP | 1596.37 | R | 2900 MAIN ST., ALAMEDA | NONE |
| 58930567-003 | 11/08/06 | 604 | QP | 3024.65 | R | 2900 MAIN ST., ALAMEDA | NONE |
| 58930567-004 | 11/28/06 | 604 | QP | 1596.37 | R | 2900 MAIN ST., ALAMEDA | NONE |
| 58940413-001 | 8/31/06 | 606 | QP | 1931.77 | W | 1 EAGLE ENVIRONMEN | CLEMENT |
| 58974447-001 | 9/13/06 | 549 | QP | 349.91 | R | 1431 HALIBUT, TREASURE ISLAN | 9013 SFT |
| 58974447-002 | 9/13/06 | 549 | QP | 4076.41 | R | 1431 HALIBUT, TREASURE ISLAN | 9013 SFT |
| 59024131-001 | 9/17/06 | 053 | QP | 2070.57 | R | WILL CALL OAKLAND, OAKLAND | LOUIS 510-847-5141 |
| 59070139-001 | 9/18/06 | 053 | QP | 1417.64 | R | 2900 MAIN ST., ALAMEDA | 9013 SFT |
| 59139609-001 | 9/06/06 | 053 | QP | 245.76 | R | WILL CALL, | NONE |
| 59214386-001 | 9/24/06 | 047 | QP | 672.74 | R | LEXINGTONS STREET, ALAMEDA | JACK BARFIELD |
| 59214396-001 | 9/24/06 | 549 | QP | 104.42 | R | TEPPA TEC | LINBARD ST |
| 60138119-001 | 10/13/06 | 053 | QP | 309.69 | R | 2785 BUTTERS DRIVE, OAKLAND | 27951 |
| 60158942-001 | 10/30/06 | 516 | QP | 821.82 | R | WATT AVE, | 7901IP2 |
| 60158942-002 | 10/30/06 | 547 | QP | 821.82 | R | WATT AVE, | 7901IP2 |
| 60442074-001 | 10/27/06 | 516 | QP | 170.38 | R | WATT AVE, | 7901IP2 |
| 9999999999-001 | 10/20/06 | 053 | QP | 2.39 | | | |
| 9999999999-002 | 10/20/06 | 547 | QP | 11.34 | | | |
| 9999999999-003 | 10/20/06 | 549 | QP | 16.11 | | | |
| 9999999999-004 | 10/20/06 | 606 | QP | 1399.78 | | | |
| 9999999999-005 | 11/20/06 | 053 | QP | 18.46 | | | |
| 9999999999-006 | 11/20/06 | 549 | QP | 256.13 | | | |
| 9999999999-007 | 11/30/06 | 547 | QP | 11.34 | | | |
| 9999999999-008 | 11/30/06 | 516 | QP | 70.40 | | | |
| 9999999999-009 | 11/20/06 | 549 | QP | 127.51 | | | |
| 9999999999-010 | 11/20/06 | 047 | QP | 25.40 | | | |
| 9999999999-011 | 11/20/06 | 606 | QP | 256.13 | | | |
| 9999999999-012 | 12/20/06 | 047 | QP | 21.03 | | | |
| 9999999999-013 | 12/20/06 | 053 | QP | 27.33 | | | |
| 9999999999-014 | 12/20/06 | 547 | QP | 11.34 | | | |
| 9999999999-015 | 12/20/06 | 549 | QP | 142.25 | | | |
| 9999999999-016 | 12/20/06 | 559 | QP | 70.40 | | | |
| 9999999999-017 | 12/20/06 | 604 | QP | 49.34 | | | |
| 9999999999-018 | 12/20/06 | 606 | QP | 256.13 | | | |

```
Total Current Balance:      46214.40
Total # of records:             48                         ...
```

AUG-30-2007  12:59    WARDEN URTNOWSKI ZAHARONI    949 752 9320    P.22/62



**United Rentals**
~~ *10 98TH AVENUE*
KLAND, CA  94603
*0-562-3000*
209-576-7883

**L ̄ ̄ AGREEMENT / INVOICE**
** COPY **

**Job Site**

STANFORD LINEAR EXCELERATOR
2575 SAND HILL ROAD
MENLO PARK, CA  94025

C#: 510-530-2480 J#: 510-530-2480

**Customer**

EAGLE ENVIRONMENTAL CONSTRUCT
2775 BUTTERS DRIVE
OAKLAND, CA  94602

Customer.... 979697
Invoice #... 58165031-001
System date.  7/29/06

Invoice date  7/31/06   12:00 PM

Job Loc..... 2575 SAND HILL ROAD, MENLO PAR
Job No...... 1 - STANFORD LINEAR
P.O. #...... RONALD BABTISTA
Ordered By.. RONALD BABTISTA
Written by.. UR549DD
Salesperson.  5782
Terms....... Net 10 Days

**PLEASE REMIT PAYMENT TO:**
UNITED RENTALS NORTHWEST, INC.
PO BOX 79337
CITY OF INDUSTRY, CA 91716-9337

| Qty | Item number | Stock class | Unit | Price | Amount |
|-----|-------------|-------------|------|-------|--------|
| 96 | WHITE POLY WOVEN BAGS (FILLED)<br>115353<br>UM: (EA) EACH | QUICK | EA<br>Bin Location YARDREAR | 2.500 | 240.00 |
| | DELIVERY CHARGE<br>SHIP TO:   STANFORD LINEAR EXCELERATOR<br>2575 SAND HILL ROAD<br>MENLO PARK, CA  94025 | | | | 79.00 |



Ronald babtista 510-504-9629
or 510-919-6317

Sub-total:  319.00
Tax:   26.32
Total:  345.32

**IMPORTANT - PLEASE READ CAREFULLY:** By signing this Sales Agreement, Customer agrees to all terms and conditions shown on the back and front of this Sales Agreement. Upon delivery, Customer assumes full responsibility for all items, including their safety and proper use, operation, maintenance, storage, and transportation.

**WARRANTY DISCLAIMER:** As described on the back of this Sales Agreement, United makes no warranties of merchantability or fitness for a particular purpose, or any other warranties, express or implied. Customer agrees to the waiver of claims as indicated on the back of this Sales Agreement.

**INDEMNITY AGREEMENT:** As United has no control over the use of the Equipment being purchased by Customer, Customer agrees to indemnify and hold United harmless from any claims, regardless of whether such claims or actions are founded in whole or in part upon any negligent act or omission of United, or any person, party or parties, for los, injury and damage to person or property arising out of the Customer's possession, use, maintenance or return of Equipment, including legal costs incurred in defense of such claims. This indemnity provision also applies to any claims asserted against United based upon strict or product liability.

**UNITED GUARD WARRANTY PROGRAM:** Upon accepting the United Guard Warranty Program (the "Program") the Customer agrees to pay the selected percentage of the sales charge. The Program is subject to the limitations set out in the terms and conditions of the Program included with this Sales Agreement.

**FUEL:** Fuel charges do not include federal, state or local fuel excise taxes.

**X**
_____    _____    _____                    _____    _____
CUSTOMER SIGNATURE         DATE        NAME PRINTED                                 UNITED RENTALS AGENT   DATE

**A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST.**
10688711 tif - 8/30/2007 1 41 24 PM

** AGREEM...
COPY **

AUG-30-2007  12:59

WARDEN URTNOWSKI ZAHARONI
~~0 98TH AVENUE
KLAND, CA  94603
.0-562-3000
209-576-7883



# United Rentals

**Job site**

STANFORD LINEAR EXCELERATOR
2575 SAND HILL ROAD
MENLO PARK, CA  94025

C#: 510-530-2480  J#: 510-530-2480

**Customer**

EAGLE ENVIRONMENTAL CONSTRUCT
2775 BUTTERS DRIVE
OAKLAND, CA  94602

Customer.... 979697
Invoice #... 58212341-001
System date. 7/31/06       5:02 PM
Invoice date 7/31/06
Job Loc..... 2575 SAND HILL ROAD, MENLO PAR
Job No...... 1 - STANFORD LINEAR
P.O. #...... RONALD BABTISTA
Ordered By.. DAVE CRILLEY
Written by.. UR549BP
Salesperson. 5782
Terms....... Net 10 Days

PLEASE REMIT PAYMENT TO:
UNITED RENTALS NORTHWEST, INC.
PO BOX 79337
CITY OF INDUSTRY, CA 91716-9337

| Qty | Item number | Stock class | Unit | Price | Amount |
|-----|-------------|-------------|------|-------|--------|
| 125 | WATTLE, RICE STRAW, 9"X25' ES07525PRP UM: (FT) LINEAR FOOT | DYCK Bin Location YARD | FT YARD | .990 | 123.75 |

SHIP TO:  STANFORD LINEAR EXCELERATOR
2575 SAND HILL ROAD
MENLO PARK, CA  94025

Sub-total:  123
Tax:  10
**Total:**  13

COPY

**IMPORTANT - PLEASE READ CAREFULLY:** By signing this Sales Agreement, Customer agrees to all terms and conditions shown on the back and front of this Sales Agreement. Upon c
assumes full responsibility for all items, including their safety and proper use, operation, maintenance, storage, and transportation.

**WARRANTY DISCLAIMER:** As described on the back of this Sales Agreement, United makes no warranties of merchantability or fitness for a particular purpose, or any other warranties
implied. Customer agrees to the waiver of claims as indicated on the back of this Sales Agreement.

**INDEMNITY AGREEMENT:** As United has no control over the use of the Equipment being purchased by Customer, Customer agrees to indemnify and hold United harmless from any
claims, regardless of whether such claims or actions are founded in whole or in part upon any negligent act or omission of United, or any person, party or parties, for loss, injury or d
property arising out of the Customer's possession, use, maintenance or return of Equipment, including legal costs incurred in defense of such claims. This indemnity provision also a
asserted against United based upon strict or product liability.

**UNITED GUARD WARRANTY PROGRAM:** Upon accepting the United Guard Warranty Program (the "Program") the Customer agrees to pay the selected percentage of the sales charge
is subject to the limitations set out in the terms and conditions of the Program included with this Sales Agreement.

**FUEL:** Fuel charges do not include federal, state or local fuel excise taxes.

X
_____     _____     _____
**CUSTOMER SIGNATURE**          **DATE**         **NAME PRINTED**              **UNITED RENTALS AGENT**

A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST

30-2007  12:59    WARDEN URTNOWSKI ZAHARONI    949 752 9320    P.24/62



United Rentals

'10 98TH AVENUE
KLAND, CA  94603
0-562-3000
209-576-7883

**SALES AGREEMENT / INVOICE**
** COPY **

| Job Site | STANFORD LINEAR EXCELERATOR<br>2575 SAND HILL ROAD<br>MENLO PARK, CA  94025<br><br>C#: 510-530-2480 J#: 510-530-2480 |
|---|---|



Customer.... 979697
Invoice #... 58212362-001
System date. 7/31/06
Invoice date 7/31/06    5:06 PM
Job Loc..... 2575 SAND HILL ROAD, MENLO PAR
Job No...... 1 - STANFORD LINEAR
P.O. #...... RONALD BABTISTA
Ordered By.. DAVE
Written by.. UR549BP
Salesperson. 5782
Terms....... Net 10 Days

| Customer | EAGLE ENVIRONMENTAL CONSTRUCT<br>2775 BUTTERS DRIVE<br>OAKLAND, CA  94602 |
|---|---|

**PLEASE REMIT PAYMENT TO:**
UNITED RENTALS NORTHWEST, INC.
PO BOX 79337
CITY OF INDUSTRY, CA 91716-9337

| Qty | Item number | Stock class | Unit | Price | Amount |
|---|---|---|---|---|---|
| 50 | WATTLE, RICE STRAW, 9"X25'<br>ES07525PRP<br>UM: (FT) LINEAR FOOT | DYCK | FT<br>Bin Location YARD | .990 | 49.50 |
|  | DELIVERY CHARGE<br>SHIP TO:   STANFORD LINEAR EXCELERATOR<br>2575 SAND HILL ROAD<br>MENLO PARK, CA  94025 | | | | |

Sub-total:    49.50
Tax:     4.09
Total:    53.59

COPY

**IMPORTANT - PLEASE READ CAREFULLY:** By signing this Sales Agreement, Customer agrees to all terms and conditions shown on the back and front of this Sales Agreement. Upon delivery, Customer assumes full responsibility for all items, including their safety and proper use, operation, maintenance, storage, and transportation.

**WARRANTY DISCLAIMER:** As described on the back of this Sales Agreement, United makes no warranties of merchantability or fitness for a particular purpose, or any other warranties, express or implied. Customer agrees to the waiver of claims as indicated on the back of this Sales Agreement.

**INDEMNITY AGREEMENT:** As United has no control over the use of the Equipment being purchased by Customer, Customer agrees to indemnify and hold United harmless from any claims, regardless of whether such claims or actions are founded in whole or in part upon any negligent act or omission of United, or any person, party or parties, for loss, injury and damage to person or property arising out of the Customer's possession, use, maintenance or return of Equipment, including legal costs incurred in defense of such claims. This indemnity provision also applies to any claims asserted against United based upon strict or product liability.

**UNITED GUARD WARRANTY PROGRAM:** Upon accepting the United Guard Warranty Program (the "Program") the Customer agrees to pay the selected percentage of the sales charge. The Program is subject to the limitations set out in the terms and conditions of the Program included with this Sales Agreement.

**FUEL:** Fuel charges do not include federal, state or local fuel excise taxes.

X

| CUSTOMER SIGNATURE | DATE | NAME PRINTED | UNITED RENTALS AGENT | DATE |
|---|---|---|---|---|

A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST.

10568711 blf - 8/30/2007 1.41.24 PM

30-2007  13:00                                                              949-752 9320    P.25/62

WARDEN URTNOWSKI ZAHARONI
773 LOOMIS STREET
1 FRANCISCO, CA  94124
--5-642-1300
209-576-7883

# United Rentals

# 4-WEEK BILLING INVOICE
** COPY **



**Job Site**

STANFORD LINEAR EXCELERATOR
2575 SAND HILL ROAD
MENLO PARK, CA  94025

C#: 510-530-2480 J#: 510-530-2480

```
Customer....  979697
Invoice #...  58246706-001
Invoice date  8/19/06
Date out....  8/02/06      8:00 AM
Billed thru.  8/30/06

Job Loc.....  2575 SAND HILL ROAD, MENLO PA
Job No......  1 - STANFORD LINEAR
P.O. #......  RONALD BABTISTA
Ordered By..  LOUIS CHERRY
Written By..  CYCLE BILL
Salesperson.  6628
Terms.......  Net 30 Days
```

**Customer**

EAGLE ENVIRONMENTAL CONSTRUCT
2775 BUTTERS DRIVE
OAKLAND, CA  94602

```
PLEASE REMIT PAYMENT TO:
UNITED RENTALS NORTHWEST, INC.
PO BOX 79337
CITY OF INDUSTRY, CA 91716-9337
```

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|-----|-------------|-----|-----|------|--------|--------|
| 1 | EXCAVATOR 35,000# - 39,999# * | 600.00 | 600.00 | 1950.00 | 5600.00 | 5600.00 |
|   | 671512    Make: JOHN DEERE  Model: 160LC- SEE SPEC  Ser #: FF160CX044867 | | | | | |
|   | HR OUT:    747.20   HR IN: | TOTAL: | 747.20 | | | |
| 1 | EXCAVATOR HYDR BREAKER    * | 600.00 | 600.00 | 2150.00 | 5000.00 | 5000.00 |
|   | 731252    Make: ARROWHEAD  Model: 16T  Ser #: 16T110402 | | | | | |
| 1 | EXCAVATOR BUCKET 36IN | | | | | N/C |

SALES ITEMS:

| Qty | Item number | Stock class | Unit | Price | Amount |
|-----|-------------|-------------|------|-------|--------|
| 1 | ENV | MCI | EA | 25.000 | 25.00 |
|   | ENVIRONMENTAL CHARGE | | | | |
|   | UM: (EA) EACH | | | | |

DELIVERY CHARGE                                                         160.00

PICKUP CHARGE                                                          160.00

LOUIS CHERRY: 510 847 5141
**ORDER CALLED IN BY 549DD**                          Sub-total: 10945.00
ALTERNATE CONTACT IS CLEMENT:510 5047067   Rental protection:  1484.00
                                                         Tax:   889.76
                                                        Total: 13318.76
BILLED FOR FOUR WEEKS  8/02/06 THRU  8/30/06  08:00 AM
RENTAL PROTECTION ACCEPTED



**\*ENVIRONMENTAL CHARGE:** The items indicated above are subject to an environmental charge which is designed to recover the company's direct and indirect expenses for the handling, managing and disposing of waste products, hazardous materials, and related administrative costs. This is not a government mandated charge.
**FUEL:** Fuel charges do not include federal, state or local fuel excise taxes.

**OPTIONAL RENTAL PROTECTION PLAN:    THE RENTAL PROTECTION PLAN IS NOT INSURANCE!**  Upon accepting the Optional Rental Protection Plan, the Customer agrees to pay a charge equal to **14%** of the rental charges on Equipment Customer wants covered by the Rental Protection Plan. In return, as set out on the back page, United agrees to waive certain claims for accidental damage to such covered Equipment occuring during normal and careful use. Customer remains liable for all damages and loss due to theft listed under the Rental Protection Plan provisions in the Terms and Conditions on back page, including Customer's negligence.    **Customer Accepts (        )          Customer Declines (        )**

**READ BEFORE SIGNING:** United hereby leases to Customer the Equipment as defined in the Terms and Conditions on the reverse side and Customer hereby accepts all *TERMS AND CONDITIONS* listed in this rental agreement, including the Terms and Conditions set forth on the reverse side, which the undersigned has read and understands. REMINDERS: (1) Rates do not include fuel or delivery; (2) Optional Rental Protection Plan charge is **14%** of the total rental charge for covered equipment; (3) **Customer pays for all time the Equipment is out, including Saturdays, Sundays and Holidays.**    (4) This rental agreement supersedes all other purchase orders or terms and conditions contained in any of Customer's agreements or forms; (5) Customer assumes all risk and is responsible for all damages and other costs, including late charges. Details of the above as well as other obligations and responsibilities are contained in the    **TERMS AND CONDITIONS ON REVERSE. THE INDIVIDUAL SIGNING BELOW AS OR ON BEHALF OF CUSTOMER: (1) AGREES TO ALL OF THE TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS RENTAL AGREEMENT, (2) ACKNOWLEDGES RECEIPT OF THE EQUIPMENT IN GOOD WORKING ORDER AND, (3) IS FULLY FAMILIAR WITH ITS OPERATION AND USE.**

X _____

| CUSTOMER SIGNATURE | DATE | NAME PRINTED | DELIVERED BY | DATE |
|--------------------|------|--------------|--------------|------|

A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST
58246711.tif - 8/30/2007 1.41.24 PM

AUG-30-2007  13:00        WARDEN URTNOWSKI ZAHARONI        949 752 9320      P.26/62



**United Rentals**

```
"?3 LOOMIS STREET
 ? FRANCISCO, CA  94124
.-5-642-1300
209-576-7883
```

# RENTAL RETURN INVOICE
## ** COPY **

**Job Site**

STANFORD LINEAR EXCELERATOR
2575 SAND HILL ROAD
MENLO PARK, CA  94025

C#: 510-530-2480 J#: 510-530-2480

**Customer**

EAGLE ENVIRONMENTAL CONSTRUCT
2775 BUTTERS DRIVE
OAKLAND, CA  94602



```
Customer.... 979697
Invoice #... 58246706-002
Invoice date 8/30/06
Date out.... 8/02/06    8:00 AM
Date in..... 8/22/06    4:12 PM
Last billed. 8/30/06
Job Loc..... 2575 SAND HILL ROAD, MENLO PA
Job No...... 1 - STANFORD LINEAR
P.O. #...... RONALD BABTISTA
Ordered By.. LOUIS CHERRY
Written by.. UR6061R
Salesperson. 6628
Terms....... Net 30 Days
```

```
    PLEASE REMIT PAYMENT TO:
UNITED RENTALS NORTHWEST, INC.
        PO BOX 79337
CITY OF INDUSTRY, CA 91716-9337
```

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|-----|-------------|-----|-----|------|--------|--------|
| 1 | EXCAVATOR 35,000# - 39,999# * | 600.00 | 600.00 | 1950.00 | 5600.00 | N/C |
| | 671512    Make: JOHN DEERE  Model: 160LC- SEE SPEC  Ser #: FF160CX044867 | | | | | |
| | HR OUT:    747.20   HR IN:    805.50   TOTAL:    58.30 | | | | | |
| 1 | EXCAVATOR HYDR BREAKER      * | 600.00 | 600.00 | 2150.00 | 5000.00 | N/C |
| | 731252    Make: ARROWHEAD  Model: 16T  Ser #: 16T110402 | | | | | |
| 1 | EXCAVATOR BUCKET 36IN | | | | | N/C |
| SALES ITEMS: | | | | | | |

| Qty | Item number | Stock class | Unit | Price | Amount |
|-----|-------------|-------------|------|-------|--------|
| 42.8 | FUEL | MCI | EA | 5.950 | 254.66 |
| | FUEL FOR ABOVE RENTAL UNIT | | | | |
| | UM: (EA) EACH | | | | |

```
LOUIS CHERRY: 510 847 5141                      Fuel:    254.66
**ORDER CALLED IN BY 549DD**                    Tax:      21.02
ALTERNATE CONTACT IS CLEMENT:510 5047067        Total:   275.68
FINAL BILL:  8/30/06 08:00 AM THRU  8/22/06 04:12 PM.
RENTAL PROTECTION ACCEPTED
```



**\*ENVIRONMENTAL CHARGE:** The items indicated above are subject to an environmental charge which is designed to recover the company's direct and indirect expenses for the handling, managing and disposing of waste products, hazardous materials, and related administrative costs. This is not a government mandated charge.
FUEL: Fuel charges do not include federal, state or local fuel excise taxes.

**OPTIONAL RENTAL PROTECTION PLAN:** *THE RENTAL PROTECTION PLAN IS NOT INSURANCE!*  Upon accepting the Optional Rental Protection Plan, the Customer agrees to pay a charge  equal to 14% of the rental charges on Equipment Customer wants covered by the Rental Protection Plan, in return, as set out on the back page, United agrees to waive certain claims for accidental damage to such covered Equipment occuring during normal and careful use. Customer remains liable for all damages and loss due to theft listed under The Rental Protection Plan provisions in the Terms and Conditions on back page, including Customer's negligence.    *Customer Accepts  (      )*        *Customer Declines  (      )*

**READ BEFORE SIGNING:** United hereby leases to Customer the Equipment (as defined in the Terms and Conditions on the reverse side) and Customer hereby accepts all *TERMS AND CONDITIONS* listed in this rental agreement, including the Terms and Conditions set forth on the reverse side, which the undersigned has read and understands. REMINDERS: (1) Rates do not include fuel or delivery; (2) Optional Rental Proection Plan charge is 14% of the total rental charge for covered equipment; (3) Customer pays for all time the Equipment is out, including Saturdays, Sundays and Holidays.    (4) This rental agreement supersedes all other purchase orders or terms and conditions contained in any of Customer's agreements or forms; (5) Customer assumes all risk and is responsible for all damages and other costs, including late charges. Details of the above as well as other obligations and responsibilities are contained in the  TERMS AND CONDITIONS ON REVERSE. THE INDIVIDUAL SIGNING BELOW AS OR ON BEHALF OF CUSTOMER: (1) AGREES TO ALL OF THE TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS RENTAL AGREEMENT, (2) ACKNOWLEDGES RECEIPT OF THE EQUIPMENT IN GOOD WORKING ORDER AND, (3) IS FULLY FAMILIAR WITH ITS OPERATION AND USE.

**X**

| CUSTOMER SIGNATURE | DATE | NAME PRINTED | DELIVERED BY | DATE |
|---|---|---|---|---|

A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST. 6711 tif - 8/30/2007 1 41 24 PM

AUG-30-2007  13:00    WARDEN URTNOWSKI ZAHARONI    949 752 9320    Page...

**United Rentals**

'23 LOOMIS STREET
IN FRANCISCO, CA  94124
.15-642-1300
209-576-7883

EK BILLING INVOICE
** COPY **



**Job Site**

STANFORD LINEAR EXCELERATOR
2575 SAND HILL ROAD
MENLO PARK, CA  94025

C#: 510-530-2480 J#: 510-530-2480

**Customer**

EAGLE ENVIRONMENTAL CONSTRUCT
2775 BUTTERS DRIVE
OAKLAND, CA  94602

Customer.... 979697
Invoice #... 58418419-002
Invoice date  8/23/06
Date out....  8/08/06    2:00 PM
Billed thru.  9/05/06

Job Loc..... 2575 SAND HILL ROAD, MENLO PA
Job No...... 1 - STANFORD LINEAR
P.O. #...... RONALD BABTISTA
Ordered By.. LOUIS
Written By.. CYCLE BILL
Salesperson. 99
Terms....... Net 30 Days

PLEASE REMIT PAYMENT TO:
UNITED RENTALS NORTHWEST, INC.
PO BOX 79337
CITY OF INDUSTRY, CA 91716-9337

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|-----|-------------|-----|-----|------|--------|--------|
| 1 | WATER TANK TRAILER 500 GAL  * | 145.00 | 145.00 | 520.00 | 1075.00 | 1075.00 |
|  | 280406   Make: MCCLINTOCK Model: CWT500 Ser #: 4MFWB132XYW001147 | | | | | |

SALES ITEMS:

| Qty | Item number | Stock class | Unit | Price | Amount |
|-----|-------------|-------------|------|-------|--------|
| 1 | ENV | MCI | EA | 5.160 | 5.16 |
|  | ENVIRONMENTAL CHARGE | | | | |
|  | UM: (EA) EACH | | | | |

DELIVERY CHARGE                                                                       110.00

PICKUP CHARGE                                                                          110.00

2575 SAND HILL RD,
STANFORD LINEAR EXCELERATOR
LOUIS CHERRY 510.847.5141

Sub-total:  1300.16
Rental protection:  150.50
Tax:  98.19
Total:  1548.85

BILLED FOR FOUR WEEKS  8/08/06 THRU  9/05/06  02:00 PM
RENTAL PROTECTION ACCEPTED



*ENVIRONMENTAL CHARGE: The items indicated above are subject to an environmental charge which is designed to recover the company's direct and indirect expenses for the handling, managing and disposing of waste products, hazardous materials, and related administrative costs. This is not a government mandated charge.
FUEL: Fuel charges do not include federal, state or local fuel excise taxes.

OPTIONAL RENTAL PROTECTION PLAN:    THE RENTAL PROTECTION PLAN IS NOT INSURANCE!   Upon accepting the Optional Rental Protection Plan, the Customer agrees to pay a charge equal to 14%   of the rental charges on Equipment Customer wants covered by the Rental Protection Plan. In return, as set out on the back page, United agrees to waive certain claims for accidental damage to such covered Equipment occuring during normal and careful use. Customer remains liable for all damages and loss due to theft listed under The Rental Protection Plan provisions in the Terms and Conditions on back page, including Customer's negligence.    **Customer Accepts  (       )**          **Customer Declines  (       )**

READ BEFORE SIGNING: United hereby leases to Customer the Equipment (as defined in the Terms and Conditions on the reverse side) and Customer hereby accepts all TERMS AND CONDITIONS listed in this rental agreement, including the Terms and Conditions set forth on the reverse side, which the undersigned has read and understands. REMINDERS: (1) Rates do not include fuel or delivery; (2) Optional Rental Protection Plan charge is 14% of the total rental charge for covered equipment; (3) Customer pays for all time the Equipment is out, including Saturdays, Sundays and Holidays.    (4) This rental agreement supersedes all other purchase orders or terms and conditions contained in any of Customer's agreements or forms; (5) Customer assumes all risk and is responsible for all damages and other costs, including late charges. Details of the above as well as other obligations and responsibilities are contained in the    TERMS AND CONDITIONS ON REVERSE. THE INDIVIDUAL SIGNING BELOW AS OR ON BEHALF OF CUSTOMER: (1) AGREES TO ALL OF THE TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS RENTAL AGREEMENT, (2) ACKNOWLEDGES RECEIPT OF THE EQUIPMENT IN GOOD WORKING ORDER AND, (3) IS FULLY FAMILIAR WITH ITS OPERATION AND USE.

X

| CUSTOMER SIGNATURE | DATE | NAME PRINTED | DELIVERED BY | DATE |

A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST 68711 tif - 8/30/2007 1:41:24 PM

AUG-30-2007  13:00    WARDEN URTNOWSKI ZAHARONI        949 752 9320    P.28/62



**United Rentals**

*4273 WASHINGTON AVENUE
IN LEANDRO, CA  94578
510-357-5900
209-576-7883

**SALES AGREEMENT / INVOICE**
** COPY **

**Job Site**

STANFORD LINEAR EXCELERATOR
2575 SAND HILL ROAD
MENLO PARK, CA  94025

C#: 510-530-2480 J#: 510-530-2480

**Customer**

EAGLE ENVIRONMENTAL CONSTRUCT
2775 BUTTERS DRIVE
OAKLAND, CA  94602



Customer.... 979697
Invoice #... 58533930-001
System date. 8/12/06

Invoice date  8/12/06    3:28 PM

Job Loc..... 2575 SAND HILL ROAD, MENLO PAR
Job No...... 1 - STANFORD LINEAR
P.O. #...... RONALD BABTISTA
Ordered By.. LOUIS CHERRY
Written by.. UR0530C
Salesperson. 833
Terms....... Net 10 Days

**PLEASE REMIT PAYMENT TO:**
UNITED RENTALS NORTHWEST, INC.
PO BOX 79137
CITY OF INDUSTRY, CA 91716-9337

| Qty | Item number | Stock class | Unit | Price | Amount |
|-----|-------------|-------------|------|-------|--------|
| 150 | SANDBAG, EMPTY WHITE 14.5X26 POL<br>SANDBAG EMPTY WHT 14.5X26 POLY<br>UM: (EA) EACH | COMOD | EA<br>Bin Location SW11 | .490 | 73.50 |
|  | DELIVERY CHARGE<br>SHIP TO:   STANFORD LINEAR EXCELERATOR<br>2575 SAND HILL ROAD<br>MENLO PARK, CA  94025 |  |  |  |  |

Sub-total:    73.50
Tax:     6.07
Total:    79.57



**IMPORTANT - PLEASE READ CAREFULLY:** By signing this Sales Agreement, Customer agrees to all terms and conditions shown on the back and front of this Sales Agreement. Upon delivery, Customer assumes full responsibility for all items, including their safety and proper use, operation, maintenance, storage, and transportation.

**WARRANTY DISCLAIMER:** As described on the back of this Sales Agreement, United makes no warranties of merchantability or fitness for a particular purpose, or any other warranties, express or implied. Customer agrees to the waiver of claims as indicated on the back of this Sales Agreement.

**INDEMNITY AGREEMENT:** As United has no control over the use of the Equipment being purchased by Customer, Customer agrees to indemnify and hold United harmless from any claims, regardless of whether such claims or actions are founded in whole or in part upon any negligent act or omission of United, or any person, party or parties, for loss, injury and damage to person or property arising out of the Customer's possession, use, maintenance or return of Equipment, including legal costs incurred in defense of such claims. This indemnity provision also applies to any claims asserted against United based upon strict or product liability.

**UNITED GUARD WARRANTY PROGRAM:** Upon accepting the United Guard Warranty Program (the "Program") the Customer agrees to pay the selected percentage of the sales charge. The Program is subject to the limitations set out in the terms and conditions of the Program included with this Sales Agreement.

**FUEL:** Fuel charges do not include federal, state or local fuel excise taxes.

X _____
**CUSTOMER SIGNATURE**      DATE       **NAME PRINTED**                    **UNITED RENTALS AGENT**       DATE

A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST8711.tif - 8/30/2007 1 41 24 PM

AUG-30-2007  13:01      WARDEN URTNOWSKI ZAHARONI          949 752 9320    P.29/62



`4273 WASHINGTON AVENUE
.N LEANDRO, CA  94578
.10-357-5900
209-576-7883

**SAL~ 5 AGREEMENT / INVOICE**
** COPY **

**Job Site**

STANFORD LINEAR EXCELERATOR
2575 SAND HILL ROAD
MENLO PARK, CA  94025

C#: 510-530-2480 J#: 510-530-2480

**Customer**

EAGLE ENVIRONMENTAL CONSTRUCT
2775 BUTTERS DRIVE
OAKLAND, CA  94602



Customer.... 979697
Invoice #... 58589603-001
System date.  8/15/06

Invoice date  8/15/06    9:59 AM

Job Loc..... 2575 SAND HILL ROAD, MENLO PAR
Job No...... 1 - STANFORD LINEAR
P.O. #...... RONALD BABTISTA
Ordered By..
Written by.. UR053MD
Salesperson.  5782
Terms....... Net 10 Days

**PLEASE REMIT PAYMENT TO:**
UNITED RENTALS NORTHWEST, INC.
PO BOX 79337
CITY OF INDUSTRY, CA 91716-9337

| Qty | Item number | Stock class | Unit | Price | Amount |
|---|---|---|---|---|---|
| 150 | SANDBAG, EMPTY WHITE 14.5X26 POL<br>SANDBAG EMPTY WHT 14.5X26 POLY<br>UM: (EA) EACH | COMOD | EA<br>Bin Location SW11 | .490 | 73.50 |
| | DELIVERY CHARGE<br>SHIP TO:  STANFORD LINEAR EXCELERATOR<br>2575 SAND HILL ROAD<br>MENLO PARK, CA  94025 | | | | |

Sub-total: 73.50
Tax:  6.07
Total: 79.57



**IMPORTANT - PLEASE READ CAREFULLY:** By signing this Sales Agreement, Customer agrees to all terms and conditions shown on the back and front of this Sales Agreement. Upon delivery, Customer assumes full responsibility for all items, including their safety and proper use, operation, maintenance, storage, and transportation".

**WARRANTY DISCLAIMER:** As described on the back of this Sales Agreement, United makes no warranties of merchantability or fitness for a particular purpose, or any other warranties, express or implied. Customer agrees to the waiver of claims as indicated on the back of this Sales Agreement.

**INDEMNITY AGREEMENT:** As United has no control over the use of the Equipment being purchased by Customer, Customer agrees to indemnity and hold United harmless from any claims, regardless of whether such claims or actions are founded in whole or in part upon any negligent act or omission of United, or any person, party or parties, for loss, injury and damage to person or property arising out of the Customer's possession, use, maintenance or return of Equipment, including legal costs incurred in defense of such claims. This indemnity provision also applies to any claims asserted against United based upon strict or product liability.

**UNITED GUARD WARRANTY PROGRAM:** Upon accepting the United Guard Warranty Program (the "Program") the Customer agrees to pay the selected percentage of the sales charge. The Program is subject to the limitations set out in the terms and conditions of the Program included with this Sales Agreement.

**FUEL:** Fuel charges do not include federal, state or local fuel excise taxes.

**X**

CUSTOMER SIGNATURE      DATE      NAME PRINTED              UNITED RENTALS AGENT      DATE

A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST

# United Rentals

**40 WEST EVELYN AVENUE**
**NNYVALE, CA 94086**
**.08-736-7560**
**209-576-7883**

# RENTAL RETURN INVOICE
## ** COPY **

**Job Site**
STANFORD LINEAR EXCELERATOR
2575 SAND HILL ROAD
MENLO PARK, CA 94025

C#: 510-530-2480 J#: 510-530-2480

**Customer**
EAGLE ENVIRONMENTAL CONSTRUCT
2775 BUTTERS DRIVE
OAKLAND, CA 94602



| | |
|---|---|
| Customer.... | 979697 |
| Invoice #... | 58605911-001 |
| Invoice date | 8/17/06 |
| Date out..... | 8/15/06  3:52 PM |
| Date in..... | 8/17/06  4:35 PM |
| Job Loc..... | 2575 SAND HILL ROAD, MENLO PA |
| Job No...... | 1 - STANFORD LINEAR |
| P.O. #...... | RONALD BABTISTA |
| Ordered By.. | MARK P |
| Written by.. | UR547AG |
| Salesperson. | 6628 |
| Terms....... | Net 30 Days |

**PLEASE REMIT PAYMENT TO:**
**UNITED RENTALS NORTHWEST, INC.**
**PO BOX 79337**
**CITY OF INDUSTRY, CA 91716-9337**

| Qty | Equipment # | | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|---|
| 1 | TRUCK DUMP 5YD CLASS C | * | 120.00 | 245.00 | 995.00 | 2650.00 | 490.00 |
| | 743466  Make: FORD Model: F650 Ser #: 3FRNF65E45V202417 | | | | | | |
| | MI OUT:  5049.00  MI IN:  5089.00  TOTAL: | | | 40.00 | MIL CHG | | 12.00 |

SALES ITEMS:

| Qty | Item number | Stock class | Unit | Price | Amount |
|---|---|---|---|---|---|
| 1 | 500/XL | WCHES | PR | 1.390 | 1.39 |
| | GLOVE, LEA PALM SC SZ-XL | | | | |
| | UM: (PR) PAIR | | | | |
| 1 | ENV | MCI | EA | 2.400 | 2.40 |
| | ENVIRONMENTAL CHARGE | | | | |
| | UM: (EA) EACH | | | | |
| 5 | DSL | MCI | EA | 5.950 | 29.75 |
| | DIESEL | | | | |
| | UM: (EA) EACH | | | | |

| | |
|---|---|
| Sub-total: | 505.79 |
| Fuel: | 29.75 |
| Rental protection: | 70.28 |
| Tax: | 44.18 |
| **Total:** | **650.00** |

RENTAL PROTECTION ACCEPTED



*ENVIRONMENTAL CHARGE: The items indicated above are subject to an environmental charge which is designed to recover the company's direct and indirect expenses for the handling, managing and disposing of waste products, hazardous materials, and related administrative costs. This is not a government mandated charge.
FUEL: Fuel charges do not include federal, state or local fuel excise taxes.

OPTIONAL RENTAL PROTECTION PLAN:  *THE RENTAL PROTECTION PLAN IS NOT INSURANCE!*  Upon accepting the Optional Rental Protection Plan, the Customer agrees to pay a charge equal to __14%__ of the rental charges on Equipment Customer wants covered by the Rental Protection Plan. In return, as set out on the back page, United agrees to waive certain claims for accidental damage to such covered Equipment occuring during normal and careful use. Customer remains liable for all damages and loss due to theft listed under The Rental Protection Plan provisions in the Terms and Conditions on back page, including Customer's negligence.  **Customer Accepts (____)**    **Customer Declines (____)**

READ BEFORE SIGNING: United hereby leases to Customer the Equipment (as defined in the Terms and Conditions on the reverse side) and Customer hereby accepts all *TERMS AND CONDITIONS* listed in this rental agreement, including the Terms and Conditions set forth on the reverse side, which the undersigned has read and understands. REMINDERS: (1) Rates do not include fuel or delivery; (2) Optional Rental Proaction Plan charge is __14%__ of the total rental charge for covered equipment; (3) **Customer pays for all time the Equipment is out**, including Saturdays, Sundays and Holidays.  (4) This rental agreement supersedes all other purchase orders or terms and conditions contained in any of Customer's agreements or forms; (5) Customer assumes all risk and is responsible for all damages and other costs, including late charges. Details of the above as well as other obligations and responsibilities are contained in the  TERMS AND CONDITIONS ON REVERSE. THE INDIVIDUAL SIGNING BELOW AS OR ON BEHALF OF CUSTOMER: (1) AGREES TO ALL OF THE TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS RENTAL AGREEMENT, (2) ACKNOWLEDGES RECEIPT OF THE EQUIPMENT IN GOOD WORKING ORDER AND, (3) IS FULLY FAMILIAR WITH ITS OPERATION AND USE.

**X**

| CUSTOMER SIGNATURE | DATE | NAME PRINTED | | DELIVERED BY | DATE |
|---|---|---|---|---|---|

A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST.

AUG-30-2007  13:01    WARDEN URTNOWSKI ZAHARONI    949 752 9320    P.31/62
'939 SOUTH MOORLAND AVENUE

**United Rentals**

NTA ROSA, CA  95407
07-585-7621
209-576-7883

**~N~AL RETURN INVOICE**
** COPY **

| Job Site | |
|---|---|
| STANFORD LINEAR EXCELERATOR | Customer.... 979697 |
| 2575 SAND HILL ROAD | Invoice #... 58606935-001 |
| MENLO PARK, CA  94025 | Invoice date 8/31/06 |
| | Date out..... 8/16/06    8:00 AM |
| C#: 510-530-2480  J#: 510-530-2480 | Date in..... 8/22/06    4:12 PM |

Job Loc..... 2575 SAND HILL ROAD, MENLO PA
Job No...... 1 - STANFORD LINEAR
P.O. #...... RONALD BABTISTA
Ordered By.. CLEMENT 510-504-7067
Written by.. UR559EB
Salesperson. 5782
Terms....... Net 30 Days

| Customer | |
|---|---|
| EAGLE ENVIRONMENTAL CONSTRUCT | |
| 2775 BUTTERS DRIVE | |
| OAKLAND, CA  94602 | |

PLEASE REMIT PAYMENT TO:
UNITED RENTALS NORTHWEST, INC.
PO BOX 79337
CITY OF INDUSTRY, CA 91716-9337

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|
| 1 | EXCAVATOR 35,000# - 39,999# * | 600.00 | 600.00 | 1950.00 | 5600.00 | 1950.00 |
| | 671445    Make: JOHN DEERE  Model: 160LC   Ser #: FF160CX044850 | | | | | |
| | HR OUT:    834.30    HR IN:    892.40    TOTAL:    58.10 | | | MIL CHG | | 1320.00 |
| | Unit was called off via Hedi at the | | | | | |
| | Sunnyvale branch on 8/29 3:50 pm | | | | | |
| | 58.1 hours used on hour meter | | | | | |
| 1 | EXCAVATOR BUCKET 36IN | | | | | N/C |
| 1 | EXCAVATOR BUCKET 24IN | | | | | N/C |

SALES ITEMS:

| Qty | Item number | Stock class | Unit | Price | Amount |
|---|---|---|---|---|---|
| 1 | ENV | MCI | EA | 15.690 | 15.69 |
| | ENVIRONMENTAL CHARGE | | | | |
| | UM: (EA) EACH | | | | |
| 37.5 | FUEL | MCI | EA | 5.950 | 223.13 |
| | FUEL FOR ABOVE RENTAL UNIT | | | | |
| | UM: (EA) EACH | | | | |

| | |
|---|---|
| DELIVERY CHARGE | 210.00 |
| PICKUP CHARGE | 210.00 |

MUST BE ESCORTED IN -CALL WHEN AT SAND
HILL. CONTACT SLY 510) 395-7486
MARK 510) 282-7665.

|  |  |
|---|---|
| Sub-total: | 3705.69 |
| Fuel: | 223.13 |
| Rental protection: | 457.80 |
| Tax: | 306.82 |
| **Total:** | **4693.44** |

RENTAL PROTECTION ACCEPTED



*ENVIRONMENTAL CHARGE: The items indicated above are subject to an environmental charge which is designed to recover the company's direct and indirect expenses for the handling, managing and disposing of waste products, hazardous materials, and related administrative costs. This is not a government mandated charge.
FUEL: Fuel charges do not include federal, state or local fuel excise taxes.

OPTIONAL RENTAL PROTECTION PLAN:   *THE RENTAL PROTECTION PLAN IS NOT INSURANCE!*   Upon accepting the Optional Rental Protection Plan, the Customer agrees to pay a charge equal to 14% of the rental charges on Equipment Customer wants covered by the Rental Protection Plan. In return, as set out on the back page, United agrees to waive certain claims for accidental damage to such covered Equipment occuring during normal and careful use. Customer remains liable for all damages and loss due to theft listed under The Rental Protection Plan provisions in the Terms and Conditions on back page, including Customer's negligence.    *Customer Accepts (_____)*        *Customer Declines (_____)*

READ BEFORE SIGNING: United hereby leases to Customer the Equipment (as defined in the Terms and Conditions on the reverse side) and Customer hereby accepts all *TERMS AND CONDITIONS* listed in this rental agreement, including the Terms and Conditions set forth on the reverse side, which the undersigned has read and understands. REMINDERS: (1) Rates do not include fuel or delivery; (2) Optional Rental Proection Plan charge is 14% of the total rental charge for covered equipment; (3) Customer pays for all time the Equipment is out, including Saturdays, Sundays and Holidays.   (4) This rental agreement supersedes all other purchase orders or terms and conditions contained in any of Customer's agreements or forms; (5) Customer assumes all risk and is responsible for all damages and other costs, including late charges. Details of the above as well as other obligations and responsibilities are contained in the  TERMS AND CONDITIONS ON REVERSE. THE INDIVIDUAL SIGNING BELOW AS OR ON BEHALF OF CUSTOMER: (1) AGREES TO ALL OF THE TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS RENTAL AGREEMENT, (2) ACKNOWLEDGES RECEIPT OF THE EQUIPMENT IN GOOD WORKING ORDER AND, (3) IS FULLY FAMILIAR WITH ITS OPERATION AND USE.

X

| CUSTOMER SIGNATURE | DATE | NAME PRINTED | DELIVERED BY | DATE |
|---|---|---|---|---|

A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST
0568711 tif - 8/30/2007 1 41 24 PM

AUG-30-2007  13:01          WARDEN URTNOWSKI ZAHARONI          949 752 9320      P.32/62



**United Rentals**

'40 WEST EVELYN AVENUE
'NNYVALE, CA  94086
.08-736-7560
209-576-7883

## SAL AGREEMENT / INVOICE
** COPY **

**Job Site**

STANFORD LINEAR EXCELERATOR
2575 SAND HILL ROAD
MENLO PARK, CA  94025

C#: 510-530-2480 J#: 510-530-2480

**Customer**

EAGLE ENVIRONMENTAL CONSTRUCT
2775 BUTTERS DRIVE
OAKLAND, CA  94602

Customer.... 979697
Invoice #... 58640254-001
System date. 8/16/06

Invoice date  8/16/06    4:06 PM

Job Loc..... 2575 SAND HILL ROAD, MENLO PARK
Job No...... 1 - STANFORD LINEAR
P.O. #...... RONALD BABTISTA
Ordered By.. CLEMENT 510-504-7067
Written by.. UR547HV
Salesperson. 5782
Terms....... Net 10 Days

PLEASE REMIT PAYMENT TO:
UNITED RENTALS NORTHWEST, INC.
PO BOX 79337
CITY OF INDUSTRY, CA 91716-9337

| Qty | Item number | Stock class | Unit | Price | Amount |
|-----|-------------|-------------|------|-------|--------|
| 200 | SANDBAG, EMPTY WHITE 14.5X26 POL<br>SANDBAG EMPTY WHT 14.5X26 POLY<br>UM: (EA) EACH | COMOD | EA | .490 | 98.00 |
| | SHIP TO:  STANFORD LINEAR EXCELERATOR<br>2575 SAND HILL ROAD<br>MENLO PARK, CA  94025 | | | | |

Sub-total:      98.00
Tax:       8.09
Total:     106.09



**IMPORTANT - PLEASE READ CAREFULLY:** By signing this Sales Agreement, Customer agrees to all terms and conditions shown on the back and front of this Sales Agreement. Upon delivery, Customer assumes full responsibility for all items, including their safety and proper use, operation, maintenance, storage, and transportation.

**WARRANTY DISCLAIMER:** As described on the back of this Sales Agreement, United makes no warranties of merchantability or fitness for a particular purpose, or any other warranties, express or implied. Customer agrees to the waiver of claims as indicated on the back of this Sales Agreement.

**INDEMNITY AGREEMENT:** As United has no control over the use of the Equipment being purchased by Customer, Customer agrees to indemnify and hold United harmless from any claims, regardless of whether such claims or actions are founded in whole or in part upon any negligent act or omission of United, or any person, party or parties, for loss, injury and damage to person or property arising out of the Customer's possession, use, maintenance or return of Equipment, including legal costs incurred in defense of such claims. This indemnity provison also applies to any claims asserted against United based upon strict or product liability.

**UNITED GUARD WARRANTY PROGRAM:** Upon accepting the United Guard Warranty Program (the "Program") the Customer agrees to pay the selected percentage of the sales charge. The Program is subject to the limitations set out in the terms and conditions of the Program included with this Sales Agreement.

**FUEL:** Fuel charges do not include federal, state or local fuel excise taxes.

X

CUSTOMER SIGNATURE          DATE          NAME PRINTED                    UNITED RENTALS AGENT          DATE

A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST 8711 tif - 8/30/2007 1.41.24 PM

AUG-30-2007  13:02    WARDEN URTNOWSKI ZAHARONI    949 752 9320    P.33/62



**United Rentals**

'00 98TH AVENUE
KLAND, CA  94603
-10-562-3000
209-576-7883

# REN AL RETURN INVOICE
## ** COPY **

**Job Site**

STANFORD LINEAR EXCELERATOR
2575 SAND HILL ROAD
MENLO PARK, CA  94025

C#: 510-530-2480 J#: 510-530-2480

**Customer**

EAGLE ENVIRONMENTAL CONSTRUCT
2775 BUTTERS DRIVE
OAKLAND, CA  94602



Customer.... 979697
Invoice #... 58668429-002
Invoice date 8/20/06
Date out.... 8/17/06    1:10 PM
Date in..... 8/20/06    9:37 AM

Job Loc..... 2575 SAND HILL ROAD, MENLO PA
Job No...... 1 - STANFORD LINEAR
P.O. #...... RONALD BABTISTA
Ordered By.. LOUIS CHERRY
Written by.. UR549MM
Salesperson. 5782
Terms....... Net 30 Days

PLEASE REMIT PAYMENT TO:
UNITED RENTALS NORTHWEST, INC.
PO BOX 79337
CITY OF INDUSTRY, CA 91716-9337

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|-----|-------------|-----|-----|------|--------|--------|
| 1 | TRUCK STAKE 12FT W/LIFTGATE * | 85.00 | 142.00 | 545.00 | 1550.00 | 426.00 |
|   | 743449    Make: FORD  Model: F-550  Ser #: 1FDAF56P25EC57039 | | | | | |
|   | MI OUT: 44700.00    MI IN: 44732.00    TOTAL:    32.00 | | | MIL CHG | | 9.60 |

SALES ITEMS:

| Qty | Item number | Stock class | Unit | Price | Amount |
|-----|-------------|-------------|------|-------|--------|
| 2 | 04622 | KEEP | EA | 14.990 | 29.98 |
|   | RACHET STRAP 2"X27' WIRE ENDS | | | | |
|   | UM: (EA) EACH | | | | |

```
                                        Sub-total:    465.58
                               Rental protection:     60.98
                                            Tax:      40.74
                                          Total:     567.30
```

RENTAL PROTECTION ACCEPTED



**\*ENVIRONMENTAL CHARGE:** The items indicated above are subject to an environmental charge which is designed to recover the company's direct and indirect expenses for the handling, managing and disposing of waste products, hazardous materials, and related administrative costs. This is not a government mandated charge.
**FUEL:** Fuel charges do not include federal, state or local fuel excise taxes.

**OPTIONAL RENTAL PROTECTION PLAN:**  *THE RENTAL PROTECTION PLAN IS NOT INSURANCE!*  Upon accepting the Optional Rental Protection Plan, the Customer agrees to pay a charge equal to 14% of the rental charges on Equipment Customer wants covered by the Rental Protection Plan. In return, as set out on the back page, United agrees to waive certain claims for accidental damage to such covered Equipment occuring during normal and careful use. Customer remains liable for all damages and loss due to theft listed under The Rental Protection Plan provisions in the Terms and Conditions on back page, including Customer's negligence.  *Customer Accepts  (_____)*      *Customer Declines  (_____)*

**READ BEFORE SIGNING:** United hereby leases to Customer the Equipment (as defined in the Terms and Conditions on the reverse side) and Customer hereby accepts all *TERMS AND CONDITIONS* listed in this rental agreement, including the Terms and Conditions set forth on the reverse side, which the undersigned has read and understands. REMINDERS: (1) Rates do not include fuel or delivery; (2) Optional Rental Proection Plan charge is 14% of the total rental charge for covered equipment; (3) Customer pays for all time the Equipment is out, including Saturdays, Sundays and Holidays.  (4) This rental agreement supersedes all other purchase orders or terms and conditions contained in any of Customer's agreements or forms; (5) Customer assumes all risk and is responsible for all damages and other costs, including late charges. Details of the above as well as other obligations and responsibilities are contained in the  TERMS AND CONDITIONS ON REVERSE. THE INDIVIDUAL SIGNING BELOW AS OR ON BEHALF OF CUSTOMER: (1) AGREES TO ALL OF THE TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS RENTAL AGREEMENT, (2) ACKNOWLEDGES RECEIPT OF THE EQUIPMENT IN GOOD WORKING ORDER AND, (3) IS FULLY FAMILIAR WITH ITS OPERATION AND USE.

**X**

| CUSTOMER SIGNATURE | DATE | NAME PRINTED | DELIVERED BY | DATE |
|--------------------|------|--------------|--------------|------|

A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST711.hf - 8/30/2007 1 41.24 PM

AUG-30-2007  13:02    WARDEN URTNOWSKI ZAHARONI    949 752 9320    P.34/62


**United**
**Rentals**

*00 98TH AVENUE
KLAND, CA  94603
10-562-3000
209-576-7883

# REN TAL RETURN INVOICE
** COPY **

**Job Site**

STANFORD LINEAR EXCELERATOR
2575 SAND HILL ROAD
MENLO PARK, CA  94025

C#: 510-530-2480 J#: 510-530-2480

**Customer**

EAGLE ENVIRONMENTAL CONSTRUCT
2775 BUTTERS DRIVE
OAKLAND, CA  94602

Customer.... 979697
Invoice #... 58735177-001
Invoice date  9/05/06
Date out....  8/21/06    9:00 AM
Date in.....  9/01/06    2:25 PM

Job Loc..... 2575 SAND HILL ROAD, MENLO PA
Job No...... 1 - STANFORD LINEAR
P.O. #...... 2019 SLAC
Ordered By.. LOUIS CHERRY
Written by.. UR549JR
Salesperson. 99
Terms....... Net 30 Days

PLEASE REMIT PAYMENT TO:
UNITED RENTALS NORTHWEST, INC.
PO BOX 79337
CITY OF INDUSTRY, CA 91716-9337

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|-----|-------------|-----|-----|------|--------|--------|
| 1 | TRUCK STAKE 12FT W/LIFTGATE * | 85.00 | 142.00 | 545.00 | 545.00 | 545.00 |
|   | 743449    Make: FORD  Model: F-550  Ser #: 1FDAF56P25EC57039 | | | | | |
|   | MI OUT: 44732.00   MI IN: 45810.00   TOTAL:  1078.00 | | | | | |
|   | 30 CENTS PER MILE WILL BE ADDED TO FINAL | | | | | |
|   | INVOICE | | | | | |

SALES ITEMS:

| Qty | Item number | Stock class | Unit | Price | Amount |
|-----|-------------|-------------|------|-------|--------|
| 4 | 04622 | KEEP | EA | 16.990 | 67.96 |
|   | RACHET STRAP 2"X27' WIRE ENDS | | | | |
|   | UM: (EA) EACH | | | | |
| 1 | 152025 | CONTW | EA | 10.950 | 10.95 |
|   | ROPE, 1/2" X 50' POLYPRO TRUCK COIL | | | | |
|   | UM: (EA) EACH | | | | |
| 22.8 | DSL | MCI | EA | 5.950 | 135.66 |
|   | DIESEL | | | | |
|   | UM: (EA) EACH | | | | |

```
                                           Sub-total:      623.91
                                                Fuel:      135.66
                                  Rental protection:       76.30
                                                 Tax:       66.46
                                              Total:       902.33
```

RENTAL PROTECTION ACCEPTED

**ENVIRONMENTAL CHARGE:** The items indicated above are subject to an environmental charge which is designed to recover the company's direct and indirect expenses for the handling, managing and disposing of waste products, hazardous materials, and related administrative costs. This is not a government mandated charge.
**FUEL:** Fuel charges do not include federal, state or local fuel excise taxes.

**OPTIONAL RENTAL PROTECTION PLAN:**   *THE RENTAL PROTECTION PLAN IS NOT INSURANCE!*   Upon accepting the Optional Rental Protection Plan, the Customer agrees to pay a charge  equal to 14% of the rental charges on Equipment Customer wants covered by the Rental Protection Plan. In return, as set out on the back page, United agrees to waive certain claims for accidental damage to such covered Equipment occuring during normal and careful use. Customer remains liable for all damages and loss due to theft listed under The Rental Protection Plan provisions in the Terms and Conditions on back page, including Customer's negligence.     **Customer Accepts (____ )**          **Customer Declines (____ )**

*READ BEFORE SIGNING:* United hereby leases to Customer the Equipment (as defined in the Terms and Conditions on the reverse side) and Customer hereby accepts all *TERMS AND CONDITIONS* listed in this rental agreement, including the Terms and Conditions set forth on the reverse side, which the undersigned has read and understands. REMINDERS: (1) Rates do not include fuel or delivery; (2) Optional Rental Proection Plan charge is 14% of the total rental charge for covered equipment; (3) **Customer pays for all time the Equipment is out, including Saturdays, Sundays and Holidays.**   (4) This rental agreement supersedes all other purchase orders or terms and conditions contained in any of Customer's agreements or forms; (5) Customer assumes all risk and is responsible for all damages and other costs, including late charges. Details of the above as well as other obligations and responsibilities are contained in the   TERMS AND CONDITIONS ON REVERSE. THE INDIVIDUAL SIGNING BELOW AS OR ON BEHALF OF CUSTOMER: (1) AGREES TO ALL OF THE TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS RENTAL AGREEMENT, (2) ACKNOWLEDGES RECEIPT OF THE EQUIPMENT IN GOOD WORKING ORDER AND, (3) IS FULLY FAMILIAR WITH ITS OPERATION AND USE.

**X**

| CUSTOMER SIGNATURE | DATE | NAME PRINTED | DELIVERED BY | DATE |
|---|---|---|---|---|

A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST 8711 bf - 8/30/2007 1 41.24 PM

AUG-30-2007  13:02    WARDEN URTNOWSKI ZAHARONI    949 752 9320    P.35/62



**United Rentals**

*1655 OBGOOD ROAD
!EMONT, CA  94539
.10-657-5600
510-657-0793 FAX

## **RENTAL RETURN INVOICE**
** COPY **

**Job Site**

EAGLE ENVIRONMENTAL CONSTRUCT
STANFORD UNIVERSITY
PALO ALTO, CA  94303

C#: 510-530-2480 J#: 510-530-2480

**Customer**

EAGLE ENVIRONMENTAL CONSTRUCT
2775 BUTTERS DRIVE
OAKLAND, CA  94602

Customer.... 979697
Invoice #... 58906176-001
Invoice date 8/30/06
Date out.... 8/27/06    2:15 PM
Date in..... 8/30/06    1:57 PM

Job Loc..... STANFORD UNIVERSITY, PALO ALT
Job No...... 1 - EAGLE ENVIRONMEN
P.O. #...... 2021SLAC
Ordered By.. LOUIS
Written by.. UR047RP
Salesperson. 6356
Terms....... Net 30 Days

**PLEASE REMIT PAYMENT TO:**
UNITED RENTALS NORTHWEST, INC.
PO BOX 79337
CITY OF INDUSTRY, CA 91716-9337

| Qty | Equipment # | | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|---|
| 1 | TRUCK 16 FT FLATBED DUMP     * | | 163.00 | 285.00 | 1092.00 | 3276.00 | 855.00 |
| | 752458   Make: FORD  Model: F650  Ser #: 3FRNF65E65V215539 | | | | | | |
| | MI OUT:   7832.00   MI IN:   8084.00   TOTAL: | | | 252.00 | MIL CHG | | 75.60 |

SALES ITEMS:

| Qty | Item number | Stock class | Unit | Price | Amount |
|---|---|---|---|---|---|
| 2 | TP181 | NTSTS | EA | 12.990 | 25.98 |
| | 18" NR B/O STOP/SLOW PADDLE W/HANDLE | | | | |
| | UM: (EA) EACH | | | | |
| 1 | 2436CON | NTSTS | EA | 19.990 | 19.99 |
| | 36X24 PLAS NR DANGER CONSTRUCTION ZONE | | | | |
| | UM: (EA) EACH | | | | |
| 1 | ENV | MCI | EA | 4.460 | 4.46 |
| | ENVIRONMENTAL CHARGE | | | | |
| | UM: (EA) EACH | | | | |
| 5.2 | DSL | MCI | EA | 5.950 | 30.94 |
| | DIESEL | | | | |
| | UM: (EA) EACH | | | | |

|  | |
|---|---|
| Sub-total: | 981.03 |
| Fuel: | 30.94 |
| Rental protection: | 130.28 |
| Tax: | 88.54 |
| **Total:** | **1230.79** |

RENTAL PROTECTION ACCEPTED

```
*****************************************************************
*                ON ALL DELIVERED EQUIPMENT                     *
*      YOU MUST CALL 510-657-5600 FOR TERMINATION NUMBER        *
*                 TO STOP RENTAL CHARGES.                       *
*    ALL RENTAL RATES BASED ON 8HRS/DAY  40HRS/WEEK  160HRS/4 WEEKS *
*                                                               *
*        PLEASE CHECK YOUR INVOICE. NO ADJUSTMENT WILL BE       *
*            MADE AFTER 15 DAYS OF INVOICE DATE!                *
*                                                               *
*      WE, UNITED RENTALS - FREMONT, WOULD LIKE TO TAKE THIS    *
*   OPPORTUNITY TO EXPRESS OUR HEART FELT THANKS FOR YOUR BUSINESS. *
*WE ARE IN BUSINESS BECAUSE OF YOU AND WE APPRECIATE YOU CHOOSING US.*
*             FROM THE UNITED RENTALS FREMONT STAFF             *
*                   "CONSIDER IT DONE!"                         *
*****************************************************************
*****************************************************************
```

*ENVIRONMENTAL CHARGE: The items indicated above are subject to an environmental charge which is designed to recover the company's direct and indirect expenses for the handling, managing and disposing of waste products, hazardous materals, and related administrative costs. This is not a government mandated charge.
FUEL: Fuel charges do not include federal, state or local fuel excise taxes.

OPTIONAL RENTAL PROTECTION PLAN:  *THE RENTAL PROTECTION PLAN IS NOT INSURANCE!*  Upon accepting the Optional Rental Protection Plan, the Customer agrees to pay a charge  equal to 14%  of the rental charges on Equipment Customer wants covered by the Rental Protection Plan. In return, as set out on the back page, United agrees to waive certain claims for accidental damage to such covered Equipment occuring during normal and careful use. Customer remains liable for all damages and loss due to theft listed under The Rental Protection Plan provisions in the Terms and Conditions on back page, including Customer's negligence.    *Customer Accepts (_____)*        *Customer Declines (_____)*

READ BEFORE SIGNING: United hereby leases to Customer the Equipment (as defined in the Terms and Conditions on the reverse side) and Customer hereby accepts all *TERMS AND CONDITIONS* listed in this rental agreement, including the Terms and Conditions set forth on the reverse side, which the undersigned has read and understands. REMINDERS: (1) Rates do not include fuel or delivery; (2) Optional Rental Proection Plan charge is  14%  of the total rental charge for covered equipment; (3) Customer pays for all time the Equipment is out, including Saturdays, Sundays and Holidays.    (4) This rental agreement supersedes all other purchase orders or terms and conditions contained in any of Customer's agreements or forms; (5) Customer assumes all risk and is responsible for all damages and other costs, including late charges. Details of the above as well as other obligations and responsibilities are contained in the  TERMS AND CONDITIONS on REVERSE. THE INDIVIDUAL SIGNING BELOW AS OR ON BEHALF OF CUSTOMER: (1) AGREES TO ALL OF THE TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS RENTAL AGREEMENT, (2) ACKNOWLEDGES RECEIPT OF THE EQUIPMENT IN GOOD WORKING ORDER AND, (3) IS FULLY FAMILIAR WITH ITS OPERATION AND USE.

X

| CUSTOMER SIGNATURE | DATE | NAME PRINTED | DELIVERED BY | DATE |
|---|---|---|---|---|

A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST 8711 tif - 8/30/2007 1:41:24 PM

# United Rentals

**WARDEN URTNOWSKI ZAHARONI**
~~201 SUNDAI DRIVE~~
~~TIOCH, CA  94509~~
~~25-757-7900~~
209-576-7883

## ~~EK~~ BILLING INVOICE
** COPY **

<table>
<tr><td rowspan="5">Job Site</td><td>ALAMEDA NAVAL AIR BASE<br>2900 MAIN ST<br>ALAMEDA, CA  94501<br><br>C#: 510-530-2480  J#: 510-530-2480</td><td>Customer.... 979697<br>Invoice #... 58930567-001<br>Invoice date  9/13/06<br>Date out....  8/28/06    1:00 PM<br>Billed thru.  9/25/06<br><br>Job Loc..... 2900 MAIN ST, ALAMEDA<br>Job No...... 1 - ALAMEDA NAVAL AI<br>P.O. #...... NONE<br>Ordered By.. LEWIS<br>Written by.. CYCLE BILL<br>Salesperson. 5285<br>Terms....... Net 30 Days</td></tr>
</table>

**Customer**
EAGLE ENVIRONMENTAL CONSTRUCT
2775 BUTTERS DRIVE
OAKLAND, CA  94602

**PLEASE REMIT PAYMENT TO:**
UNITED RENTALS NORTHWEST, INC.
PO BOX 79337
CITY OF INDUSTRY, CA 91716-9337

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|
| 1 | GENERATOR 19 - 29 KVA    * | 180.00 | 180.00 | 480.00 | 1295.00 | 1295.00 |
|   | 876959    Make: SHINDAIWA  Model: DGK25B   Ser #: 039273 | | | | | |
|   | HR OUT:    1.10    HR IN:         TOTAL:        1.10 | | | | | |
|   | THIS IS THE RATE FOR A SINGLE SHIFT | | | | | |
|   | RENTAL. DOUBLE AND TRIPPLE SHIFT RENTALS | | | | | |
|   | ARE 1.5 AND 2 TIMES THIS RATE | | | | | |

SALES ITEMS:

| Qty | Item number | Stock class | Unit | Price | Amount |
|---|---|---|---|---|---|
| 1 | ENV | MCI | EA | 6.210 | 6.21 |
|   | ENVIRONMENTAL CHARGE | | | | |
|   | UM: (EA) EACH | | | | |

DELIVERY CHARGE                                89.00

Sub-total:  1390.21
Rental protection:  181.30
Tax:  121.65
**Total:  1693.16**

BILLED FOR FOUR WEEKS  8/28/06 THRU  9/25/06  01:00 PM
RENTAL PROTECTION ACCEPTED



**\*ENVIRONMENTAL CHARGE:** The items indicated above are subject to an environmental charge which is designed to recover the company's direct and indirect expenses for the handling, managing and disposing of waste products, hazardous materials, and related administrative costs. This is not a government mandated charge.
**FUEL:** Fuel charges do not include federal, state or local fuel excise taxes.

**OPTIONAL RENTAL PROTECTION PLAN:** *THE RENTAL PROTECTION PLAN IS NOT INSURANCE!* Upon accepting the Optional Rental Protection Plan, the Customer agrees to pay a charge equal to 14% of the rental charges on Equipment Customer wants covered by the Rental Protection Plan. In return, as set out on the back page, United agrees to waive certain claims for accidental damage to such covered Equipment occuring during normal and careful use. Customer remains liable for all damages and loss due to theft listed under The Rental Protection Plan provisions in the Terms and Conditions on back page, including Customer's negligence. **Customer Accepts (_____)     Customer Declines (_____)**

**READ BEFORE SIGNING:** United hereby leases to Customer the Equipment (as defined in the Terms and Conditions on the reverse side) and Customer hereby accepts all TERMS AND CONDITIONS listed in this rental agreement, including the Terms and Conditions set forth on the reverse side, which the undersigned has read and understands. REMINDERS: (1) Rates do not include fuel or delivery; (2) Optional Rental Protection Plan charge is 14% of the total rental charge for covered equipment; (3) **Customer pays for all time the Equipment is out, including Saturdays, Sundays and Holidays.** (4) This rental agreement supersedes all other purchase orders or terms and conditions contained in any of Customer's agreements or forms; (5) Customer assumes all risk and is responsible for all damages and other costs, including late charges. Details of the above as well as other obligations and responsibilities are contained in the TERMS AND CONDITIONS ON REVERSE. THE INDIVIDUAL SIGNING BELOW AS OR ON BEHALF OF CUSTOMER: (1) AGREES TO ALL OF THE TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS RENTAL AGREEMENT, (2) ACKNOWLEDGES RECEIPT OF THE EQUIPMENT IN GOOD WORKING ORDER AND, (3) IS FULLY FAMILIAR WITH ITS OPERATION AND USE.

X _____

| CUSTOMER SIGNATURE | DATE | NAME PRINTED | DELIVERED BY | DATE |
|---|---|---|---|---|

A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST.

10568711 tf - 8/30/2007 1 41 24 PM

Case 3:07-cv-04510-EDL   Document 1   Filed 08/30/2007   Page 31 of 56
AUG-30-2007  13:03   WARDEN URTNOWSKI ZAHARONI   949 752 9320   P.37/62
'204 SUNSET DRIVE
'TIOCH, CA  94509
25-757-7900
209-576-7883

# United Rentals

## **EK BILLING INVOICE**
## ** COPY **

| Job Site | Customer |
|---|---|
| ALAMEDA NAVAL AIR BASE<br>2900 MAIN ST<br>ALAMEDA, CA  94501<br><br>C#: 510-530-2480 J#: 510-530-2480 | Customer.... 979697<br>Invoice #... 58930567-002<br>Invoice date 10/11/06<br>Date out.... 8/28/06    1:00 PM<br>Billed thru. 10/23/06<br><br>Job Loc..... 2900 MAIN ST, ALAMEDA<br>Job No...... 1 - ALAMEDA NAVAL AI<br>P.O. #...... NONE<br>Ordered By.. LEWIS<br>Written by.. CYCLE BILL<br>Salesperson. 5285<br>Terms....... Net 30 Days |

**Customer**

EAGLE ENVIRONMENTAL CONSTRUCT
2775 BUTTERS DRIVE
OAKLAND, CA  94602

**PLEASE REMIT PAYMENT TO:**
UNITED RENTALS NORTHWEST, INC.
PO BOX 79337
CITY OF INDUSTRY, CA 91716-9337

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|
| 1 | GENERATOR 19 - 29 KVA        *<br>876959    Make: SHINDAIWA  Model: DGK25B  Ser #: 039273<br>HR OUT:    1.10    HR IN:<br>THIS IS THE RATE FOR A SINGLE SHIFT<br>RENTAL. DOUBLE AND TRIPPLE SHIFT RENTALS<br>ARE 1.5 AND 2 TIMES THIS RATE | 180.00<br><br>TOTAL: | 180.00<br><br>1.10 | 480.00 | 1295.00 | 1295.00 |

SALES ITEMS:

| Qty | Item number | Stock class | Unit | Price | Amount |
|---|---|---|---|---|---|
| 1 | ENV<br>ENVIRONMENTAL CHARGE<br>UM: (EA) EACH | MCI | EA | 6.210 | 6.21 |

Sub-total:  1301.21
Rental protection:   181.30
Tax:   113.86
Total:  1596.37

BILLED FOR FOUR WEEKS  9/25/06 THRU 10/23/06  01:00 PM
RENTAL PROTECTION ACCEPTED



*ENVIRONMENTAL CHARGE: The items indicated above are subject to an environmental charge which is designed to recover the company's direct and indirect expenses for the handling, managing and disposing of waste products, hazardous materials, and related administrative costs. This is not a government mandated charge.
FUEL: Fuel charges do not include federal, state or local fuel excise taxes.

OPTIONAL RENTAL PROTECTION PLAN:   *THE RENTAL PROTECTION PLAN IS NOT INSURANCE!*  Upon accepting the Optional Rental Protection Plan, the Customer agrees to pay a charge equal to 14% of the rental charges on Equipment Customer wants covered by the Rental Protection Plan. In return, as set out on the back page, United agrees to waive certain claims for accidental damage to such covered Equipment occuring during normal and careful use. Customer remains liable for all damages and loss due to theft listed under The Rental Protection Plan provisions in the Terms and Conditions on back page, including Customer's negligence.   **Customer Accepts ( ____ )**        **Customer Declines ( ____ )**

*READ BEFORE SIGNING:* United hereby leases to Customer the Equipment (as defined in the Terms and Conditions on the reverse side) and Customer hereby accepts all TERMS AND CONDITIONS listed in this rental agreement, including the Terms and Conditions set forth on the reverse side, which the undersigned has read and understands. REMINDERS: (1) Rates do not include fuel or delivery; (2) Optional Rental Protection Plan charge is 14% of the total rental charge for covered equipment; (3) Customer pays for all time the Equipment is out, including Saturdays, Sundays and Holidays.    (4) This rental agreement supersedes all other purchase orders or terms and conditions contained in any of Customer's agreements or forms; (5) Customer assumes all risk and is responsible for all damages and other costs, including late charges. Details of the above as well as other obligations and responsibilities are contained in the   TERMS AND CONDITIONS ON REVERSE. THE INDIVIDUAL SIGNING BELOW AS OR ON BEHALF OF CUSTOMER: (1) AGREES TO ALL OF THE TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS RENTAL AGREEMENT, (2) ACKNOWLEDGES RECEIPT OF THE EQUIPMENT IN GOOD WORKING ORDER AND, (3) IS FULLY FAMILIAR WITH ITS OPERATION AND USE.

X

| CUSTOMER SIGNATURE | DATE | NAME PRINTED | DELIVERED BY | DATE |
|---|---|---|---|---|

A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST.
10668711 trf - 8/30/2007 1:41:24 PM

**United Rentals**

'204 SUNSET DRIVE
TIOCH, CA 94509
-25-757-7900
209-576-7883

**WEEK BILLING INVOICE**
** COPY **

**Job Site**

ALAMEDA NAVAL AIR BASE
2900 MAIN ST
ALAMEDA, CA 94501

C#: 510-530-2480 J#: 510-530-2480

**Customer**

EAGLE ENVIRONMENTAL CONSTRUCT
2775 BUTTERS DRIVE
OAKLAND, CA 94602

Customer.... 979697
Invoice #... 58930567-003
Invoice date 11/08/06
Date out.... 8/28/06   1:00 PM
Billed thru. 11/20/06

Job Loc..... 2900 MAIN ST, ALAMEDA
Job No...... 1 - ALAMEDA NAVAL AI
P.O. #...... NONE
Ordered By.. LEWIS
Written by.. CYCLE BILL
Salesperson. 5285
Terms....... Net 30 Days

PLEASE REMIT PAYMENT TO:
UNITED RENTALS NORTHWEST, INC.
PO BOX 79337
CITY OF INDUSTRY, CA 91716-9337

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|-----|-------------|-----|-----|------|--------|--------|
| 1 | GENERATOR 19 - 29 KVA   * | 180.00 | 180.00 | 480.00 | 1295.00 | 1295.00 |
| | 876959   Make: SHINDAIWA   Model: DGK25B   Ser #: 039273 | | | | | |
| | HR OUT:   1.10   HR IN: | TOTAL: | 1.10 | | | |
| | THIS IS THE RATE FOR A SINGLE SHIFT | | | | | |
| | RENTAL. DOUBLE AND TRIPPLE SHIFT RENTALS | | | | | |
| | ARE 1.5 AND 2 TIMES THIS RATE | | | | | |

SALES ITEMS:

| Qty | Item number | Stock class | Unit | Price | Amount |
|-----|-------------|-------------|------|-------|--------|
| 1 | ENV | MCI | EA | 6.210 | 6.21 |
| | ENVIRONMENTAL CHARGE | | | | |
| | UM: (EA) EACH | | | | |

Sub-total: 1301.21
Rental protection: 181.30
Tax: 113.86
**Total:** 1596.37

BILLED FOR FOUR WEEKS 10/23/06 THRU 11/20/06   01:00 PM
RENTAL PROTECTION ACCEPTED

COPY

**ENVIRONMENTAL CHARGE:** The items indicated above are subject to an environmental charge which is designed to recover the company's direct and indirect expenses for the handling, managing and disposing of waste products, hazardous materials, and related administrative costs. This is not a government mandated charge. **FUEL:** Fuel charges do not include federal, state or local fuel excise taxes.

**OPTIONAL RENTAL PROTECTION PLAN:** *THE RENTAL PROTECTION PLAN IS NOT INSURANCE!* Upon accepting the Optional Rental Protection Plan, the Customer agrees to pay a charge equal to 14% of the rental charges on Equipment Customer wants covered by the Rental Protection Plan. In return, as set out on the back page, United agrees to waive certain claims for accidental damage to such covered Equipment occurring during normal and careful use. Customer remains liable for all damages and loss due to theft listed under The Rental Protection Plan provisions in the Terms and Conditions on back page, including Customer's negligence.   *Customer Accepts ( )*    *Customer Declines ( )*

**READ BEFORE SIGNING:** United hereby leases to Customer the Equipment (as defined in the Terms and Conditions on the reverse side) and Customer hereby accepts all *TERMS AND CONDITIONS* listed in this rental agreement, including the Terms and Conditions set forth on the reverse side, which the undersigned has read and understands. REMINDERS: (1) Rates do not include fuel or delivery; (2) Optional Rental Protection Plan charge is 14% of the total rental charge for covered equipment; (3) Customer pays for all time the Equipment is out, including Saturdays, Sundays and Holidays.   (4) This rental agreement supersedes all other purchase orders or terms and conditions contained in any of Customer's agreements or forms; (5) Customer assumes all risk and is responsible for all damages and other costs, including late charges. Details of the above as well as other obligations and responsibilities are contained in the. TERMS AND CONDITIONS ON REVERSE. THE INDIVIDUAL SIGNING BELOW AS OR ON BEHALF OF CUSTOMER: (1) AGREES TO ALL OF THE TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS RENTAL AGREEMENT, (2) ACKNOWLEDGES RECEIPT OF THE EQUIPMENT IN GOOD WORKING ORDER AND, (3) IS FULLY FAMILIAR WITH ITS OPERATION AND USE.

X _____

| CUSTOMER SIGNATURE | DATE | NAME PRINTED | DELIVERED BY | DATE |
|---|---|---|---|---|

A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST.

AUG-30-2007  13:03    WARDEN URTNOWSKI ZAHARONI    949 752 9320    P.39/62
404 SUNSET DRIVE
!TIOCH, CA  94509
225-757-7900
209-576-7883


**United Rentals**

R▬▬AL RETURN INVOICE
** COPY **

**Job Site**
ALAMEDA NAVAL AIR BASE
2900 MAIN ST
ALAMEDA, CA  94501

C#: 510-530-2480 J#: 510-530-2480

**Customer**
EAGLE ENVIRONMENTAL CONSTRUCT
2775 BUTTERS DRIVE
OAKLAND, CA  94602



```
Customer.... 979697
Invoice #... 58930567-004
Invoice date 11/28/06
Date out.... 8/28/06    1:00 PM
Date in..... 11/22/06   11:07 AM
Last billed. 11/20/06
Job Loc..... 2900 MAIN ST, ALAMEDA
Job No...... 1 - ALAMEDA NAVAL AI
P.O. #...... NONE
Ordered By.. LEWIS
Written by.. UR604DA
Salesperson. 5285
Terms....... Net 30 Days
```

**PLEASE REMIT PAYMENT TO:**
UNITED RENTALS NORTHWEST, INC.
PO BOX 79137
CITY OF INDUSTRY, CA 91716-9337

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|
| 1 | GENERATOR 19 - 29 KVA    * | 180.00 | 180.00 | 480.00 | 1295.00 | 540.00 |
| | 876959    Make: SHINDAIWA  Model: DGK25B  Ser #: 039273 | | | | | |
| | HR OUT:    1.10   HR IN:   1351.60   TOTAL:   1350.50 | | | | | |
| | THIS IS THE RATE FOR A SINGLE SHIFT | | | | | |
| | RENTAL.. DOUBLE AND TRIPPLE SHIFT RENTALS | | | | | |
| | ARE 1.5 AND 2 TIMES THIS RATE | | | | | |
| | UNIT WAS RAN DOUBLE SHIFT CUSTOMER WILL | | | | | |
| | BE BILLED ACORDINGLY | | | | | |

SALES ITEMS:

| Qty | Item number | Stock class | Unit | Price | Amount |
|---|---|---|---|---|---|
| 1 | ENV | MCI | EA | 2.590 | 2.59 |
| | ENVIRONMENTAL CHARGE | | | | |
| | UM: (EA) EACH | | | | |
| 30 | DSL | MCI | EA | 5.250 | 157.50 |
| | DIESEL | | | | |
| | UM: (EA) EACH | | | | |
| 3 | MSC | MCI | EA | 647.500 | 1942.50 |
| | MISC. SHOP CHARGES | | | | |
| | UM: (EA) EACH | | | | |
| | THREE MONTHS OF DOUBLE SHIFT RENTAL NOT | | | | |
| | PREVIOUSLY BILLED. | | | | |

PICKUP CHARGE                                              89.00

```
                                    Sub-total:  2574.09
                                         Fuel:   157.50
                            Rental protection:    75.60
                                          Tax:   217.46
                                        Total:  3024.65
```

FINAL BILL: 11/20/06 01:00 PM THRU 11/22/06 11:07 AM.
RENTAL PROTECTION ACCEPTED

*ENVIRONMENTAL CHARGE: The items indicated above are subject to an environmental charge which is designed to recover the company's direct and indirect expenses for the handling, managing and disposing of waste products, hazardous materials, and related administrative costs. This is not a government mandated charge.
FUEL: Fuel charges do not include federal, state or local fuel excise taxes.

OPTIONAL RENTAL PROTECTION PLAN:   *THE RENTAL PROTECTION PLAN IS NOT INSURANCE!*   Upon accepting the Optional Rental Protection Plan, the Customer agrees to pay a charge equal to 14%   of the rental charges on Equipment Customer wants covered by the Rental Protection Plan. In return, as set out on the back page, United agrees to waive certain claims for accidental damage to such covered Equipment occuring during normal and careful use. Customer remains liable for all damages and loss due to theft listed under The Rental Protection Plan provisions in the Terms and Conditions on back page, including Customer's negligence.   *Customer Accepts  (_____)*        *Customer Declines  (_____)*

*READ BEFORE SIGNING:* United hereby leases to Customer the Equipment (as defined in the Terms and Conditions on the reverse side) and Customer hereby accepts all *TERMS AND CONDITIONS* listed in this rental agreement, including the Terms and Conditions set forth on the reverse side, which the undersigned has read and understands. REMINDERS: (1) Rates do not include fuel or delivery; (2) Optional Rental Proection Plan charge is 14% of the total rental charge for covered equipment; (3) *Customer pays for all time the Equipment is out, including Saturdays, Sundays and Holidays.*   (4) This rental agreement supersedes all other purchase orders or terms and conditions contained in any of Customer's agreements or forms; (5) Customer assumes all risk and is responsible for all damages and other costs, including late charges. Details of the above as well as other obligations and responsibilities are contained in the   *TERMS AND CONDITIONS ON REVERSE.* THE INDIVIDUAL SIGNING BELOW AS ON OR ON BEHALF OF CUSTOMER: (1) AGREES TO ALL OF THE TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS RENTAL AGREEMENT, (2) ACKNOWLEDGES RECEIPT OF THE EQUIPMENT IN GOOD WORKING ORDER AND, (3) IS FULLY FAMILIAR WITH ITS OPERATION AND USE.

**X**

| CUSTOMER SIGNATURE | DATE | NAME PRINTED | DELIVERED BY | DATE |
|---|---|---|---|---|

A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST.
9008711 trl - 8/30/2007 1 41 24 PM

AUG-30-2007  13:04          WARDEN URTNOWSKI ZAHARONI                    949 752 9320    P.40/62



**United Rentals**

UNITED RENTALS
13 LOOMIS STREET
SAN FRANCISCO, CA 94124
415-642-1300

# WORK ORDER INVOICE
*Copy*

**Job Site**

EAGLE ENVIRONMENTAL CONSTRUCT
STANFORD UNIVERSITY
PALO ALTO, CA 94303

C#: 510-530-2480 J#: 510-530-2480

**Customer**

EAGLE ENVIRONMENTAL CONSTRUCT
2775 BUTTERS DRIVE
OAKLAND, CA 94602

```
Customer #..  979697
Invoice#....  58940413-001
Date.......  8/31/06
Job Loc.....  STANFORD UNIVERSITY, PALO ALTO
Job No......  1 - EAGLE ENVIRONMEN
P.O. #......  CLEMENT
Authorized..  JULIO
Received on.  8/28/06
Finished on.  8/31/06
Last con/cus 62025008/ 414879
Written by..  UR606JC
```

**PLEASE REMIT PAYMENT TO:**
UNITED RENTALS NORTHWEST, INC.
PO BOX 79337
CITY OF INDUSTRY, CA 91716-9337

| EQUIP # | Make | Model | Serial # | Description |
|---------|------|-------|----------|-------------|
| 671512 | JOHN DEERE | 160LC- SEE SPEC | FF160CX044867 | EXCAVATOR 35,000# - |
| Hr Meter: | 805.500 | | | Cat/Class 905-1045 |

Work To Be Done
CUST DAMAGE FRONT GLASS, UPR & LWR.
FRONT GLASS SHATTERED BY OPERATOR.

WORK PERFORMED:
Field service call for glass broken by customer. Only main glass reported broken
so had to return with bottom glass the next day. Was also asked to stay and try
to make a temp bottom shield but was not approved for service. Installed front
cab glass.

PARTS:

| Qty | Part Number | Description | Stk/Cls | Bin Loc | U/M | Price | Extended |
|-----|-------------|-------------|---------|---------|-----|-------|----------|
| 1 | 4602562 | WINDOW PANE | DEERE | | EA | 591.667 | 591.67 |
| 1 | 4602563 | WINDOW PANE | DEERE | | EA | 241.667 | 241.67 |
| 1 | ENV | ENVIRONMENTAL CHARGE | MCI | | EA | 8.750 | 8.75 |

LABOR:

| Mechanic | Hours | Work | | Rate | | | Extended |
|----------|-------|------|---|------|---|---|----------|
| JULIO CABALLERO | 4.00 | SAFETY - WINDSHIELD / GLASS | | 95.00 | | | 380.00 |
| JULIO CABALLERO | 2.50 | SAFETY - WINDSHIELD / GLASS | | 95.00 | | | 237.50 |

|  |  |  |
|---|---|---|
| Total Parts & Materials | | 842.09 |
| Total Labor | | 617.50 |
| Mileage  124.00  @ | 3.000 | 372.00 |
| Tax | | 100.18 |
| **Total Amount** | | **1,931.77** |

*Stanford*
*8-31...*
*06*

IMPORTANT - PLEASE READ CAREFULLY   CUSTOMER AGREES TO ALL TERMS AND CONDITIONS SHOWN ON THE BACK. /
RESPONSIBILITY FOR ALL ITEMS, INCLUDING THEIR SAFETY AND PROPER USE, OPERATION, MAINTENANCE, STORAGE, AN
WARRANTY DISCLAIMER:   AS DESCRIBED ON THE BACK OF THIS CONTRACT, UNITED RENTALS MAKES NO WARRANTIES
ANY OTHER WARRANTIES, ESPRESS OR IMPLIED.
THE TERMS AND CONDITIONS ON THIS SERVICE CONTRACT FORM. THE SOLE AGREEMENT BETWEEN CUSTOMER AND UNI
CUSTOMER ACKNOWLEDGES THAT HE HAS RECIVED IN GOOD ORDER ALL ITEMS, SERVICE AND OTHER GOODS LISTED ON

**X**

| CUSTOMER SIGNATURE | DATE | NAME PRINTED | UNITED RENTALS AGENT | DATE |
|--------------------|------|--------------|----------------------|------|

A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST 1 hf - 8/30/2007 1 41.24 PM

AUG-30-2007  13:04   WARDEN URTNOWSKI ZAHARONI
                     00 301h AVBNUB          949 762 9320   P.41/62
                     KLAND, CA  94603
**United Rentals**    10-562-3000
                     209-576-7883

**SALES AGREEMENT / INVOICE**
** COPY **

**Job Site**

EAGLE ENVIRONMENTAL CONSTRUCT
1431 HALIBUT
X-ST AVENUE B
TREASURE ISLAND, CA  94130
C#: 510-530-2480 J#: 510-530-2480

**Customer**

EAGLE ENVIRONMENTAL CONSTRUCT
2775 BUTTERS DRIVE
OAKLAND, CA  94602

Customer..... 979697
Invoice #... 58974847-001
System date. 8/29/06
Invoice date 8/29/06    2:32 PM
Job Loc..... 1431 HALIBUT, TREASURE ISLAND
Job No...... 9013 SFT
P.O. #...... 9013 SFT
Ordered By.. LOUIS CHERRY
Written by.. UR549MM
Salesperson. 5351
Terms....... Net 10 Days

**PLEASE REMIT PAYMENT TO:**
UNITED RENTALS NORTHWEST, INC.
PO BOX 79337
CITY OF INDUSTRY, CA 91716-9337

| Qty | Item number | Stock class | Unit | Price | Amount |
|-----|-------------|-------------|------|-------|--------|
| 2 | VINYL FLAG, WOOD HANDLE<br>TSF18-27<br>UM: (EA) EACH | ALLST | EA<br>Bin Location G3 | 3.990 | 7.98 |
| 5 | SURVEY VEST, GRN SZ-3X (CLOUT)<br>TSV110-3XL<br>UM: (EA) EACH | ALLST | EA<br>Bin Location CTR01 | 15.990 | 79.95 |
| 20 | CONE, 28" ORG W/ORG NR 7# PVC<br>CN28-7LB-NR-ORG-PVC<br>UM: (EA) EACH | UHTBC | EA<br>Bin Location YARD | 7.890 | 157.80 |
| 1 | PRO-FIT SER 2.3 BLK XL<br>H23-05-011<br>UM: (EA) EACH | MCHNX | EA<br>Bin Location CTR02 | 15.890 | 15.89 |
| 7 | HARD HAT, WHT PEAK CAP RATCHET A<br>A29R010000<br>UM: (EA) EACH | NORSA | EA<br>Bin Location CTR01 | 8.590 | 60.13 |

SHIP TO:  EAGLE ENVIRONMENTAL CONSTRUCT
          1431 HALIBUT
          X-ST AVENUE B
          TREASURE ISLAND, CA  94130

Sub-total:   321.75
Tax:    28.16
**Total:   349.91**

**IMPORTANT - PLEASE READ CAREFULLY:** By signing this Sales Agreement, Customer agrees to all terms and conditions shown on the back and front of this Sales Agreement. Upon delivery, Customer assumes full responsibility for all items, including their safety and proper use, operation, maintenance, storage, and transportation.

**WARRANTY DISCLAIMER:** As described on the back of this Sales Agreement, United makes no warranties of merchantability or fitness for a particular purpose, or any other warranties, express or implied. Customer agrees to the waiver of claims as indicated on the back of this Sales Agreement.

**INDEMNITY AGREEMENT:** As United has no control over the use of the Equipment being purchased by Customer, Customer agrees to indemnify and hold United harmless from any claims, regardless of whether such claims or actions are founded in whole or in part upon any negligent act or omission of United, or any person, party or parties, for loss, injury and damage to person or property arising out of the Customer's possession, use, maintenance or return of Equipment, including legal costs incurred in defense of such claims. This indemnity provision also applies to any claims asserted against United based upon strict or product liability.

**UNITED GUARD WARRANTY PROGRAM:** Upon accepting the United Guard Warranty Program (the "Program") the Customer agrees to pay the selected percentage of the sales charge. The Program is subject to the limitations set out in the terms and conditions of the Program included with this Sales Agreement.

**FUEL:** Fuel charges do not include federal, state or local fuel excise taxes.

X _____

**CUSTOMER SIGNATURE    DATE    NAME PRINTED          UNITED RENTALS AGENT    DATE**

A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST.
00587 1 tif - 8/30/2007 1 41 24 PM

AUG-30-2007  13:04   WARDEN URTNOWSKI ZAHARONI         949 752 9320    P.42/62

'00 98TH AVENUE
.KLAND, CA  94603
10-562-3000
209-576-7883


United Rentals

**AL RETURN INVOICE**
** COPY **

| **Job Site** | EAGLE ENVIRONMENTAL CONSTRUCT<br>1431 HALIBUT<br>X-ST AVENUE B<br>TREASURE ISLAND, CA  94130<br>C#: 510-530-2480  J#: 510-530-2480 |
| **Customer** | EAGLE ENVIRONMENTAL CONSTRUCT<br>2775 BUTTERS DRIVE<br>OAKLAND, CA  94602 |

Customer.... 979697
Invoice #... 58978405-001
Invoice date  9/11/06
Date out....  8/30/06   8:30 AM
Date in.....  9/08/06   5:00 PM

Job Loc..... 1431 HALIBUT, TREASURE ISLAND
Job No...... 9013 SFT
P.O. #...... 9013 SFT
Ordered By.. LOUIS CHERRY
Written by.. UR549FW
Salesperson. 5351
Terms....... Net 30 Days

PLEASE REMIT PAYMENT TO:
UNITED RENTALS NORTHWEST, INC.
PO BOX 79337
CITY OF INDUSTRY, CA 91716-9337

| Qty | Equipment # | | Min | Day | Week | 4 Week | Amount |
|-----|-------------|---|-----|-----|------|--------|--------|
| 1 | MINI EXCAVATOR 14000# UP * | | 475.00 | 475.00 | 1625.00 | 4650.00 | 3050.00 |
| | 669956    Make: TAKEUCHI  Model: TB175  Ser #: 17512976 | | | | | | |
| | HR OUT:    939.70   HR IN:   946.00   TOTAL:     6.30 | | | | | | |
| 1 | MINI EXCAVATOR BUCKET 24IN | | | | | | N/C |

SALES ITEMS:

| Qty | Item number | | Stock class | Unit | Price | Amount |
|-----|-------------|---|-------------|------|-------|--------|
| 1 | ENV | | MCI | EA | 14.640 | 14.64 |
| | ENVIRONMENTAL CHARGE | | | | | |
| | UM: (EA) EACH | | | | | |
| 14.7 | DSL | | MCI | EA | 5.950 | 87.47 |
| | DIESEL | | | | | |
| | UM: (EA) EACH | | | | | |
| | DELIVERY CHARGE | | | | | 110.00 |
| | PICKUP CHARGE | | | | | 110.00 |

P O C IS LOUIS @ 510-847-5141

|  |  |
|--|--|
| Sub-total: | 3284.64 |
| Fuel: | 87.47 |
| Rental protection: | 427.00 |
| Tax: | 277.30 |
| **Total:** | **4076.41** |

RENTAL PROTECTION ACCEPTED



*ENVIRONMENTAL CHARGE: The items indicated above are subject to an environmental charge which is designed to recover the company's direct and indirect expenses for the handling, managing and disposing of waste products, hazardous materials, and related administrative costs. This is not a government mandated charge.
FUEL: Fuel charges do not include federal, state or local fuel excise taxes.

OPTIONAL RENTAL PROTECTION PLAN:  *THE RENTAL PROTECTION PLAN IS NOT INSURANCE!*  Upon accepting the Optional Rental Protection Plan, the Customer agrees to pay a charge equal to 14% of the rental charges on Equipment Customer wants covered by the Rental Protection Plan. In return, as set out on the back page, United agrees to waive certain claims for accidental damage to such covered Equipment occuring during normal and careful use. Customer remains liable for all damages and loss due to theft listed under THE Rental Protection Plan provisions in the Terms and Conditions on back page, including Customer's negligence.    **Customer Accepts ( ____ )**     **Customer Declines ( ____ )**

*READ BEFORE SIGNING:* United hereby leases to Customer the Equipment (as defined in the Terms and Conditions on the reverse side) and Customer hereby accepts all *TERMS AND CONDITIONS* listed in this rental agreement, including the Terms and Conditions set forth on the reverse side, which the undersigned has read and understands. REMINDERS: (1) Rates do not include fuel or delivery; (2) Optional Rental Protection Plan charge is 14% of the total rental charge for covered equipment; (3) Customer pays for all time the Equipment is out, including Saturdays, Sundays and Holidays.   (4) This rental agreement supersedes all other purchase orders or terms and conditions contained in any of Customer's agreements or forms; (5) Customer assumes all risk and is responsible for all damages and other costs, including late charges. Details of the above as well as other obligations and responsibilities are contained in the  TERMS AND CONDITIONS ON REVERSE. THE INDIVIDUAL SIGNING BELOW AS OR ON BEHALF OF CUSTOMER: (1) AGREES TO ALL OF THE TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS RENTAL AGREEMENT, (2) ACKNOWLEDGES RECEIPT OF THE EQUIPMENT IN GOOD WORKING ORDER AND, (3) IS FULLY FAMILIAR WITH ITS OPERATION AND USE.

X _____

| CUSTOMER SIGNATURE | DATE | NAME PRINTED | DELIVERED BY | DATE |

A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST.
10568711.tif - 8/30/2007 1.41.24 PM

AUG-30-2007  13:04    WARDEN URTNOWSKI ZAHARONI    949 762 9320    P.43/62



**United Rentals**

'00 98TH AVENUE
'KLAND, CA  94603
.10-562-3000
209-576-7883

# 4  'EK BILLING INVOICE
## ** COPY **

**Job Site**

EAGLE ENVIRONMENTAL CONSTRUCT
WILL CALL OAKLAND
NEED JOB ADDRESS*****
OAKLAND, CA  94601
C#: 510-530-2480 J#: 510-530-2480

```
Customer.....  979697
Invoice #...  59034333-001
Invoice date  9/17/06
Date out....  8/31/06    11:15 AM
Billed thru.  9/28/06

Job Loc.....  WILL CALL OAKLAND, OAKLAND
Job No......  2 - EAGLE ENVIRONMEN
P.O. #......  LOUIS 510-847-5141
Ordered By..  LOUIS CHERRY
Written by..  CYCLE BILL
Salesperson.  5782
Terms.......  Net 30 Days
```

**Customer**

EAGLE ENVIRONMENTAL CONSTRUCT
2775 BUTTERS DRIVE
OAKLAND, CA  94602

**PLEASE REMIT PAYMENT TO:**
UNITED RENTALS NORTHWEST, INC.
PO BOX 79337
CITY OF INDUSTRY, CA 91716-9337

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|-----|-------------|-----|-----|------|--------|--------|
| 1 | MOWER HIGH WEED SELF POWERED* | 55.00 | 107.00 | 420.00 | 1150.00 | 1150.00 |
|   | 891212    Make: BILLY GOAT  Model: BC2402H  Ser #: 032006135 | | | | | |
| 1 | CUTTER WEED GAS POWERED   * | 25.00 | 47.00 | 135.00 | 265.00 | 265.00 |
|   | 879904    Make: TANAKA  Model: TBC-340PFD  Ser #: 1018966-C072324 | | | | | |
| 1 | CUTTER WEED GAS POWERED   * | 25.00 | 47.00 | 135.00 | 265.00 | 265.00 |
|   | 560352    Make: ECHO  Model: SRM311U  Ser #: S340020011500 | | | | | |
|   | *******1 CAN FUEL******* | | | | | |
|   | W/ 2 HARNESSES | | | | | |

SALES ITEMS:

| Qty | Item number | Stock class | Unit | Price | Amount |
|-----|-------------|-------------|------|-------|--------|
| 1 | ENV | MCI | EA | 8.060 | 8.06 |
|   | ENVIRONMENTAL CHARGE | | | | |
|   | UM: (EA) EACH | | | | |

```
                                Sub-total:  1688.06
                         Rental protection:   235.20
                                      Tax:    147.71
                                    Total:  2070.97
```

BILLED FOR FOUR WEEKS  8/31/06 THRU  9/28/06  11:15 AM
RENTAL PROTECTION ACCEPTED



*ENVIRONMENTAL CHARGE: The items indicated above are subject to an environmental charge which is designed to recover the company's direct and indirect expense for the handling, managing and disposing of waste products, hazardous materials, and related administrative costs. This is not a government mandated charge.
FUEL: Fuel charges do not include federal, state or local fuel excise taxes.

OPTIONAL RENTAL PROTECTION PLAN:  *THE RENTAL PROTECTION PLAN IS NOT INSURANCE!*  Upon accepting the Optional Rental Protection Plan, the Customer agrees to pay a charge equal to 14% of the rental charges on Equipment Customer wants covered by the Rental Protection Plan. In return, as set out on the back page, United agrees to waive certain claims for accidental damage to such covered Equipment occuring during normal and careful use. Customer remains liable for all damages and loss due to theft listed under The Rental Protection Plan provisions in the Terms and Conditions on back page, including Customer's negligence.    **Customer Accepts (_____)        Customer Declines (_____)**

*READ BEFORE SIGNING:* United hereby leases to Customer the Equipment (as defined in the Terms and Conditions on the reverse side) and Customer hereby accepts *it TERMS AND CONDITIONS* listed in this rental agreement, including the Terms and Conditions set forth on the reverse side, which the undersigned has read and understands. REMINDERS: (1) Rates do not include fuel or delivery; (2) Optional Rental Protection Plan charge is 14% of the total rental charge for covered equipment; (3) Customer pays for all time the Equipment is out, including Saturdays Sundays and Holidays.    (4) This rental agreement supersedes all other purchase orders or terms and conditions contained in any of Customer's agreements or forms; (5) Customer assumes all risk and is responsible for all damages and other costs, including late charges. Details of the above as well as other obligations and responsibilities are contained in the  TERMS AND CONDITIONS ON REVERSE. THE INDIVIDUAL SIGNING BELOW AS OR ON BEHALF OF CUSTOMER: (1) AGREES TO ALL OF THE TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS RENTAL AGREEMENT, (2) ACKNOWLEDGES RECEIPT OF THE EQUIPMENT IN GOOD WORKING ORDER AND, (3) IS FULLY FAMILIAR WITH ITS OPERATION AND USE.

X

| CUSTOMER SIGNATURE | DATE | NAME PRINTED | DELIVERED BY | DATE |

A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST.

10068711 tif - 8/30/2007 1 41 24 PM

# United Rentals

WARDEN URTNOWSKI ZAHARONI
4273 WASHINGTON AVENUE
.N LEANDRO, CA  94578
.10-357-5900
209-576-7883

## ⌐EK BILLING INVOICE
### ** COPY **

**Job Site**

ALAMEDA NAVAL AIR BASE
2900 MAIN ST
ALAMEDA, CA  94501

C#: 510-530-2480 J#: 510-530-2480

**Customer**

EAGLE ENVIRONMENTAL CONSTRUCT
2775 BUTTERS DRIVE
OAKLAND, CA  94602

Customer.... 979697
Invoice #... 59070199-001
Invoice date  9/18/06
Date out.... 9/01/06   12:14 PM
Billed thru.  9/29/06

Job Loc...... 2900 MAIN ST, ALAMEDA
Job No...... 1 - ALAMEDA NAVAL AI
P.O. #...... NONE
Ordered By.. JACK VARFIL
Written by.. CYCLE BILL
Salesperson. 5782
Terms....... Net 30 Days

PLEASE REMIT PAYMENT TO:
UNITED RENTALS NORTHWEST, INC.
PO BOX 79337
CITY OF INDUSTRY, CA 91716-9337

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|-----|-------------|-----|-----|------|--------|--------|
| 1 | MOWER HIGH WEED SELF POWERED* | 55.00 | 107.00 | 420.00 | 1150.00 | 1150.00 |
|   | 730961    Make: BILLY GOAT  Model: BC2401H  Ser #: 042505177 | | | | | |

SALES ITEMS:

| Qty | Item number | Stock class | Unit | Price | Amount |
|-----|-------------|-------------|------|-------|--------|
| 1 | ENV | MCI | EA | 5.520 | 5.52 |
|   | ENVIRONMENTAL CHARGE | | | | |
|   | UM: (EA) EACH | | | | |

```
                                    Sub-total:   1155.52
                            Rental protection:    161.00
                                          Tax:    101.12
                                        Total:   1417.64
```

BILLED FOR FOUR WEEKS  9/01/06 THRU  9/29/06  12:14 PM
RENTAL PROTECTION ACCEPTED



NAVY
9/06

COP

*ENVIRONMENTAL CHARGE: The items indicated above are subject to an environmental charge which is designed to recover the company's direct and indirect expenses for the handling, managing and disposing of waste products, hazardous materials, and related administrative costs. This is not a government mandated charge.
FUEL: Fuel charges do not include federal, state or local fuel excise taxes.

OPTIONAL RENTAL PROTECTION PLAN:  THE RENTAL PROTECTION PLAN IS NOT INSURANCE!  Upon accepting the Optional Rental Protection Plan, the Customer agrees to pay a charge equal to 14%  of the rental charges on Equipment Customer wants covered by the Rental Protection Plan. In return, as set out on the back page, United agrees to waive certain claims for accidental damage to such covered Equipment occuring during normal and careful use. Customer remains liable for all damages and loss due to theft listed under The Rental Protection Plan provisions in the Terms and Conditions on back page, including Customer's negligence.   **Customer Accepts (____)**        **Customer Declines (____)**

READ BEFORE SIGNING: United hereby leases to Customer the Equipment (as defined in the Terms and Conditions on the reverse side) and Customer hereby accepts all TERMS AND CONDITIONS listed in this rental agreement, including the Terms and Conditions set forth on the reverse side, which the undersigned has read and understands. REMINDERS: (1) Rates do not include fuel or delivery; (2) Optional Rental Protection Plan charge is 14%  of the total rental charge for covered equipment; (3) Customer pays for all time the Equipment is out, including Saturdays, Sundays and Holidays.    (4) This rental agreement supersedes all other purchase orders or terms and conditions contained in any of Customer's agreements or forms; (5) Customer assumes all risk and is responsible for all damages and other costs, including late charges. Details of the above as well as other obligations and responsibilities are contained in the . TERMS AND CONDITIONS ON REVERSE. THE INDIVIDUAL SIGNING BELOW AS OR ON BEHALF OF CUSTOMER: (1) AGREES TO ALL OF THE TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS RENTAL AGREEMENT, (2) ACKNOWLEDGES RECEIPT OF THE EQUIPMENT IN GOOD WORKING ORDER AND, (3) IS FULLY FAMILIAR WITH ITS OPERATION AND USE.

X
_____
CUSTOMER SIGNATURE        DATE        NAME PRINTED                    DELIVERED BY            DATE

A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST

AUG-30-2007  13:05    WARDEN URTNOWSKI ZAHARONI    949 752 9320    P.45/62



`4273 WASHINGTON AVENUE
IN LEANDRO, CA  94578
-10-357-5900
209-576-7883`

# R̶e̶t̶ ̶A̶L RETURN INVOICE
** COPY **

**Job Site**

EAGLE ENVIRONMENTAL CONSTRUCT
2775 BUTTERS DRIVE
OAKLAND, CA  94602

C#: 510-530-2480 J#: 510-530-2480

**Customer**

EAGLE ENVIRONMENTAL CONSTRUCT
2775 BUTTERS DRIVE
OAKLAND, CA  94602



```
Customer.... 979697
Invoice #... 59139609-001
Invoice date  9/06/06
Date out....  9/06/06    8:44 AM
Date in.....  9/06/06    1:07 PM

Job Loc.....      WILL CALL
Job No...... FOR SAN FRANCISCO
P.O. #...... LUMBARD ST
Ordered By.. PAUL
Written by.. UR053MD
Salesperson. 5782
Terms....... Net 30 Days
```

**PLEASE REMIT PAYMENT TO:**
UNITED RENTALS NORTHWEST, INC.
PO BOX 79337
CITY OF INDUSTRY, CA 91716-9337

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|
| 1 | TRUCK STAKE 24FT        * | 120.00 | 205.00 | 775.00 | 2295.00 | 120.00 |
|   | 862196    Make: FORD  Model: F650  Ser #: 3FRNF65EX6V384545 | | | | | |
|   | MI OUT:   3266.00   MI IN:   3320.00   TOTAL:   54.00 | | | MIL CHG | | 16.20 |

SALES ITEMS:

| Qty | Item number | Stock class | Unit | Price | Amount |
|---|---|---|---|---|---|
| 1 | 2913 (CLOUT) | GLOBL | EA | 8.990 | 8.99 |
|   | MECHANIC GLOVE | | | | |
|   | UM: (EA) EACH | | | | |
| 1 | 15992 | CHHAN | RL | 9.990 | 9.99 |
|   | TAPE, 3"X1000' YEL CAUTION-URI LOGO 3MIL | | | | |
|   | UM: (RL) ROLL/SPOOL | | | | |
| 1 | ENV | MCI | EA | .650 | .65 |
|   | ENVIRONMENTAL CHARGE | | | | |
|   | UM: (EA) EACH | | | | |
| 9 | DSL | MCI | EA | 5.950 | 53.55 |
|   | DIESEL | | | | |
|   | UM: (EA) EACH | | | | |

```
                                    Sub-total:   155.83
                                         Fuel:    53.55
                            Rental protection:    19.07
                                          Tax:    18.31
                                        Total:   246.76
```

RENTAL PROTECTION ACCEPTED



*ENVIRONMENTAL CHARGE: The items indicated above are subject to an environmental charge which is designed to recover the company's direct and indirect expenses for the handling, managing and disposing of waste products, hazardous materials, and related administrative costs. This is not a government mandated charge.
FUEL: Fuel charges do not include federal, state or local fuel excise taxes.

OPTIONAL RENTAL PROTECTION PLAN:  *THE RENTAL PROTECTION PLAN IS NOT INSURANCE!*  Upon accepting the Optional Rental Protection Plan, the Customer agrees to pay a charge equal to 14% of the rental charges on Equipment Customer wants covered by the Rental Protection Plan. In return, as set out on the back page, United agrees to waive certain claims for accidental damage to such covered Equipment occuring during normal and careful use. Customer remains liable for all damages and loss due to theft listed under the Rental Protection Plan provisions in the Terms and Conditions on back page, including Customer's negligence.    *Customer Accepts (    )*        *Customer Declines (    )*

READ BEFORE SIGNING: United hereby leases to Customer the Equipment (as defined in the Terms and Conditions on the reverse side) and Customer hereby accepts all *TERMS AND CONDITIONS* listed in this rental agreement, including the Terms and Conditions set forth on the reverse side, which the undersigned has read and understands. REMINDERS: (1) Rates do not include fuel or delivery; (2) Optional Rental Proection Plan charge is 14% of the total rental charge for covered equipment; (3) Customer pays for all time the Equipment is out, including Saturdays, Sundays and Holidays.    (4) This rental agreement supersedes all other purchase orders or terms and conditions contained in any of Customer's agreements or forms; (5) Customer assumes all risk and is responsible for all damages and other costs, including late charges. Details of the above as well as other obligations and responsibilities are contained in the   TERMS AND CONDITIONS ON REVERSE. THE INDIVIDUAL SIGNING BELOW AS OR ON BEHALF OF CUSTOMER: (1) AGREES TO ALL OF THE TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS RENTAL AGREEMENT, (2) ACKNOWLEDGES RECEIPT OF THE EQUIPMENT IN GOOD WORKING ORDER AND, (3) IS FULLY FAMILIAR WITH ITS OPERATION AND USE.

X

| CUSTOMER SIGNATURE | DATE | NAME PRINTED | DELIVERED BY | DATE |
|---|---|---|---|---|

A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST 68711.tif - 8/30/2007 1 41 24 PM

AUG-30-2007  13:05      WARDEN URTNOWSKI ZAHARONI                      949 752 9320      P.46/62

 **United Rentals**          KLAND, CA  94603        EK BILLING INVOICE
                                J10-562-3000                         ** COPY **
                                209-576-7883



**Job Site**

EAGLE ENVIRONMENTAL CONSTRUCT
LEXINTONG STREET
ALAMEDA, CA  94501

C#: 510-530-2480 J#: 510-530-2480

**Customer**

EAGLE ENVIRONMENTAL CONSTRUCT
2775 BUTTERS DRIVE
OAKLAND, CA  94602

Customer.... 979697
Invoice #... 59178391-001
Invoice date 9/23/06
Date out.... 9/07/06     9:49 AM
Billed thru. 10/05/06

Job Loc..... LEXINTONG STREET, ALAMEDA
Job No...... 3 - EAGLE ENVIRONMEN
P.O. #...... JACK BARFIELD
Ordered By.. JACK BARFIELD
Written by.. CYCLE BILL
Salesperson. 5782
Terms....... Net 30 Days

**PLEASE REMIT PAYMENT TO:**
UNITED RENTALS NORTHWEST, INC.
PO BOX 79337
CITY OF INDUSTRY, CA 91716-9337

| Qty | Equipment # | | Min | Day | Week | 4 Week | Amount |
|-----|-------------|---|-----|-----|------|--------|--------|
| 1 | SAW CHAIN 20" BAR     * | | 35.00 | 56.00 | 215.00 | 520.00 | 520.00 |
|   | 844181    Make: STIHL  Model: MS290-20  Ser #: 267787768 | | | | | | |

SALES ITEMS:

| Qty | Item number | | Stock class | Unit | | Price | Amount |
|-----|-------------|---|-------------|------|---|-------|--------|
| 2 | 33RM2-72 | | STIHL | EA | | 14.590 | 29.18 |
|   | CHAIN SAW CHAIN - 20" X 3/8" | | | | | | |
|   | UM: (EA) EACH | | | | | | |
| 1 | ENV | | MCI | EA | | 2.490 | 2.49 |
|   | ENVIRONMENTAL CHARGE | | | | | | |
|   | UM: (EA) EACH | | | | | | |

```
                                                    Sub-total:    551.67
                                             Rental protection:    72.80
                                                          Tax:     48.27
                                                        Total:    672.74
```

BILLED FOR FOUR WEEKS  9/07/06 THRU 10/05/06  09:49 AM
RENTAL PROTECTION ACCEPTED



**\*ENVIRONMENTAL CHARGE:** The items indicated above are subject to an environmental charge which is designed to recover the company's direct and indirect expenses for the handling, managing and disposing of waste products, hazardous materials, and related administrative costs. This is not a government mandated charge. **FUEL:** Fuel charges do not include federal, state or local fuel excise taxes.

**OPTIONAL RENTAL PROTECTION PLAN:** *THE RENTAL PROTECTION PLAN IS NOT INSURANCE!* Upon accepting the Optional Rental Protection Plan, the Customer agrees to pay a charge equal to 14% of the rental charges on Equipment Customer wants covered by the Rental Protection Plan. In return, as set out on the back page, United agrees to waive certain claims for accidental damage to such covered Equipment occuring during normal and careful use. Customer remains liable for all damages and loss due to theft listed under The Rental Protection Plan provisions in the Terms and Conditions on back page, including Customer's negligence.   **Customer Accepts (_____)        Customer Declines (_____)**

**READ BEFORE SIGNING:** United hereby leases to Customer the Equipment (as defined in the Terms and Conditions on the reverse side) and Customer hereby accepts if *TERMS AND CONDITIONS* listed in this rental agreement, including the Terms and Conditions set forth on the reverse side, which the undersigned has read and understands. REMINDERS: (1) Rates do not include fuel or delivery; (2) Optional Rental Protection Plan charge is 14% of the total rental charge for covered equipment; (3) **Customer pays for all time the Equipment is out, including Saturdays, Sundays and Holidays.**     (4) This rental agreement supersedes all other purchase orders or terms and conditions contained in any of Customer's agreements or forms; (5) Customer assumes all risk and is responsible for all damages and other costs, including late charges. Details of the above as well as other obligations and responsibilities are contained in the TERMS AND CONDITIONS ON REVERSE. THE INDIVIDUAL SIGNING BELOW AS OR ON BEHALF OF CUSTOMER: (1) AGREES TO ALL OF THE TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS RENTAL AGREEMENT, (2) ACKNOWLEDGES RECEIPT OF THE EQUIPMENT IN GOOD WORKING ORDER AND, (3) IS FULLY FAMILIAR WITH ITS OPERATION AND USE.

**X**

| CUSTOMER SIGNATURE | DATE | NAME PRINTED | DELIVERED BY | DATE |
|---|---|---|---|---|

**A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST.**

10568711 tif - 8/30/2007 1 41 24 PM

AUG-30-2007  13:06    WARDEN URTNOWSKI ZAHARONI
                                                          949 752 9320    P.47/62

**United Rentals**

'1655 OSGOOD ROAD
IREMONT, CA  94539
.10-657-5600
510-657-0793 FAX

**EK BILLING INVOICE**
** COPY **

**Job Site**

EAGLE ENVIRONMENTAL CONSTRUCT
2775 BUTTERS DRIVE
OAKLAND, CA  94602

C#: 510-530-2480 J#: 510-530-2480

**Customer**

EAGLE ENVIRONMENTAL CONSTRUCT
2775 BUTTERS DRIVE
OAKLAND, CA  94602

Customer.... 979697
Invoice #... 59294788-001
Invoice date 9/24/06
Date out.... 9/12/06        9:36 AM
Billed thru. 10/10/06

Job Loc..... TETRA TEC    ALAMEDA
Job No....... .
P.O. #...... .
Ordered By.. JACK BARFIEOD
Written by.. CYCLE BILL
Salesperson. 6356
Terms....... Net 30 Days

**PLEASE REMIT PAYMENT TO:**
UNITED RENTALS NORTHWEST, INC.
PO BOX 79337
CITY OF INDUSTRY, CA 91716-9337

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|-----|-------------|-----|-----|------|--------|--------|
| 1 | POST DRIVER (FENCE) | 22.00 | 22.00 | 40.00 | 70.00 | 70.00 |

SALES ITEMS:

| Qty | Item number | Stock class | Unit | Price | Amount |
|-----|-------------|-------------|------|-------|--------|
| 1 | 69500121431 | ECHO | EA | 17.000 | 17.00 |
| | BLADE, 10" | | | | |

UM: (EA) EACH = 1.00 BLADE

```
                                        Sub-total:         87.00
                                 Rental protection:         9.80
                                              Tax:          7.62
                                           Total:        104.42
```

BILLED FOR FOUR WEEKS  9/12/06 THRU 10/10/06  09:36 AM
RENTAL PROTECTION ACCEPTED

```
************************************************************
*              ON ALL DELIVERED EQUIPMENT                 *
*     YOU MUST CALL 510-657-5600 FOR TERMINATION NUMBER   *
*                 TO STOP RENTAL CHARGES.                 *
*   ALL RENTAL RATES BASED ON 8HRS/DAY  40HRS/WEEK  160HRS/4 WEEKS *
*                                                         *
*        PLEASE CHECK YOUR INVOICE. NO ADJUSTMENT WILL BE *
*              MADE AFTER 15 DAYS OF INVOICE DATE!        *
*                                                         *
*        WE, UNITED RENTALS - FREMONT, WOULD LIKE TO TAKE THIS *
*    OPPORTUNITY TO EXPRESS OUR HEART FELT THANKS FOR YOUR BUSINESS. *
*WE ARE IN BUSINESS BECAUSE OF YOU AND WE APPRECIATE YOU CHOOSING US.*
*           FROM THE UNITED RENTALS FREMONT STAFF         *
*                  "CONSIDER IT DONE!"                    *
************************************************************
************************************************************
```

**\*ENVIRONMENTAL CHARGE:** The items indicated above are subject to an environmental charge which is designed to recover the company's direct and indirect expenses for the handling, managing and disposing of waste products, hazardous materials, and related administrative costs. This is not a government mandated charge.
**FUEL:** Fuel charges do not include federal, state or local fuel excise taxes.

**OPTIONAL RENTAL PROTECTION PLAN:**    *THE RENTAL PROTECTION PLAN IS NOT INSURANCE!*  Upon accepting the Optional Rental Protection Plan, the Customer agrees to pay a charge equal to 14% of the rental charges on Equipment Customer wants covered by the Rental Protection Plan. In return, as set out on the back page, United agrees to waive certain claims for accidental damage to such covered Equipment occuring during normal and careful use. Customer remains liable for all damages and loss due to theft listed under The Rental Protection Plan provisions in the Terms and Conditions on back page, including Customer's negligence.    **Customer Accepts (      )**        **Customer Declines (      )**

**READ BEFORE SIGNING:** United hereby leases to Customer the Equipment (as defined in the Terms and Conditions on the reverse side) and Customer hereby accepts all *TERMS AND CONDITIONS* listed in this rental agreement, including the Terms and Conditions set forth on the reverse side, which the undersigned has read and understands. REMINDERS: (1) Rates do not include fuel or delivery; (2) Optional Rental Proection Plan charge is 14% of the total rental charge for covered equipment; (3) Customer pays for all time the Equipment is out, including Saturdays, Sundays and Holidays.    (4) This rental agreement supersedes all other purchase orders or terms and conditions contained in any of Customer's agreements or forms; (5) Customer assumes all risk and is responsible for all damages and other costs, including late charges. Details of the above as well as other obligations and responsibilities are contained in the  TERMS AND CONDITIONS ON REVERSE, THE INDIVIDUAL SIGNING BELOW AS OR ON BEHALF OF CUSTOMER: (1) AGREES TO ALL OF THE TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS RENTAL AGREEMENT, (2) ACKNOWLEDGES RECEIPT OF THE EQUIPMENT IN GOOD WORKING ORDER AND, (3) IS FULLY FAMILIAR WITH ITS OPERATION AND USE.

X _____

| CUSTOMER SIGNATURE | DATE | NAME PRINTED | DELIVERED BY | DATE |
|--------------------|------|--------------|--------------|------|

A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST.
10568711 tif - 8/30/2007 1 41 24 PM

AUG-30-2007  13:06        WARDEN URTNOWSKI ZAHARONI        949 752 9320    P.48/62

**United Rentals**

KLAND, CA  94603
10-562-3000
209-576-7883

**~FAL RETURN INVOICE**
** COPY **

<table>
<tr><td rowspan="3">Job Site</td><td>EAGLE ENVIRONMENTAL CONSTRUCT<br>2785 BUTTERS DRIVE<br>OAKLAND, CA  94602<br><br>C#: 510-530-2480 J#: 510-530-2480</td><td>Customer.... 979697<br>Invoice #... 60138119-001<br>Invoice date 10/13/06<br>Date out.... 10/13/06    10:30 AM<br>Date in..... 10/13/06     3:18 PM<br><br>Job Loc...... 2785 BUTTERS DRIVE, OAKLAND<br>Job No...... 4 - EAGLE ENVIRONMEN<br>P.O. #...... 27851<br>Ordered By.. LEWIS CHERRY<br>Written by.. UR549JN<br>Salesperson. 5782<br>Terms....... Net 30 Days</td></tr>
</table>

Customer:
EAGLE ENVIRONMENTAL CONSTRUCT
2775 BUTTERS DRIVE
OAKLAND, CA  94602

**PLEASE REMIT PAYMENT TO:**
UNITED RENTALS NORTHWEST, INC.
PO BOX 79337
CITY OF INDUSTRY, CA 91716-9337

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|
| 1 | CONCRETE BUGGY                    * | 24.00 | 24.00 | 67.00 | 198.00 | 24.00 |
|   | 600658EE   Make: U-CART  Model: ST-1.25  Ser #: 1T9DS1225XS362401 | | | | | |

SALES ITEMS:

| Qty | Item number | Stock class | Unit | Price | Amount |
|---|---|---|---|---|---|
| 1 | 00133 | NWINT | EA | 31.650 | 31.65 |
|   | WRENCH, ADJUSTABLE 12"<br>UM: (EA) EACH | | | | |
| 1 | 00180 | NWINT | EA | 10.370 | 10.37 |
|   | 12" LOCK-PLIER CURVED<br>UM: (EA) EACH | | | | |
| 1 | 00093 | NWINT | EA | 18.316 | 18.32 |
|   | PLIER, 16" GROOVE-JOINT<br>UM: (EA) EACH | | | | |
| 1 | 02549-88-77 | COLEM | EA | 39.840 | 39.84 |
|   | EXTENSION CORD, 100' 12/3 LIT NE-PNK/GRN<br>UM: (EA) EACH<br>Priced as marked | | | | |
| 1 | 02549-88-P1 | COLEM | EA | 40.000 | 40.00 |
|   | EXTENSION CORD, 100' 12/3 LIT PRPL/WHT<br>UM: (EA) EACH | | | | |
| 1 | 11198 | MARSH | EA | 12.590 | 12.59 |
|   | TROWEL, MARGIN 5" X 2" DURA-HNDL(52D)<br>UM: (EA) EACH | | | | |
| 2 | 15992 | CHHAN | RL | 9.990 | 19.98 |
|   | TAPE, 3"X1000' YEL CAUTION-URI LOGO 3MIL<br>UM: (RL) ROLL/SPOOL | | | | |
| 1 | C27 | ZOBEL | EA | 3.990 | 3.99 |
|   | SIGN CARDBOARD VARIOUS<br>UM: (EA) EACH | | | | |
| 1 | 3/4BCHPLNT | MCI | EA | 81.000 | 81.00 |
|   | 3/4 YARD CONCRETE BATCH PLANT MIX<br>UM: (EA) EACH<br>Six sack | | | | |
| 1 | ENV | MCI | EA | .110 | .11 |
|   | ENVIRONMENTAL CHARGE<br>UM: (EA) EACH | | | | |

Sub-total:    281.85
Rental protection:      3.36
Tax:     24.68
Total:    309.89

RENTAL PROTECTION ACCEPTED

**\*ENVIRONMENTAL CHARGE:** The items indicated above are subject to an environmental charge which is designed to recover the company's direct and indirect expenses for the handling, managing and disposing of waste products, hazardous materials, and related administrative costs. This is not a government mandated charge.
**FUEL:** Fuel charges do not include federal, state or local fuel excise taxes.

**OPTIONAL RENTAL PROTECTION PLAN:** *THE RENTAL PROTECTION PLAN IS NOT INSURANCE!* Upon accepting the Optional Rental Protection Plan, the Customer agrees to pay a charge equal to 14% of the rental charges on Equipment Customer wants covered by the Rental Protection Plan. In return, as set out on the back page, United agrees to waive certain claims for accidental damage to such covered Equipment occurring during normal and careful use. Customer remains liable for all damages and loss due to theft listed under The Rental Protection Plan provisions in the Terms and Conditions on back page, including Customer's negligence.    *Customer Accepts (_____)*    *Customer Declines (_____)*

**READ BEFORE SIGNING:** United hereby leases to Customer the Equipment (as defined in the Terms and Conditions on the reverse side) and Customer hereby accepts all *TERMS AND CONDITIONS* listed in this rental agreement, including the Terms and Conditions set forth on the reverse side, which the undersigned has read and understands. REMINDERS: (1) Rates do not include fuel or delivery; (2) Optional Rental Protection Plan charge is 14% of the total rental charge for covered equipment; (3) Customer pays for all time the Equipment is out, including Saturdays, Sundays and Holidays.    (4) This rental agreement supersedes all other purchase orders or terms and conditions contained in any of Customer's agreements or forms; (5) Customer assumes all risk and is responsible for all damages and other costs, including late charges. Details of the above as well as other obligations and responsibilities are contained in the TERMS AND CONDITIONS ON REVERSE. THE INDIVIDUAL SIGNING BELOW AS OR ON BEHALF OF CUSTOMER: (1) AGREES TO ALL OF THE TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS RENTAL AGREEMENT, (2) ACKNOWLEDGES RECEIPT OF THE EQUIPMENT IN GOOD WORKING ORDER AND, (3) IS FULLY FAMILIAR WITH ITS OPERATION AND USE.

X

| CUSTOMER SIGNATURE | DATE | NAME PRINTED | DELIVERED BY | DATE |
|---|---|---|---|---|

A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST.

10568711 bf - 8/30/2007 1.41.24 PM

AUG-30-2007  13:06    WARDEN URTNOWSKI ZAHARONI                    949 752 9320    P.49/62

## United Rentals

ICRAMENTO, CA  95838
16-922-9895
209-576-7883

**:ER BILLING INVOICE**
** COPY **



**Job Site**

EAGLE ENVIRONMENTAL CONSTRUCT
WATT AVE
MCCLELLAN, CA  95652

C#: 510-530-2480  J#: 510-530-2480

**Customer**

EAGLE ENVIRONMENTAL CONSTRUCT
2775 BUTTERS DRIVE
OAKLAND, CA  94602

---

Customer.... 979697
Invoice #... 60158942-001
Invoice date 10/30/06
Date out.... 10/14/06    9:12 AM
Billed thru. 11/11/06

Job Loc..... WATT AVE,
Job No...... 6 - EAGLE ENVIRONMEN
P.O. #...... 79011P2
Ordered By.. JACK BARFIELD
Written by.. CYCLE BILL
Salesperson. 4448
Terms....... Net 30 Days

**PLEASE REMIT PAYMENT TO:**
UNITED RENTALS NORTHWEST, INC.
PO BOX 79337
CITY OF INDUSTRY, CA 91716-9337

---

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|-----|-------------|-----|-----|------|--------|--------|
| 1 | 10' ROLLING SCAFFOLD TOWER | 60.00 | 60.00 | 120.00 | 325.00 | 325.00 |
| 1 | 12' ROLLING SCAFFOLD TOWER | 65.00 | 65.00 | 140.00 | 350.00 | 350.00 |

Sub-total: 675.00
Rental protection: 94.50
Tax: 52.32
**Total:** 821.82

BILLED FOR FOUR WEEKS 10/14/06 THRU 11/11/06  09:12 AM
RENTAL PROTECTION ACCEPTED



**\*ENVIRONMENTAL CHARGE:** The items indicated above are subject to an environmental charge which is designed to recover the company's direct and indirect expenses for the handling, managing and disposing of waste products, hazardous materials, and related administrative costs. This is not a government mandated charge.
**FUEL:** Fuel charges do not include federal, state or local fuel excise taxes.

**OPTIONAL RENTAL PROTECTION PLAN:**  *THE RENTAL PROTECTION PLAN IS NOT INSURANCE!*  Upon accepting the Optional Rental Protection Plan, the Customer agrees to pay a charge equal to **14%** of the rental charges on Equipment Customer wants covered by the Rental Protection Plan. In return, as set out on the back page, United agrees to waive certain claims for accidental damage to such covered Equipment occuring during normal and careful use. Customer remains liable for all damages and loss due to theft listed under The Rental Protection Plan provisions in the Terms and Conditions on back page, including Customer's negligence.    *Customer Accepts (____)*    *Customer Declines (____)*

**READ BEFORE SIGNING:** United hereby leases to Customer the Equipment (as defined in the Terms and Conditions on the reverse side) and Customer hereby accepts all *TERMS AND CONDITIONS* listed in this rental agreement, including the Terms and Conditions set forth on the reverse side, which the undersigned has read and understands. REMINDERS: (1) Rates do not include fuel or delivery; (2) Optional Rental Protection Plan charge is **14%** of the total rental charge for covered equipment; (3) Customer pays for all time the Equipment is out, including Saturdays, Sundays and Holidays.    (4) This rental agreement supersedes all other purchase orders or terms and conditions contained in any of Customer's agreements or forms; (5) Customer assumes all risk and is responsible for all damages and other costs, including late charges. Details of the above as well as other obligations and responsibilities are contained in the   TERMS AND CONDITIONS ON REVERSE. THE INDIVIDUAL SIGNING BELOW AS OR ON BEHALF OF CUSTOMER: (1) AGREES TO ALL OF THE TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS RENTAL AGREEMENT. (2) ACKNOWLEDGES RECEIPT OF THE EQUIPMENT IN GOOD WORKING ORDER AND, (3) IS FULLY FAMILIAR WITH ITS OPERATION AND USE.

**X**

| CUSTOMER SIGNATURE | DATE | NAME PRINTED | | DELIVERED BY | DATE |

A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST.

10568711 tif - 8/30/2007 1 41 24 PM

AUG-30-2007 13:06   WARDEN URTNOWSKI ZAHARONI
949 752 9320   P.50/62



'25 DISPLAY WAY
iCRAMENTO, CA  95838
-16-922-9895
209-576-7883



**:EK BILLING INVOICE**
** COPY **

| Job Site | |
|---|---|
| | EAGLE ENVIRONMENTAL CONSTRUCT<br>WATT AVE<br>MCCLELLAN, CA  95652<br><br>C#: 510-530-2480 J#: 510-530-2480 |

| Customer | |
|---|---|
| | EAGLE ENVIRONMENTAL CONSTRUCT<br>2775 BUTTERS DRIVE<br>OAKLAND, CA  94602 |

```
Customer.... 979697
Invoice #... 60158942-002
Invoice date 11/27/06
Date out.... 10/14/06      9:12 AM
Billed thru. 12/09/06

Job Loc..... WATT AVE,
Job No...... 6 - EAGLE ENVIRONMEN
P.O. #...... 79011P2
Ordered By.. JACK BARFIELD
Written by.. CYCLE BILL
Salesperson. 4448
Terms....... Net 30 Days
```

**PLEASE REMIT PAYMENT TO:**
**UNITED RENTALS NORTHWEST, INC.**
**PO BOX 79337**
**CITY OF INDUSTRY, CA 91716-9337**

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|
| 1 | 10' ROLLING SCAFFOLD TOWER | 60.00 | 60.00 | 120.00 | 325.00 | 325.00 |
| 1 | 12' ROLLING SCAFFOLD TOWER | 65.00 | 65.00 | 140.00 | 350.00 | 350.00 |

|  |  |
|---|---|
| Sub-total: | 675.00 |
| Rental protection: | 94.50 |
| Tax: | 52.32 |
| **Total:** | **821.82** |

BILLED FOR FOUR WEEKS 11/11/06 THRU 12/09/06  09:12 AM
RENTAL PROTECTION ACCEPTED



**\*ENVIRONMENTAL CHARGE:** The items indicated above are subject to an environmental charge which is designed to recover the company's direct and indirect expenses for the handling, managing and disposing of waste products, hazardous materials, and related administrative costs. This is not a government mandated charge.
**FUEL:** Fuel charges do not include federal, state or local fuel excise taxes.

**OPTIONAL RENTAL PROTECTION PLAN:**   *THE RENTAL PROTECTION PLAN IS NOT INSURANCE!*   Upon accepting the Optional Rental Protection Plan, the Customer agrees to pay a charge equal to 14% of the rental charges on Equipment Customer wants covered by the Rental Protection Plan. In return, as set out on the back page, United agrees to waive certain claims for accidental damage to such covered Equipment occuring during normal and careful use. Customer remains liable for all damages and loss due to theft listed under The Rental Protection Plan provisions in the Terms and Conditions on back page, including Customer's negligence.   **Customer Accepts  /_____/        Customer Declines /_____/**

**READ BEFORE SIGNING:** United hereby leases to Customer the Equipment (as defined in the Terms and Conditions on the reverse side) and Customer hereby accepts all *TERMS AND CONDITIONS* listed in this rental agreement, including the Terms and Conditions set forth on the reverse side, which the undersigned has read and understands. REMINDERS: (1) Rates do not include fuel or delivery; (2) Optional Rental Protection Plan charge is 14% of the total rental charge for covered equipment; (3) Customer pays for all time the Equipment is out, including Saturdays, Sundays and Holidays.    (4) This rental agreement supersedes all other purchase orders or terms and conditions contained in any of Customer's agreements or forms; (5) Customer assumes all risk and is responsible for all damages and other costs, including late charges. Details of the above as well as other obligations and responsibilities are contained in the  TERMS AND CONDITIONS ON REVERSE. THE INDIVIDUAL SIGNING BELOW AS OR ON BEHALF OF CUSTOMER: (1) AGREES TO ALL OF THE TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS RENTAL AGREEMENT, (2) ACKNOWLEDGES RECEIPT OF THE EQUIPMENT IN GOOD WORKING ORDER AND, (3) IS FULLY FAMILIAR WITH ITS OPERATION AND USE.

**X**

| CUSTOMER SIGNATURE | DATE | NAME PRINTED | DELIVERED BY | DATE |
|---|---|---|---|---|

A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST.
10568711 tif - 8/30/2007 1.41.24 PM

AUG-30-2007  13:07   WARDEN URTNOWSKI ZAHARONI         949 752 9320   P.51/62



**United Rentals**

WARDEN URTNOWSKI ZAHARONI
25 DISPLAY WAY
:CRAMENTO, CA  95838
·16-922-9895
209-576-7883

**AL RETURN INVOICE**
** COPY **

**Job Site**

EAGLE ENVIRONMENTAL CONSTRUCT
WATT AVE
MCCLELLAN, CA  95652

C#: 510-530-2480 J#: 510-530-2480

**Customer**

EAGLE ENVIRONMENTAL CONSTRUCT
2775 BUTTERS DRIVE
OAKLAND, CA  94602



```
Customer.... 979697
Invoice #... 60442210-001
Invoice date 10/27/06
Date out.... 10/26/06    3:04 PM
Date in..... 10/27/06    1:10 PM

Job Loc..... WATT AVE,
Job No...... 6 - EAGLE ENVIRONMEN
P.O. #...... 79011P2
Ordered By.. FREDERICK
Written by.. UR516JG
Salesperson. 4448
Terms....... Net 30 Days
```

**PLEASE REMIT PAYMENT TO:**
UNITED RENTALS NORTHWEST, INC.
PO BOX 79337
CITY OF INDUSTRY, CA 91716-9337

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|
| 1 | SAW CUT-OFF 14 IN GAS  * | 45.00 | 80.00 | 325.00 | 660.00 | 95.00 |
|  | 821920    Make: PARTNER  Model: K750  Ser #: 053800440 | | | | | |
| 1 | DIAMOND BLADE 14"/16"WET | 43.00 | 43.00 | 180.00 | 480.00 | 43.00 |

SALES ITEMS:

| Qty | Item number | Stock class | Unit | Price | Amount |
|---|---|---|---|---|---|
| 1 | ENV | MCI | EA | .450 | .45 |
|  | ENVIRONMENTAL CHARGE | | | | |
|  | UM: (EA) EACH | | | | |
| .3 | GAS | MCI | EA | 5.750 | 1.73 |
|  | GAS | | | | |
|  | UM: (EA) EACH | | | | |

```
                        Sub-total:   138.45
                             Fuel:     1.73
                Rental protection:    19.32
                             Tax:     10.88
                           Total:    170.38
```

RENTAL PROTECTION ACCEPTED



*ENVIRONMENTAL CHARGE: The items indicated above are subject to an environmental charge which is designed to recover the company's direct and indirect expenses for the handling, managing and disposing of waste products, hazardous materials, and related administrative costs. This is not a government mandated charge.
FUEL: Fuel charges do not include federal, state or local fuel excise taxes.

OPTIONAL RENTAL PROTECTION PLAN: *THE RENTAL PROTECTION PLAN IS NOT INSURANCE!* Upon accepting the Optional Rental Protection Plan, the Customer agrees to pay a charge equal to 14% of the rental charges on Equipment Customer wants covered by the Rental Protection Plan. In return, as set out on the back page, United agrees to waive certain claims for accidental damage to such covered Equipment occuring during normal and careful use. Customer remains liable for all damages and loss due to theft listed under The Rental Protection Plan provisions in the Terms and Conditions on back page, including Customer's negligence.   *Customer Accepts (____)*   *Customer Declines (____)*

READ BEFORE SIGNING: United hereby leases to Customer the Equipment (as defined in the Terms and Conditions on the reverse side) and Customer hereby accepts all TERMS AND CONDITIONS listed in this rental agreement, including the Terms and Conditions set forth on the reverse side, which the undersigned has read and understands. REMINDERS: (1) Rates do not include fuel or delivery; (2) Optional Rental Protection Plan charge is 14% of the total rental charge for covered equipment; (3) Customer pays for all time the Equipment is out, including Saturdays, Sundays and Holidays. (4) This rental agreement supersedes all other purchase orders or terms and conditions contained in any of Customer's agreements or forms; (5) Customer assumes all risk and is responsible for all damages and other costs, including late charges. Details of the above as well as other obligations and responsibilities are contained in the TERMS AND CONDITIONS ON REVERSE. THE INDIVIDUAL SIGNING BELOW AS OR ON BEHALF OF CUSTOMER: (1) AGREES TO ALL OF THE TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS RENTAL AGREEMENT, (2) ACKNOWLEDGES RECEIPT OF THE EQUIPMENT IN GOOD WORKING ORDER AND, (3) IS FULLY FAMILIAR WITH ITS OPERATION AND USE.

X

| CUSTOMER SIGNATURE | DATE | NAME PRINTED | DELIVERED BY | DATE |
|---|---|---|---|---|

A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST

10568711 tif - 8/30/2007 1 41.24 PM

# EXHIBIT "B"



## United Rentals

# Credit Application

Page 1 of 3

1. FILL OUT FORM
2. PRINT
3. SIGN
4. CALL 1-800-UR-RENTS
Fax to the nearest location

To United Rentals, Inc., it's subsidiaries and affiliates (collectively, "United Rentals"):For the purpose of establishing credit with United Rentals, the undersigned Applicant furnishes the following information. Applicant represents and warrants said information is a true and correct statement of its financial condition.

| Business Applicant | A/P Contact Name | Email | Date |
|---|---|---|---|
| EAGLE ENVIRONMENTAL CONSTRUCTION | RONALD BATISTE | EB-bpp | 7-24-06 |
| Address 2775 BUTTERS DRIVE | Own ☐ Rent ☐ | Billing Address | |
| City OAKLAND | State CA | Zip 94602 | City / State / Zip | Tax Exempt Y/N Tax No |

| Telephone No. (510) 530-2480 | Fax No. (510) 482-8480 | Yrs. in Business 5 | # of Employees 22 | Estimated Monthly Rental Income 20,000 | Completed Customer Profile on File? YES |
|---|---|---|---|---|---|
| Nature of Business GENERAL CONST. | Previous Year Gross Sales 6,000,000 | Contractor License No. #800389 | | Type of Business: Sole Proprietor, Partnership, Corporation CORPORATION | |

### Owners (If Applicant is a Sole Owner or Partnership)
### Officers (If Corporation)

| Name | Title | Social Security No. | Home Phone |
|---|---|---|---|
| RONALD BATISTE | PRESIDENT | 551 93 4133 | (510) 530-2480 |
| Address 2775 BUTTERS DRIVE, OAKLAND, CA 94602 | | | |
| Name DEBORAH MCFADDEN | PRINCIPAL | 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 | (510) 530-2480 |
| Address 2775 BUTTERS DRIVE, OAKLAND CA 94602 | | | |

### Bank or Savings Loan Association

| Name MT. DIABLO BANK | Branch Address PLEASANTON | |
|---|---|---|
| Account No. VARIOUS | Contact Name DAVID AYER | Telephone No. (925) 552-4324 | Fax No. (925) 417-2108 |
| Name | Branch Address | |
| Account No. | Contact Name | Telephone No. | Fax No. |

I hereby authorize bank named above to release information requested for the purpose of obtaining and/or reviewing credit.
Signature: *[signature]*

### Trade References

| Name SUN BELT RENTALS | Address 510 HARBOR BLVD. BELMONT CA |
|---|---|
| Contact Name SCOTT MICHAELSEN | Telephone No. 650-593-1100 | Fax No. (650) 593-1011 |
| Name | Address |
| Contact Name | Telephone No. | Fax No. |
| Name | Address |
| Contact Name | Telephone No. | Fax No. |



# Credit Application

### Page 2 of 3

**PLEASE SUPPLY THE FOLLOWING INFORMATION TO HELP US SERVE YOUR ACCOUNT NEEDS.**

1. Do you require a purchase order number on each invoice? If Yes, equipment will not be released unless provided.  Yes ☐  No ☒
2. Do you require a monthly statement?  Yes ☒  No ☐
3. Do you wish to purchase optional Rental Protection Plan (RPP) on each contract?  Yes ☒  No ☐
4. Have you ever had a previous account with United Rentals or its subsidiaries? If Yes, Where/Account No. _____  Yes ☐  No ☒
5. Have you provided a certificate of insurance evidencing general liability coverage and property coverage naming United Rentals as loss payee and additional insured? (ATTACHED)  Yes ☒  No ☐

**OPEN ACCOUNT CREDIT TERMS:**

1. All invoices, except for those issued on sales agreements, are due and payable within 30 days from date of invoice. Invoices issued on sales agreements are due within 10 days from date of the sales agreement.
2. If equipment is rented for more than 4 weeks, periodic unsigned invoices will be issued for rental charge due. All such invoices are due and payable within 30 days of the invoice date.
3. At the discretion of United Rentals, any account with a delinquent balance may be placed on a cash basis any time, and the equipment picked up without notice.
4. United Rentals files preliminary lien notices and mechanics liens whenever necessary or required by law. This is a company policy, and is not a reflection of your credit standing.
5. For each delinquent account, customer agrees to pay a monthly service charge equal to 2% of the past due balance or the maximum service charge permitted by law in the state where the contract is signed.
6. Customer agrees to pay all reasonable attorney fees, collection costs, and court costs incurred by United Rentals in enforcing these terms and conditions.
7. Customer authorizes United Rentals to obtain credit reports, trade reports, and bank references for the purpose of determining the extension or continuation of credit to customer.
8. Customer agrees to the terms and conditions as stated on each and every United Rentals' agreement, contract or invoice.

The undersigned warrants that all information is correct, has read, accepted and agrees to be bound by all of the terms set forth in this document and in each rental contract entered into by the undersigned or his agents. It is understood and agreed that the undersigned specifically consents to United Rentals investigating of the applicant's credit history and may utilize credit reporting services for information on the undersigned. Facsimile copies will be accepted as originals.

The Federal Equal Credit Opportunity Act/regulation B prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract), because all or part of the applicant's income derives from any public assistance program; or because the applicant has, in good faith, exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with the law concerning this credit is the Federal Trade Commission, Division of Credit Practices, 6th and Pennsylvania Avenue, NW Washington, D.C. 20580.

Date: 7-24-06   Print Name: RONALD BATISTE

Signature: _____

Title: PRESIDENT

**CONSENT TO OBTAIN CONSUMER CREDIT REPORT:**
The undersigned individual who is either a principal of the credit applicant or a sole proprietorship of the credit applicant, recognizing that his or her individual credit history may be a factor in the evaluation of the credit history of the applicant, hereby consents to and authorizes the use of a consumer credit report on the undersigned by the above named business credit grantor, from time to time as may be needed, in the credit evaluation process.

**CONTINUING PERSONAL GUARANTEE:**
The undersigned hereby unconditionally guarantee(s) the full and prompt payment to United Rentals when due all indebtedness, obligations, and liabilities of the customer named in the Credit Application, including all amounts now owing and arising in the future, and including any future attorney fees and collection and court costs. The undersigned agrees to be personally bound by all credit terms of this Credit Application. This guarantee shall continue in force until notice in writing sent by certified mail, return receipt requested, is received by United Rentals. This notice shall specify the date of termination, and is to be effective seven (7) days after the notice and shall not affect any charges for transactions with the customer that were entered into prior to the termination date. The undersigned personal guarantor, recognizing that his or her individual credit history may be a necessary factor in the evaluation of this personal guarantee, hereby consents to and authorizes the use of a consumer credit report on the undersigned, by the above named business credit grantor, from time to time as may be needed, in the credit evaluation process.

Date: 7-24-06   Signature: _____

Signature: _____

For United Rentals Use Only:

| Date Rec'd | Branch Name/#: | Credit Mgr Approval: | Date approved: | Account #: | Credit Limit: |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

AUG-30-2007  13:08    WARDEN URTNOWSKI ZAHARONI    949 762 9320    P.55/62
07/24/2006 14:50:14  Page 4 of 4



# United Rentals

## Customer Profile

### Page 3 of 9

*Please list all contacts involved in equipment rental and purchase transactions.*

## CUSTOMER PROFILE #1

Individual responsible for rental and / or purchasing decisions

**Name:** LOUIS CHERRY

**Title:** OPERATIONS MANAGER  **Dept:** OPERATIONS

### Address Information

**Name:** STANFORD LINEAR ACCELERATOR CENTER

**Address:** MENLO PARK, CA 94025-7015

**Address 2:** 2575 SAND HILL ROAD, MAIL STOP 18

**City:**

**State / Zip:**

### Phone Numbers

**Direct Telephone:** (650) 926-4624  **Ext:**

**Alt:**  **Ext:**

**Fax:** (650) 926-8785

**Mobile:**

**Pager:**  **PIN:**

**Home:**  **e-mail:**

### Miscellaneous

- [ ] Manufacturing
- [x] General Building Contractor
- [ ] Heavy Construction Contractor
- [ ] Special Trade Contractor
- [ ] Metal Mining
- [ ] Bituminous and Lignite Mining

- [ ] Oil and Gas Extraction
- [ ] Non-Metallic Mineral Mining
- [ ] Transportation
- [ ] Utilities
- [ ] Distribution
- [ ] Services

- [ ] Agriculture
- [ ] Federal Government
- [ ] State Government
- [ ] City Government
- [ ] Homeowner
- [ ] Other

## CUSTOMER PROFILE #2

Individual responsible for rental and / or purchasing decisions

**Title:**  **Dept:**

### Address Information

**Name:**

**Address:**

**Address 2:**

**City:**

**State / Zip:**

### Phone Numbers

**Direct Telephone:**  **Ext:**

**Alt:**  **Ext:**

**Fax:**

**Mobile:**

**Pager:**  **PIN:**

**Home:**  **e-mail:**

### Miscellaneous

- [ ] Manufacturing
- [ ] General Building Contractor
- [ ] Heavy Construction Contractor
- [ ] Special Trade Contractor
- [ ] Metal Mining
- [ ] Bituminous and Lignite Mining

- [ ] Oil and Gas Extraction
- [ ] Non-Metallic Mineral Mining
- [ ] Transportation
- [ ] Utilities
- [ ] Distribution
- [ ] Services

- [ ] Agriculture
- [ ] Federal Government
- [ ] State Government
- [ ] City Government
- [ ] Homeowner
- [ ] Other

# EXHIBIT "C"

AUG-30-2007  13:08        WARDEN URTNOWSKI ZAHARONI                    949 752 9320      P.57/62



4009 Alemany Ave. Suite 101  Hayward. CA 98544    Ty. 201 571.1111    Fx.

January 26, 2007

U.S. Department of the Navy Southwest Division
1220 Pacific Highway
San Diego, CA 92132

Eagle Environmental Construction
2775 Butters Drive
Oakland, CA 94602

Job:    Alameda Naval Air Base
        2900 Main Street
        Alameda, CA

YOU AND EACH OF YOU ARE HEREBY NOTIFIED that the undersigned, United
Rentals Northwest, Inc., furnished equipment to Eagle Environmental Construction
which were actually used in the construction of that certain Public work consisting of the
rental of construction equipment. The last of the rentals for which the claim is made, was
furnished within ninety days; and the amount claimed, after deducting all just credits and
offsets is $ 9328.19, together with interest, cost and attorney's fees thereon.

United Rentals Northwest, Inc.

Cynthia Mac Intosh,
Senior Credit Service Representative

10568711 tif - 8/30/2007 1.41.24 PM

AUG.30-2007  13:08      WARDEN URTNOWSKI ZAHARONI           949 752 9320     P.58/62

USPS - Track & Confirm                                                      Page 1 of 1

 UNITED STATES
POSTAL SERVICE.

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7003 3110 0005 7290 0831**
Status: **Notice Left**

We attempted to deliver your item at 3:57 PM on February 1, 2007 in
OAKLAND, CA 94602 and a notice was left. It can be redelivered or
picked up at the Post Office. If the item is unclaimed, it will be returned to
the sender. Information, if available, is updated every evening. Please
check again later.

Track & Confirm

Enter Label/Receipt Number.

*Additional Details >*     *Return to USPS.com Home >*

Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.     *Go >*

POSTAL INSPECTORS     site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust                Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

Sent To  Eagle Env
Street, Apt. No.; or PO Box No.  3775 Butters Dr.
City, State, ZIP+4  Oakland, CA 94602

PS Form 3800, June 2002          See Reverse for Instructions



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To  Div.
U.S Dept of the Navy Southwest
Street, Apt. No.; or PO Box No.  1220 Pacific Hwy
City, State, ZIP+4  San Diego CA 92132

PS Form 3800, June 2002        See Reverse for Instructions

7003 3110 0005 7290 0848

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Department of the
Navy Southwest Division
1220 Pacific Highway
San Diego, CA 92132

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                          □ Agent
                           □ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
S. BOO] ( ev            2/2/07

D. Is delivery address different from item 1?  □ Yes
If YES, enter delivery address below:  □ No

3. Service Type
□ Certified Mail    □ Express Mail
□ Registered        □ Return Receipt for Merchandise
□ Insured Mail      □ C.O.D.

4. Restricted Delivery? (Extra Fee)    □ Yes

2. Article Number
(Transfer from service label)    7003 3110 0005 7290 0848

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

AUG-30-2007  13:08        WARDEN URTNOWSKI ZAHARONI                    949 752 9320    P.60/62

EXHIBIT "D"



4230 Kiernan Ave., Ste. 140    Modesto, CA 95356   Tel: 209 576-7883   Fax: 209 545-5782   www.unitedrentals.com

December 1, 2006

Gerald Shmavonian
6219 N. Prospect
Fresno, CA  93711
Bond #900-1

Leland Stanford Jr. University Board of Trustees
655 Serra
Stanford, CA  94305

Eagle Environmental Construction
2775 Butters Drive
Oakland, CA  94602

Job:    "Stanford Linear Excelerator"
        2575 Sand Hill Road
        Menlo Park, CA

YOU AND EACH OF YOU ARE HEREBY NOTIFIED that the undersigned, United
Rentals Northwest, Inc., furnished equipment to Eagle Environmental Construction
which were actually used in the construction of that certain Public work consisting of the
rental of construction equipment. The last of the rentals for which the claim is made, was
furnished within ninety days; and the amount claimed, after deducting all just credits and
offsets is $ 25917.64, together with interest, cost and attorney's fees thereon.

United Rentals Northwest, Inc.

Cynthia Mac Intosh,
Senior Credit Service Representative

**SENDER: COMPLETE THIS SECTION**

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

7016 0550 0004 5633 0059

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Leland Shanahan Sr. U.S.P.
3350 So.
Sharin Ca, 92705

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____ ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)

7014 2510 0004 5633 0042

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Gerald Shanahan
Delt N. Forest V
Fresno, CA 93711

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____ ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)

7014 0510 0004 5633 0035

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540