J. Brian Urtnowski (CSB #117720)
Neil Sholander (CSB #225894)
URTNOWSKI & ASSOCIATES, P.C.
2040 Main St., Ninth Floor
Irvine, CA 92614
(949) 752-0010
(f) (949) 752-9320

*FILED*

SEP 2 0 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Attorneys for: Plaintiff UNITED RENTALS NORTHWEST, INC.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States For The Use of:<br>UNITED RENTALS NORTHWEST,<br>INC., an Oregon corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>WIRELESS COMMUNICATIONS<br>UNLIMITED dba EAGLE<br>ENVIRONMENTAL<br>CONSTRUCTION, a California<br>corporation; GERALD SHMAVONIAN;<br>an individual; RONALD BATISTE, an<br>individual; LELAND STANFORD Jr.<br>UNIVERSITY BOARD OF<br>TRUSTEES; the governing trust of a<br>California corporation; and DOES 1<br>through 100, Inclusive,<br><br>    Defendants. | DOCKET NO. C-07-04510-EDL<br><br>FIRST AMENDED COMPLAINT FOR:<br><br>1)  ON BOND (MILLER ACT)<br>2)  ON BOND (MILLER ACT)<br>3)  BREACH OF CONTRACT<br>4)  SERVICES RENDERED<br>5)  ACCOUNT STATED<br>6)  OPEN BOOK ACCOUNT<br>7)  BREACH OF PERSONAL GUARANTEE<br><br>BY FAX |

1.      Use Plaintiff UNITED RENTALS NORTHWEST, INC., ("United Rentals"), is and at all

times herein mentioned was, a corporation organized and existing by virtue of the laws of

the State of Oregon, authorized to do and doing business within the State of California.

2.      Plaintiff is informed and believes and on that ground alleges that defendant Wireless

Complaint on Bond (Miller Act), Amended

Urtnowski & Associates, P.C.
2040 Main St., Ninth Floor
Irvine, CA 92614
(949) 752-0010

10363422.tif - 9/20/2007 2:22:03 PM

SEP-20-2007  13:37    WARREN URTNOWSKI ZAHARONI    949 752 9320    P.05

1    Communications Unlimited, dba Eagle Environmental Construction ("Eagle "), is and at all

2    times herein mentioned was a corporation organized and existing by virtue of the laws of

3    the State of California, authorized to do and doing business within the State of California.

4

5   3.   Plaintiff is informed and believes and on that ground alleges that defendant Ronald Batiste

6    ("Batiste"), is and at all times herein mentioned was a resident of Alameda County, State of

7    California. On information and belief, Batiste is an owner of defendant Eagle Environmental

8    Construction.

9

10  4.   Plaintiff is informed and believes and on that ground alleges that defendant Gerald

11    Shmavonian, ("Shmavonian") is and at all times herein mentioned was, an individual

12    residing in San Mateo County.

13

14  5.   Plaintiff is informed and believes and on that ground alleges that defendant Leland Stanford

15    Jr. University Board of Trustees ("Stanford") is and at all times herein mentioned was the

16    governing body of Leland Stanford Jr. University, a corporation organized and existing by

17    virtue of the laws of the State of California, authorized to do and doing business within the

18    State of California.

19

20  6.   Plaintiff is informed and believes jurisdiction over the subject matter of this lawsuit in

21    conferred on this Court by virtue of 28 U.S.C. §1352 and 40 U.S.C. §270(b).  Jurisdiction

22    over the Third, Fourth, Fifth, Sixth and Seventh Claims for Relief is provided under the

23    principles of pendent jurisdiction. Venue is proper in the Northern District because a

24    substantial part of the events or omissions giving rise to the claim occurred in this District.

25

26  7.   Defendants DOES 1 through 100, inclusive, are sued herein under fictitious names since

27    their true names and capacities are unknown to plaintiff. When the true names and capacities

28    have been ascertained, plaintiff will amend this complaint to state the same. Plaintiff is

---

Complaint on Bond (Miller Act)         2

1    informed and believes and thereon alleges that each of the fictitiously named defendants

2    claims an estate or interest in the property herein mentioned.

3

4   8.    On information and belief, at all times mentioned herein, defendants and Does 21 through

5    100, were acting as the agent and/or employee of each remaining defendant, and acting

6    within the course and scope of said agency and/or employment, and that each fictitiously

7    named defendant is responsible in some manner for the occurrences herein mentioned and

8    that plaintiff's damages as herein mentioned were approximately caused by such defendants

9    and each of them.

10

11                          **FIRST CLAIM FOR RELIEF**

12   **(Claim On Miller Act Payment Bond Against Defendants Eagle and DOES 1 through 10)**

13            **(49 Stat. 793, c. 642, § 1; 40 U.S.C. §§270a-270e)**

14

15   9.    Plaintiff realleges and incorporates by reference the applicable allegations of paragraph 1

16    through 8 of this complaint, inclusive.

17

18   10.    United Rentals is informed and believes and thereon alleges that the U.S. Department of the

19    Navy ("Navy") is, and at all times herein mentioned was a subdivision of the United States

20    qualified to do and doing business in the State of California pursuant to and authorized by

21    the laws of the State of California.

22

23   11.    United Rentals is informed and believes and thereon alleges that sometime before July, 2006,

24    the United States of America, through the Department of the Navy, awarded a contract

25    ("'Alameda Works Contract"), contract number unknown to plaintiff, for that certain work

26    of improvement at the Alameda Naval Air Base, located at 2900 Main Street, city of

27    Alameda, Alameda County, State of California, within the Northern District of California

28    ("Alameda Improvement").

Complaint on Bond (Miller Act); Demand for Jury Trial        3

12. United Rentals is informed and believes and thereon alleges that sometime before July, 2006, defendants Batiste and Eagle, as principal, and defendant DOES 1-10, as surety, acting through and in connection with defendants, executed and delivered a payment bond (the "Alameda Bond"), in a penal sum sufficient to guaranty the payment to all persons supplying labor, materials and equipment in the prosecution of the work provided for in the Alameda Works Contract and in any and all duly authorized modifications thereof, which said bond was executed and delivered as aforesaid in accordance with the provisions of an act of the Legislature of the United States of America, dated August 24, 1935, 49 Stat. 793, as amended (40 U.S.C. §§ 3131-3313). Plaintiff has submitted to the Department of Navy an affidavit to obtain a copy of said bond and contract and will produce these documents immediately upon plaintiff's receipt

13. During the course of the performance and prosecution of this public work, and under and by virtue of the Alameda Works Contract and from on or about July 2006, until on or about December, 2006, United Rentals entered into a series of rental agreements ("Agreements") with defendants Eagle and Batiste, the material terms of which were that plaintiff agreed to and did furnish to defendants certain materials, equipment, fuels and services and defendant agreed to pay for same. (Accurate copies of the face pages of the Agreements and summary of the Agreements is attached hereto as **EXHIBIT "A"**.) The Agreements incorporated the terms of a Credit Application executed by Eagle and Batiste and/or its/his representatives, which provided, among other things, for the recovery of attorneys fees, reasonable court costs, late charges, service fees and or interest upon the late payment or the failure to pay any of the Agreements. (An accurate copy of the face page of the Credit Application is attached hereto as **EXHIBIT "B"**.)

14. The Equipment furnished by United Rentals for the prosecution of said work of improvement was and is reasonably worth the sum of not less than $9,328.19, plus interest according to proof.

Complaint on Bond (Miller Act)                    4                    Urtnowski & Associates, P.C.
2040 Main St, Ninth Floor
Irvine, CA 92614
(949) 752-0010
10363422.tif - 9/20/2007 2:22:03 PM

SEP-20-2007  13:38    WARREN URTNOWSKI ZAHARONI                949 752 9320    P.08

15.   Within ninety (90) days from the date on which United Rentals furnished the last of the Equipment for which its claim hereunder is made, United Rentals gave written notice to defendant Eagle, stating with substantial accuracy the amount claimed and the name of the party to whom the materials were furnished, which said notice was served on defendant Eagle by registered mail, postage prepaid, in an envelope addressed to said contractor at its business address. Attached hereto as **Exhibit "C"** is a true and correct copy of said written notice.

16.   More than ninety (90) days have elapsed since the date on which the Equipment was furnished to defendant and there is now due, owing and unpaid to United Rentals the sum of not less than $9,328.19, plus interest according to proof, plus costs and reasonable attorneys, fees.

17.   Said materials, equipment, fuels and services so furnished by use plaintiff in the prosecution of the Alameda Improvement, were and are reasonably worth the sum of not less than NINE THOUSAND THREE HUNDRED TWENTY EIGHT DOLLARS NINETEEN CENTS ($9,328.19) after deducting all just credits and offsets, and the same has not been paid, neither the whole nor any part thereof.

## SECOND CLAIM FOR RELIEF

**(Claim On Miller Act Payment Bond Against Defendants Eagle, Shmavonian, Stanford and DOES 11 through 20)**

**(49 Stat. 793, c. 642, § 1; 40 U.S.C. §§270a-270e)**

18.   Plaintiff realleges and incorporates by reference the applicable allegations of paragraph 1 through 17 of this complaint, inclusive.

Urtnowski & Associates, P.C.
2040 Main St., Ninth Floor
Irvine, CA 92614
(949) 752-0010
10363422.tif - 9/20/2007 2:22:03 PM

19.   United Rentals is informed and believes and thereon alleges that the U.S. Department of the Energy ("USDE") is, and at all times herein mentioned was a subdivision of the United States qualified to do and doing business in the State of California pursuant to and authorized by the laws of the State of California.

20.   United Rentals is informed and believes and thereon alleges that sometime before July, 2006, the United States of America, through the USDE, awarded a contract ("'Stanford Works Contract"), contract number unknown to plaintiff for that certain work of improvement related to the construction of the Stanford Linear Accelerator, operated by Stanford, located at 2575 Sand Hill Road, Menlo Park, San Mateo County, state of California, within the Northern District of California.

21.   United Rentals is informed and believes and thereon alleges that sometime before July, 2006, defendants Batiste and Eagle, as principal, and defendant Shmavonian, as surety, acting through and in connection with defendants, executed and delivered a payment bond (the "Stanford Bond"), in a penal sum sufficient to guaranty the payment to all persons supplying labor, materials and equipment in the prosecution of the work provided for in the Stanford Works Contract and in any and all duly authorized modifications thereof, which said bond was executed and delivered as aforesaid in accordance with the provisions of an act of the Legislature of the United States of America, dated August 24, 1935, 49 Stat. 793, as amended (40 U.S.C. §§ 3131-3313). Plaintiff has submitted to Stanford a request for said bond and contract and will produce these documents immediately upon plaintiff's receipt

22.   During the course of the performance and prosecution of this public work, and under and by virtue of the Stanford Works Contract and from on or about July 2006, until on or about December, 2006, United Rentals entered into a series of rental agreements ("Agreements") with defendants Eagle and Batiste, the material terms of which were that plaintiff agreed to and did furnish to defendants certain materials, equipment, fuels and services and defendant

Complaint on Bond (Miller Act)                    6                    Urtnowski & Associates, P.C.
                                                                       2040 Main St., Ninth Floor
                                                                       Irvine, CA 92614
                                                                       (949) 752-0010
                                                                       10353422.tif - 9/20/2007 2:22:03 PM

1    agreed to pay for same. See **EXHIBIT "A"**. The Agreements incorporated the terms of a

2    Credit Application executed by Eagle and Batiste and/or its/his representatives, which

3    provided, among other things, for the recovery of attorneys fees, reasonable court costs, late

4    charges, service fees and or interest upon the late payment or the failure to pay any of the

5    Agreements. See **EXHIBIT "B"**.

7    23.    Within ninety (90) days from the date on which United Rentals furnished the last of the

8    Equipment for which its claim hereunder is made, United Rentals gave written notice to

9    defendants Eagle, Shmavonian and Stanford stating with substantial accuracy the amount

10    claimed and the name of the party to whom the materials were furnished, which said notice

11    was served on defendant Eagle by registered mail, postage prepaid, in an envelope addressed

12    to said contractor at its business address. Attached hereto as **Exhibit "D"** is a true and

13    correct copy of said written notice.

15    24.    More than ninety (90) days have elapsed since the date on which the Equipment was

16    furnished to defendant and there is now due, owing and unpaid to United Rentals the sum

17    of not less than $25,917.64, plus interest according to proof, plus costs and reasonable

18    attorneys, fees.

20    25.    Said materials, equipment, fuels and services so furnished by use plaintiff in the prosecution

21    of the Alameda Improvement, were and are reasonably worth the sum of not less than

22    TWENTY FIVE THOUSAND NINE HUNDRED SEVENTEEN DOLLARS SIXTY FOUR

23    CENTS ($25,917.64) after deducting all just credits and offsets, and the same has not been

24    paid, neither the whole nor any part thereof.

26                          **THIRD CLAIM FOR RELIEF**

27    **(Breach of Contract Against Defendants Eagle, Batiste and DOES 21 through 100)**

26.  United Rentals realleges and incorporates herein by reference the applicable allegations of paragraphs 1 through 25, inclusive, of this Complaint.

27   Pursuant to the Agreements between United Rentals and defendants, United Rentals furnished the materials, equipment, fuels and services to defendants and has fully performed all the terms and conditions on its part to be performed pursuant to the Agreements.

28.  Although demand has been made therefor, defendants have failed and refused to pay any of the amounts owed to United Rentals for the materials, equipment, fuels and services furnished to Eagle and Batiste by United Rentals under the Agreements, in breach of the Agreements.

29.  As a result of defendants' breach of the Agreements, United Rentals has been damaged in the sum of at least FORTY SIX THOUSAND TWO HUNDRED THIRTY FOUR DOLLARS FORTY CENTS ($46,234.40), plus interest according to proof, plus costs and reasonable attorneys' fees.

## FOURTH CLAIM FOR RELIEF

### (For Services Rendered Against Defendants Eagle Construction, Batiste and DOES 21 through 100)

30.  Plaintiff realleges and incorporates by reference the applicable allegations of paragraphs 1 through 29 of this complaint, inclusive.

31.  Within the last four years, Eagle Construction and Batiste became indebted to plaintiff in the sum of not less than FORTY SIX THOUSAND TWO HUNDRED THIRTY FOUR DOLLARS FORTY CENTS ($46,234.40), for materials, equipment, fuels and services furnished by plaintiff to defendant at the special instance and request of defendant, for which

Urtnowski & Associates, P.C.
2040 Main St., Ninth Floor
Irvine, CA 92614
(949) 752-0010
10363422.tif - 9/20/2007 2:22:03 PM

1    Eagle Construction agreed to pay plaintiff the above sum.

2

3    32.    No part of the above sum has been paid, notwithstanding plaintiff's demand therefor, and

4    there is now due, owing and unpaid from Eagle Construction and Batiste to plaintiff the sum

5    of not less than $46.234.40, together with interest thereon at the highest legal rate according

6    to proof plus reasonable attorneys' fees and costs.

7

8    **FIFTH CLAIM FOR RELIEF**

9    **(For Account Stated Against Eagle Construction, Batiste and DOES 21 through 100)**

10

11    33.    Plaintiff realleges and incorporates by reference the applicable allegations of paragraphs 1

12    through 32 of this complaint, inclusive.

13

14    34.    Within the last four years, an account was stated in writing by and between plaintiff and

15    Eagle Construction and Batiste wherein it was agreed that Eagle Construction was indebted

16    to plaintiff in the sum of not less than FORTY SIX THOUSAND TWO HUNDRED

17    THIRTY FOUR DOLLARS FORTY CENTS ($46,234.40), for materials, equipment, fuels

18    and services furnished by plaintiff to Eagle Construction and Batiste at the special instance

19    and request of Eagle Construction and Batiste for which Eagle Construction and Batiste

20    agreed to pay plaintiff the above sum.

21

22    35.    No part of the above sum has been paid, notwithstanding plaintiff's demand therefor, and

23    there is now due, owing and unpaid from Eagle Construction and Batiste to plaintiff the sum

24    of not less than FORTY SIX THOUSAND TWO HUNDRED THIRTY FOUR DOLLARS

25    FORTY CENTS ($46,234.40) together with interest thereon at the highest legal rate

26    according to proof plus reasonable attorneys' fees and costs.

27

28    ///

SEP-20-2007    13:39        WARᴅᴇN URTNOWSKI ZAHARONI                949 752 9320    P.13

## SIXTH CLAIM FOR RELIEF

**(Open Book Account Against Eagle Construction, Batiste and DOES 21 through 100)**

36.  Plaintiff realleges and incorporates by reference the applicable allegations of paragraphs 1 through 35 of this complaint, inclusive.

37.  Within the last four years, Eagle Construction and Batiste became indebted to plaintiff on an open book account for money due in the sum of not less than FORTY SIX THOUSAND TWO HUNDRED THIRTY FOUR DOLLARS FORTY CENTS ($46,234.40) for materials, equipment, fuels and services furnished by plaintiff to defendant at the special instance and request of Eagle Construction and Batiste for which Eagle Construction and Batiste agreed to pay plaintiff the above sum, plus interest thereon at the highest legal rate per annum, and reasonable attorneys' fees and costs.

38.  Neither the whole nor any part of the above sum has been paid, although demand has been made therefor, and there is now due, owing and unpaid from Eagle Construction and Batiste to plaintiff the sum of not less than FORTY SIX THOUSAND TWO HUNDRED THIRTY FOUR DOLLARS FORTY CENTS ($46,234.40) together with interest thereon at the highest legal rate according to proof plus reasonable attorneys' fees and costs.

## SEVENTH CLAIM FOR RELIEF

**(Breach of Personal Guarantee Against Defendant Batiste and DOES 21 through 100)**

39.  Plaintiff realleges and incorporates by reference the applicable allegations of paragraphs 1 through 38 of this complaint, inclusive.

40.  On or about July 24, 2006, defendants Eagle and Batiste executed the Credit Application. Concurrently with the execution of the Credit Application, defendant Batiste agreed, in

SEP-20-2007  13:39    WARREN URTNOWSKI ZAHARONI    949 752 9320    P.14

1   writing, to unconditionally guarantee (the "Personal Guarantee Agreement") the full and

2   prompt payment to plaintiff of all current and future indebtedness, obligations and liabilities

3   owing from Eagle. (See, **EXHIBIT "B".**) Thereafter, defendant Batiste became indebted

4   to plaintiff in the amount of FORTY SIX THOUSAND TWO HUNDRED THIRTY FOUR

5   DOLLARS FORTY CENTS ($46,234.40). Despite demand therefore, defendant Batiste has

6   refused to pay, and continue to refuse to pay such indebtedness to plaintiff as requested.

7

8   41.   Despite demand therefore, defendant Batiste failed and continues to fail to honor the

9   Personal Guarantee Agreement and pay to United Rentals the sum of not less than FORTY

10   SIX THOUSAND TWO HUNDRED THIRTY FOUR DOLLARS FORTY CENTS

11   ($46,234.40) for the equipment, materials and services furnished by United Rentals to

12   defendants for their use.

13

14   42.   Pursuant to the terms of the Agreements and the Personal Guarantee Agreement with

15   plaintiff, defendants also promised to pay a service charge and costs of collection, including

16   reasonable attorneys' fees.

17

18   43.   Plaintiff has fully performed all the terms and conditions on its part to be performed pursuant

19   to the Agreement and the Personal Guarantee Agreement.

20

21   44.   Although demand has been made therefor, defendants have failed, neglected and refused to

22   pay any of the amounts owed to plaintiff, in breach of the Agreement and the Personal

23   Guarantee Agreement.

24

25   45.   As a result of defendant's breach of the Agreement and the Personal Guarantee Agreement,

26   plaintiff has been damaged in the sum of not less than FORTY SIX THOUSAND TWO

27   HUNDRED THIRTY FOUR DOLLARS FORTY CENTS ($46,234.40), together with

28

Urtnowski & Associates, P.C.
2040 Main St., Ninth Floor
Irvine, CA 92614
(949) 752-0010
10363422.tif - 9/20/2007 2:22:03 PM

1 | interest thereon at the highest legal rate according to proof plus reasonable attorneys' fees and

2 | costs.

3

4 | **PRAYER**

5

6 | **WHEREFORE,** use plaintiff United Rentals Northwest, Inc. prays for judgment as follows:

7

8

9 | AS TO THE FIRST CLAIM FOR RELIEF:

10 | 1. Against Eagle and Does 1 through 10, jointly and severally, in the sum of no less than

11 | $9,328.19, plus interest according to proof, costs and reasonable attorneys' fees.

12 | 2. For such other and further relief as the Court deems just and proper.

13

14 | AS TO THE SECOND CLAIM FOR RELIEF:

15 | 1. Against Eagle, Shmavonian, Stanford and Does 11 through 20, jointly and severally, in

16 | the sum of no less than $25,917.64, plus interest according to proof, costs and reasonable

17 | attorneys' fees.

18 | 2. For such other and further relief as the Court deems just and proper.

19

20 | AS TO THE THIRD THROUGH SIXTH CLAIMS FOR RELIEF

21 | 1. Against Eagle, Batiste and Does 21 through 100, jointly and severally, the sum of no less

22 | than $46,343.40;

23 | 2. For interest thereon according to proof;

24 | 3. For costs of suit incurred herein;

25 | 4. For reasonable attorneys' fees; and,

26 | 5. For such other and further relief as the Court deems just and proper.

27

28 | ///

Complaint on Bond (Miller Act)                        12                        Urtnowski & Associates, P.C.
                                                                                2040 Main St., Ninth Floor
                                                                                Irvine, CA 92614
                                                                      10363422.tif - 9/20/2007 2:00:19 PM

AS TO THE SEVENTH CLAIM FOR RELIEF:

1.    For judgment against defendant Ronald Batiste and DOES 21 through 100, jointly and

severally, for the sum of not less than $46,234.40;

2.    For interest thereon according to proof;

3.    For costs of suit incurred herein;

4.    For reasonable attorneys' fees;

5.    For such other relief as the Court deems just and proper.

Dated: September 18, 2007                      URTNOWSKI & ASSOCIATES, P.C.

                                       By:

                                             Neil M. Sholander
                                             J. Brian Urtnowski
                                             Attorneys for United Rentals Northwest, Inc.

Complaint on Bond (Miller Act)                      13                      Urtnowski & Associates, P.C.
                                                                              2040 Main St., Ninth Floor
                                                                              Irvine, CA 92614
                                                                              (949) 752-0010

                                                                        10353422.tif - 9/20/2007 2:22:43 PM

**EXHIBIT  A**

2/12/07  14:37:37
System: UNITED

Customer Invoice Inquiry

Cmp:
Page: 1
01

Status: S  Total S:  46234.40
Cust #:  979697    EAGLE ENVIRONMENTAL CONSTRUCT    Phone: 510-530-2480
Open: Y  Paid: N

<--- Filters

Signature

| Invoice # | Date | Loc | ST/OP | Balance | Type | Job Location | P.O. # |
|---|---|---|---|---|---|---|---|
| 58313341-001 | 7/7/06 | 545 | ST | 345.32 | 2575 | SAND HILL ROAD, MENLO P | RONALD BAPTISTA |
| 58313341-001 | 7/31/06 | 549 | OP | 134.54 | 2575 | SAND HILL ROAD, MENLO P | RONALD BAPTISTA |
| 58212362-001 | 7/31/06 | 549 | OP | 51.56 | 2575 | SAND HILL ROAD, MENLO P | RONALD BAPTISTA |
| 58242562-001 | 7/19/06 | 606 | OP | 13138.76 | 2575 | SAND HILL ROAD, MENLO P | RONALD BAPTISTA |
| 58246706-002 | 8/30/06 | 606 | OP | 275.68 | 2575 | SAND HILL ROAD, MENLO P | RONALD BAPTISTA |
| 58418419-002 | 8/23/06 | 606 | OP | 1548.85 | 2575 | SAND HILL ROAD, MENLO P | RONALD BAPTISTA |
| 58313930-001 | 8/12/06 | 053 | OP | 79.57 | 2575 | SAND HILL ROAD, MENLO P | RONALD BAPTISTA |
| 58595601-001 | 8/17/06 | 547 | OP | 650.00 | 2575 | SAND HILL ROAD, MENLO P | RONALD BAPTISTA |
| 58606935-001 | 8/17/06 | 547 | OP | 4693.44 | 2575 | SAND HILL ROAD, MENLO P | RONALD BAPTISTA |
| 58640254-001 | 8/16/06 | 547 | OP | 106.09 | 2575 | SAND HILL ROAD, MENLO P | RONALD BAPTISTA |
| 58684829-002 | 8/20/06 | 549 | OP | 567.30 | 2575 | SAND HILL ROAD, MENLO P | RONALD BAPTISTA |
| 3775177-001 | 9/05/06 | 547 | OP | 902.30 | 2575 | SAND HILL ROAD, MENLO P | 2019 SLAC |
| 58905677-001 | 9/13/06 | 604 | OP | 1230.73 | 2575 | SAND HILL ROAD, MENLO P | 2021SLAC |
| 58930067-002 | 10/11/06 | 604 | OP | 1693.16 | 2900 | MAIN ST, ALAMEDA | NONE |
| 58930567-003 | 11/08/06 | 604 | OP | 1596.37 | 2900 | MAIN ST, ALAMEDA | NONE |
| 58930567-004 | 11/28/06 | 604 | OP | 30.35 | 2900 | MAIN ST, ALAMEDA | NONE |
| 58930119-001 | 8/29/06 | 606 | OP | 1921.47 | 190 | MAIN ST, ALAMEDA | CLEMENT |
| 58940413-001 | 8/29/06 | 516 | OP | 349.91 | 1- | EAGLE ENVIRONMEN | 9013 SFT |
| 58784405-001 | 9/11/06 | 549 | OP | 4076.41 | 1431 | HALIBUT, TREASURE ISLAN | 9013 SFT |
| 58787440-001 | 9/11/06 | 549 | OP | 2070.97 | 1431 | HALIBUT, TREASURE ISLAN | 9013 SFT |
| 59043333-001 | 9/17/06 | 053 | OP | 1417.64 | 2910 | MILL CALL OAKLAND, OAKLAND | LOUIS 510-847-5141 |
| 59070139-001 | 9/18/06 | 053 | OP | 2.39 | 2910 | MAIN ST, ALAMEDA | NONE |
| 59136007-001 | 9/06/06 | 053 | OP | 11.24 | | MILL CALL | LOMBARD ST |
| 59113560-001 | 9/24/06 | 047 | OP | 11.51 | | LEXINGTONO STREET, ALAMEDA | JACK BARFIELD |
| 59247788-001 | 9/24/06 | 047 | OP | 16.51 | | TETRA TEC  ALAMEDA | 27851 |
| 60130119-001 | 10/13/06 | 516 | OP | 159.78 | 2785 | BUTTERS DRIVE, OAKLAND | 7901IP2 |
| 60158942-001 | 10/30/06 | 516 | OP | 18.49 | | MATT AVE, | 7901IP2 |
| 60424210-013 | 10/27/06 | 549 | OP | 104.42 | | MATT AVE, | 7901IP2 |
| 60424210-016 | 10/30/06 | 516 | OP | 27.35 | | MATT AVE. | 7901IP2 |
| 99999999-001 | 10/20/06 | 053 | OP | 11.34 | | | |
| 99999999-002 | 10/20/06 | 547 | OP | 309.89 | | | |
| 99999999-003 | 10/20/06 | 549 | OP | 821.82 | | | |
| 99999999-004 | 10/20/06 | 053 | OP | 170.38 | | | |
| 99999999-005 | 11/20/06 | 549 | OP | 2.39 | | | |
| 99999999-006 | 11/20/06 | 547 | OP | 127.61 | | | |
| 99999999-007 | 11/20/06 | 053 | OP | 11.34 | | | |
| 99999999-008 | 11/20/06 | 547 | OP | 256.13 | | | |
| 99999999-009 | 11/20/06 | 549 | OP | 70.40 | | | |
| 99999999-010 | 11/20/06 | 606 | OP | 25.40 | | | |
| 99999999-011 | 11/20/06 | 606 | OP | 256.13 | | | |
| 99999999-012 | 12/20/06 | 047 | OP | 20.03 | | | |
| 99999999-013 | 12/20/06 | 053 | OP | 27.35 | | | |
| 99999999-014 | 12/20/06 | 547 | OP | 11.35 | | | |
| 99999999-015 | 12/20/06 | 053 | OP | 142.25 | | | |
| 99999999-016 | 12/20/06 | 549 | OP | 11.34 | | | |
| 99999999-017 | 12/20/06 | 604 | OP | 70.40 | | | |
| 99999999-018 | 12/20/06 | 606 | OP | 49.34 | | | |
| | | | | 256.13 | | | |

Total Current Balance:  46234.40
Total # of records:  48

***

10353422.tif - 9/20/2007 2:22:03 PM

SEP-20-2007  13:40    WARREN URTNOWSKI ZAHARONI    949 752 9320    P.19

**United Rentals**

WARREN URTNOWSKI ZAHARONI
KLAND, CA 94603
.0-562-3000
209-576-7883



**SALES AGREEMENT / INVOICE**
**\*\* COPY \*\***

**Job Site**

STANFORD LINEAR EXCELERATOR
2575 SAND HILL ROAD
MENLO PARK, CA  94025

C#: 510-530-2480  J#: 510-530-2480

**Customer....** 979697
**Invoice #...** 58165031-001
**System date.** 7/29/06

**Invoice date** 7/31/06  12:00 PM

**Job Loc.....** 2575 SAND HILL ROAD, MENLO
**Job No......** 1 - STANFORD LINEAR
**P.O. #......** RONALD BABTISTA
**Ordered By..** RONALD BABTISTA
**Written by..** UR549DD
**Salesperson.** 5782
**Terms.......** Net 10 Days

**Customer**

EAGLE ENVIRONMENTAL CONSTRUCT
2775 BUTTERS DRIVE
OAKLAND, CA  94602

**PLEASE REMIT PAYMENT TO:**
**UNITED RENTALS NORTHWEST, INC.**
**PO BOX 79337**
**CITY OF INDUSTRY, CA 91716-9337**

| Qty | Item number | Stock class | Unit | Price | Amoun |
|-----|-------------|-------------|------|-------|-------|
| 96 | WHITE POLY WOVEN BAGS (FILLED) 115353 UM: (EA) EACH | QUICK Bin Location YARDREAR | EA | 2.500 | 240.0 |
| | DELIVERY CHARGE SHIP TO:  STANFORD LINEAR EXCELERATOR 2575 SAND HILL ROAD MENLO PARK, CA  94025 | | | | 79.0 |

Ronald babtista 510-504-9629
or 510-919-6317

**Sub-total:** 319.0
**Tax:** 26.3
**Total:** 345.3



**IMPORTANT - PLEASE READ CAREFULLY:** By signing this Sales Agreement, Customer agrees to all terms and conditions shown on the back and front of this Sales Agreement. Upon delivery, Customer assumes full responsibility for all items, including their safety and proper use, operation, maintenance, storage, and transportation.

**WARRANTY DISCLAIMER:** As described on the back of this Sales Agreement, United makes no warranties of merchantablity or fitness for a particular purpose, or any other warranties, express or implied. Customer agrees to the waiver of claims as indicated on the back of this Sales Agreement.

**INDEMNITY AGREEMENT:** As United has no control over the use of the Equipment being purchased by Customer, Customer agrees to indemnify and hold United harmless from any claims, regardless of whether such claims or actions are founded in whole or in part upon any negligent act or omission of United, or any person, party or parties, for loss, injury and damage to person or property arising out of the Customer's possession, use, maintenance or return of Equipment, including legal costs incurred in defense of such claims. This indemnity provision also applies to any claims asserted against United based upon strict or product liability.

**UNITED GUARD WARRANTY PROGRAM:** Upon accepting the United Guard Warranty Program (the "Program") the Customer agrees to pay the selected percentage of the sales charge. The Program is subject to the limitations set out in the terms and conditions of the Program included with this Sales Agreement.

**FUEL:** Fuel charges do not include federal, state or local fuel excise taxes.

X
_____    _____    _____    _____    _____
**CUSTOMER SIGNATURE**        **DATE**       **NAME PRINTED**      **UNITED RENTALS AGENT**      **DATE**

A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST. - 9/20/2007 2:22:03 PM

SEP-20-2007  13:40    949 762 9320    P.20

WARDEN URTNOWSKI ZAHARONI
'U 98TH AVENUE
KLAND, CA  94603
‑0-562-3000
209-576-7883


**United Rentals**

**SALE AGREEMENT / INVOICE**
** COPY **

**Job Site**

STANFORD LINEAR EXCELERATOR
2575 SAND HILL ROAD
MENLO PARK, CA  94025

C#: 510-530-2480  J#: 510-530-2480

**Customer**

EAGLE ENVIRONMENTAL CONSTRUCT
2775 BUTTERS DRIVE
OAKLAND, CA  94602

Customer.... 979697
Invoice #... 58212341-001
System date. 7/31/06

Invoice date 7/31/06    5:02 PM

Job Loc..... 2575 SAND HILL ROAD, MENLO P
Job No...... 1 - STANFORD LINEAR
P.O. #...... RONALD BABISTA
Ordered By.. DAVE CRILLEY
Written by.. UR549BP
Salesperson. 5782
Terms....... Net 10 Days

PLEASE REMIT PAYMENT TO:
UNITED RENTALS NORTHWEST, INC.
PO BOX 79337
CITY OF INDUSTRY, CA 91716-9337

| Qty | Item number | Stock class | Unit | Price | Amount |
|-----|-------------|-------------|------|-------|--------|
| 125 | WATTLE, RICE STRAW, 9"X25' | DYCK | FT | .990 | 123.75 |
|     | ES07525PRP | | Bin Location YARD | | |
|     | UM: (FT) LINEAR FOOT | | | | |

SHIP TO:   STANFORD LINEAR EXCELERATOR
2575 SAND HILL ROAD
MENLO PARK, CA  94025

Sub-total:   123.75
Tax:    10.83
Total:   134.58



**IMPORTANT - PLEASE READ CAREFULLY:** By signing this Sales Agreement, Customer agrees to all terms and conditions shown on the back and front of this Sales Agreement. Upon delivery, Customer assumes full responsibility for all items, including their safety and proper use, operation, maintenance, storage, and transportation.

**WARRANTY DISCLAIMER:** As described on the back of this Sales Agreement, United makes no warranties of merchantability or fitness for a particular purpose, or any other warranties, express or implied. Customer agrees to the waiver of claims as indicated on the back of this Sales Agreement.

**INDEMNITY AGREEMENT:** As United has no control over the use of the Equipment being purchased by Customer, Customer agrees to indemnify and hold United harmless from any claims, regardless of whether such claims or actions are founded in whole or in part upon any negligent act or omission of United, or any person, party or parties, for loss, injury and damage to person or property arising out of the Customer's possession, use, maintenance or return of Equipment, including legal costs incurred in defense of such claims. This indemnity provison also applies to any claims asserted against United based upon strict or product liability.

**UNITED GUARD WARRANTY PROGRAM:** Upon accepting the United Guard Warranty Program (the "Program") the Customer agrees to pay the selected percentage of the sales charge. The Program is subject to the limitations set out in the terms and conditions of the Program included with this Sales Agreement.

**FUEL:** Fuel charges do not include federal, state or local fuel excise taxes.

X _____

| CUSTOMER SIGNATURE | DATE | NAME PRINTED | | UNITED RENTALS AGENT | DATE |

A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST.

SEP-20-2007  13:40

**United Rentals**

WARD^N URTNOWSKI ZAHARONI
...UB AVBNUB
LAND, CA  94603
.-0-562-3000
209-576-7883



**SALES AGREEMENT / INVOICE**
**\*\* COPY \*\***

**Job Site**

STANFORD LINEAR EXCELERATOR
2575 SAND HILL ROAD
MENLO PARK, CA  94025

C#: 510-530-2480  J#: 510-530-2480

**Customer**

EAGLE ENVIRONMENTAL CONSTRUCT
2775 BUTTERS DRIVE
OAKLAND, CA  94602

Customer.... 979697
Invoice #... 58212362-001
System date. 7/31/06

Invoice date  7/31/06    5:06 PM

Job Loc..... 2575 SAND HILL ROAD, MENLO 1
Job No...... 1 - STANFORD LINEAR
P.O. #...... RONALD BABTISTA
Ordered By.. DAVE
Written by.. UR549BP
Salesperson. 5782
Terms....... Net 10 Days

**PLEASE REMIT PAYMENT TO:**
UNITED RENTALS NORTHWEST, INC.
PO BOX 79337
CITY OF INDUSTRY, CA 91716-9337

| Qty | Item number | Stock class | Unit | Price | Amount |
|-----|-------------|-------------|------|-------|--------|
| 50 | WATTLE, RICE STRAW, 9"X25' ES07525PRP UM: (FT) LINEAR FOOT | DYCK | FT Bin Location YARD | .990 | 49.50 |
| | DELIVERY CHARGE SHIP TO: STANFORD LINEAR EXCELERATOR 2575 SAND HILL ROAD MENLO PARK, CA 94025 | | | | |

Sub-total:    49.50
Tax:     4.09
Total:    53.59

**IMPORTANT - PLEASE READ CAREFULLY:** By signing this Sales Agreement, Customer agrees to all terms and conditions shown on the back and front of this Sales Agreement. Upon delivery, Customer assumes full responsibility for all items, including their safety and proper use, operation, maintenance, storage, and transportation.

**WARRANTY DISCLAIMER:** As described on the back of this Sales Agreement, United makes no warranties of merchantability or fitness for a particular purpose, or any other warranties, express or implied. Customer agrees to the waiver of claims as indicated on the back of this Sales Agreement.

**INDEMNITY AGREEMENT:** As United has no control over the use of the Equipment being purchased by Customer, Customer agrees to indemnify and hold United harmless from any claims, regardless of whether such claims or actions are founded in whole or in part upon any negligent act or omission of United, or any person, party or parties, for loss, injury and damage to person or property arising out of the Customer's possession, use, maintenance or return of Equipment, including legal costs incurred in defense of such claims. This indemnity provision also applies to any claims asserted against United based upon strict or product liability.

**UNITED GUARD WARRANTY PROGRAM:** Upon accepting the United Guard Warranty Program (the "Program") the Customer agrees to pay the selected percentage of the sales charge. The Program is subject to the limitations set out in the terms and conditions of the Program included with this Sales Agreement.

**FUEL:** Fuel charges do not include federal, state or local fuel excise taxes.

X
_____
CUSTOMER SIGNATURE    DATE    NAME PRINTED

UNITED RENTALS AGENT    DATE

A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST

SEP-20-2007  13:40

949 752 9320    P.22

Page: 1

**United Rentals**

WARREN URTNOWSKI ZAHARONI
5 LOOMIS STREET
T FRANCISCO, CA    94124
-5-642-1300
209-576-7893

# 4-WEEK BILLING INVOICE
** COPY **

**Job Site**

STANFORD LINEAR EXCELERATOR
2575 SAND HILL ROAD
MENLO PARK, CA    94025

C#: 510-530-2480  J#: 510-530-2480

| | |
|---|---|
| Customer.... | 979697 |
| Invoice #... | 58246706-001 |
| Invoice date | 8/19/06 |
| Date out.... | 8/02/06    8:00 AM |
| Billed thru. | 8/30/06 |

Job Loc..... 2575 SAND HILL ROAD, MENLO
Job No...... 1 - STANFORD LINEAR
P.O. #...... RONALD BABISTA
Ordered By.. LOUIS CHERRY
Written by.. CYCLE BILL
Salesperson. 6628
Terms....... Net 30 Days

**Customer**

EAGLE ENVIRONMENTAL CONSTRUCT
2775 BUTTERS DRIVE
OAKLAND, CA    94602

PLEASE REMIT PAYMENT TO:
UNITED RENTALS NORTHWEST, INC.
PO BOX 79337
CITY OF INDUSTRY, CA 91716-9337

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|
| 1 | EXCAVATOR 35,000# - 39,999# * | 600.00 | 600.00 | 1950.00 | 5600.00 | 5600.00 |
|  | 671512    Make: JOHN DEERE  Model: 160LC- SEE SPEC  Ser #: FF160CX044867 | | | | | |
|  | HR OUT:    747.20    HR IN:              TOTAL:    747.20 | | | | | |
| 1 | EXCAVATOR HYDR BREAKER | * | 600.00 | 600.00 | 2150.00 | 5000.00 | 5000.00 |
|  | 731252    Make: ARROWHEAD  Model: 16T  Ser #: 16T110402 | | | | | |
| 1 | EXCAVATOR BUCKET 36IN | | | | | N/C |

SALES ITEMS:

| Qty | Item number | Stock class | Unit | Price | Amount |
|---|---|---|---|---|---|
| 1 | ENV | MCI | EA | 25.000 | 25.00 |
|  | ENVIRONMENTAL CHARGE | | | | |
|  | UM: (EA) EACH | | | | |

DELIVERY CHARGE                                                                160.00

PICKUP CHARGE                                                                  160.00

LOUIS CHERRY: 510 847 5141
**ORDER CALLED IN BY 549DD**
ALTERNATE CONTACT IS CLEMENT:510 5047067

Sub-total: 10945.00
Rental protection:  1484.00
Tax:   889.76
**Total: 13318.76**

BILLED FOR FOUR WEEKS  8/02/06 THRU  8/30/06  08:00 AM
RENTAL PROTECTION ACCEPTED



*ENVIRONMENTAL CHARGE: The items indicated above are subject to an environmental charge which is designed to recover the company's direct and indirect expenses for the handling, managing and disposing of waste products, hazardous materials, and related administrative costs. This is not a government mandated charge.
FUEL: Fuel charges do not include federal, state or local fuel excise taxes.

OPTIONAL RENTAL PROTECTION PLAN:  *THE RENTAL PROTECTION PLAN IS NOT INSURANCE!*  Upon accepting the Optional Rental Protection Plan, the Customer agrees to pay a charge equal to 14% of the rental charges on Equipment Customer wants covered by the Rental Protection Plan. In return, as set out on the back page, United agrees to waive certain claims for accidental damage to such covered Equipment occuring during normal and careful use. Customer remains liable for all damages and loss due to theft listed under The Rental Protection Plan provisions in the Terms and Conditions on back page, including Customer's negligence.    *Customer Accepts (    )*              *Customer Declines (    )*

*READ BEFORE SIGNING:* United hereby leases to Customer the Equipment (as defined in the Terms and Conditions on the reverse side) and Customer hereby accepts all *TERMS AND CONDITIONS* listed in this rental agreement, including the Terms and Conditions set forth on the reverse side, which the undersigned has read and understands. REMINDERS: (1) Rates do not include fuel or delivery; (2) Optional Rental Protection Plan charge is 14% of the total rental charge for covered equipment; (3) Customer pays for all time the Equipment is out, including Saturdays, Sundays and Holidays.    (4) This rental agreement supersedes all other purchase orders or terms and conditions contained in any of Customer's agreements or forms; (5) Customer assumes all risk and is responsible for all damages and other costs, including late charges. Details of the above as well as other obligations and responsibilities are contained in the    TERMS AND CONDITIONS ON REVERSE. THE INDIVIDUAL SIGNING BELOW AS OR ON BEHALF OF CUSTOMER: (1) AGREES TO ALL OF THE TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS RENTAL AGREEMENT, (2) ACKNOWLEDGES RECEIPT OF THE EQUIPMENT IN GOOD WORKING ORDER AND, (3) IS FULLY FAMILIAR WITH ITS OPERATION AND USE.

X

| CUSTOMER SIGNATURE | DATE | NAME PRINTED | DELIVERED BY | DATE |
|---|---|---|---|---|

949 762 9320    P.23

SEP-20-2007  13:41

WARREN URTNOWSKI ZAHARONI
'S LOOMIS STREET
I FRANCISCO, CA   94124
..5-642-1300
209-576-7883

**United Rentals**

**RENTAL RETURN INVOICE**
** COPY **

Page:

**Job Site**

STANFORD LINEAR EXCELERATOR
2575 SAND HILL ROAD
MENLO PARK, CA   94025

C#: 510-530-2480 J#: 510-530-2480

**Customer**

EAGLE ENVIRONMENTAL CONSTRUCT
2775 BUTTERS DRIVE
OAKLAND, CA   94602

Customer.... 979697
Invoice #... 58246706-002
Invoice date  8/30/06
Date out....  8/02/06    8:00 AM
Date in.....  8/22/06    4:12 PM
Last billed.  8/30/06
Job Loc..... 2575 SAND HILL ROAD, MENLO
Job No...... 1 - STANFORD LINEAR
P.O. #...... RONALD BABTISTA
Ordered By.. LOUIS CHERRY
Written by.. UR606IR
Salesperson. 6628
Terms....... Net 30 Days

**PLEASE REMIT PAYMENT TO:**
UNITED RENTALS NORTHWEST, INC.
PO BOX 79337
CITY OF INDUSTRY, CA 91716-9337

| Qty | Equipment # | Min | Day | Week | 4 Week | Amour |
|-----|-------------|-----|-----|------|--------|-------|
| 1 | EXCAVATOR 35,000$ - 39,999# * | 600.00 | 600.00 | 1950.00 | 5600.00 | N/C |
|   | 671512   Make: JOHN DEERE  Model: 160LC- SEE SPEC  Ser #: FF160CX044867 | | | | | |
|   | HR OUT:   747.20   HR IN:   805.50   TOTAL:   58.30 | | | | | |
| 1 | EXCAVATOR HYDR BREAKER    * | 600.00 | 600.00 | 2150.00 | 5000.00 | N/C |
|   | 731252   Make: ARROWHEAD  Model: 16T  Ser #: 16T110402 | | | | | |
| 1 | EXCAVATOR BUCKET 36IN | | | | | N/C |

SALES ITEMS:

| Qty | Item number | Stock class | Unit | Price | Amoun |
|-----|-------------|-------------|------|-------|-------|
| 42.8 | FUEL | MCI | EA | 5.950 | 254.6 |
|     | FUEL FOR ABOVE RENTAL UNIT | | | | |
|     | UM: (EA) EACH | | | | |

LOUIS CHERRY: 510 847 5141                          Fuel:   254.6
**ORDER CALLED IN BY 549DD**                        Tax:    21.0
ALTERNATE CONTACT IS CLEMENT:510 5047067           Total:  275.6
FINAL BILL: 8/30/06 08:00 AM THRU  8/22/06 04:12 PM.
RENTAL PROTECTION ACCEPTED



***ENVIRONMENTAL CHARGE:** The items indicated above are subject to an environmental charge which is designed to recover the company's direct and indirect expenses for the handling, managing and disposing of waste products, hazardous materials, and related administrative costs. This is not a government mandated charge.
**FUEL:** Fuel charges do not include federal, state or local fuel excise taxes.

**OPTIONAL RENTAL PROTECTION PLAN:** *THE RENTAL PROTECTION PLAN IS NOT INSURANCE!*  Upon accepting the Optional Rental Protection Plan, the Customer agrees to pay a charge equal to 14%  of the rental charges on Equipment Customer wants covered by the Rental Protection Plan. In return, as set out on the back page, United agrees to waive certain claims for accidental damage to such covered Equipment occuring during normal and careful use. Customer remains liable for all damages and loss due to theft listed under The Rental Protection Plan provisions in the Terms and Conditions on back page, including Customer's negligence.    **Customer Accepts (____)     Customer Declines (____)**

*READ BEFORE SIGNING:* United hereby leases to Customer the Equipment (as defined in the Terms and Conditions on the reverse side) and Customer hereby accepts all *TERMS AND CONDITIONS* listed in this rental agreement, including the Terms and Conditions set forth on the reverse side, which the undersigned has read and understands. REMINDERS: (1) Rates do not include fuel or delivery; (2) Optional Rental Protection Plan charge is 14% of the total rental charge for covered equipment; (3) Customer pays for all time the Equipment is out, including Saturdays, Sundays and Holidays.    (4) This rental agreement supersedes all other purchase orders or terms and conditions contained in any of Customer's agreements or forms; (5) Customer assumes all risk and is responsible for all damages and other costs, including late charges. Details of the above as well as other obligations and responsibilities are contained in the  TERMS AND CONDITIONS ON REVERSE. THE INDIVIDUAL SIGNING BELOW AS OR ON BEHALF OF CUSTOMER: (1) AGREES TO ALL OF THE TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS RENTAL AGREEMENT. (2) ACKNOWLEDGES RECEIPT OF THE EQUIPMENT IN GOOD WORKING ORDER AND, (3) IS FULLY FAMILIAR WITH ITS OPERATION AND USE.

X _____

CUSTOMER SIGNATURE        DATE        NAME PRINTED                    DELIVERED BY    9/20/2007 2:22:03 PM  DATE

A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST.



SEP-20-2007  13:41

WARREN URTNOWSKI ZAHARONI
23 LOOMIS STREET
IN FRANCISCO, CA  94124
415-642-1300
209-576-7883

949 752 9320   P.24
Page:   1

**United Rentals**

**4 WEEK BILLING INVOICE**
** COPY **

**Job Site**

STANFORD LINEAR EXCELERATOR
2575 SAND HILL ROAD
MENLO PARK, CA  94025

C#: 510-530-2480 J#: 510-530-2480



| | |
|---|---|
| Customer.... | 979697 |
| Invoice #... | 58418419-002 |
| Invoice date | 8/23/06 |
| Date out.... | 8/08/06   2:00 PM |
| Billed thru. | 9/05/06 |

Job Loc..... 2575 SAND HILL ROAD, MENLO P.
Job No...... 1 - STANFORD LINEAR
P.O. #...... RONALD BABTISTA
Ordered By.. LOUIS
Written by.. CYCLE BILL
Salesperson. 99
Terms....... Net 30 Days

**Customer**

EAGLE ENVIRONMENTAL CONSTRUCT
2775 BUTTERS DRIVE
OAKLAND, CA  94602

PLEASE REMIT PAYMENT TO:
UNITED RENTALS NORTHWEST, INC.
PO BOX 79337
CITY OF INDUSTRY, CA 91716-9337

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|
| 1 | WATER TANK TRAILER 500 GAL * | 145.00 | 145.00 | 520.00 | 1075.00 | 1075.00 |
| | 280406   Make: MCCLINTOCK  Model: CWT500  Ser #: 4MFWB132XYW001147 | | | | | |

SALES ITEMS:

| Qty | Item number | Stock class | Unit | Price | Amount |
|---|---|---|---|---|---|
| 1 | ENV | MCI | EA | 5.160 | 5.16 |
| | ENVIRONMENTAL CHARGE | | | | |
| | UM: (EA) EACH | | | | |

| | | |
|---|---|---|
| DELIVERY CHARGE | | 110.00 |
| PICKUP CHARGE | | 110.00 |

2575 SAND HILL RD,
STANFORD LINEAR EXCELERATOR
LOUIS CHERRY 510.847.5141

Sub-total:  1300.16
Rental protection:   150.50
Tax:    98.19
Total:  1548.85

BILLED FOR FOUR WEEKS  8/08/06 THRU  9/05/06  02:00 PM
RENTAL PROTECTION ACCEPTED



*ENVIRONMENTAL CHARGE: The items indicated above are subject to an environmental charge which is designed to recover the company's direct and indirect expenses for the handling, managing and disposing of waste products, hazardous materials, and related administrative costs. This is not a government mandated charge.
FUEL: Fuel charges do not include federal, state or local fuel excise taxes.

OPTIONAL RENTAL PROTECTION PLAN:  *THE RENTAL PROTECTION PLAN IS NOT INSURANCE!*  Upon accepting the Optional Rental Protection Plan, the Customer agrees to pay a charge  equal to 14% of the rental charges on Equipment Customer wants covered by the Rental Protection Plan. In return, as set out on the back page, United agrees to waive certain claims for accidental damage to such covered Equipment occuring during normal and careful use. Customer remains liable for all damages and loss due to theft listed under The Rental Protection Plan provisions in the Terms and Conditions on back page, including Customer's negligence.   **Customer Accepts  [____]       Customer Declines  [____]**

READ BEFORE SIGNING: United hereby leases to Customer the Equipment (as defined in the Terms and Conditions on the reverse side) and Customer hereby accepts all TERMS AND CONDITIONS listed in this rental agreement, including the Terms and Conditions set forth on the reverse side, which the undersigned has read and understands. REMINDERS: (1) Rates do not include fuel or delivery; (2) Optional Rental Protection Plan charge is  14% of the total rental charge for covered equipment; (3) Customer pays for all time the Equipment is out, including Saturdays, Sundays and Holidays.   (4) This rental agreement supersedes all other purchase orders or terms and conditions contained in any of Customer's agreements or forms; (5) Customer assumes all risk and is responsible for all damages and other costs, including late charges. Details of the above as well as other obligations and responsibilities are contained in the  TERMS AND CONDITIONS ON REVERSE. THE INDIVIDUAL SIGNING BELOW AS OR ON BEHALF OF CUSTOMER: (1) AGREES TO ALL OF THE TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS RENTAL AGREEMENT, (2) ACKNOWLEDGES RECEIPT OF THE EQUIPMENT IN GOOD WORKING ORDER AND, (3) IS FULLY FAMILIAR WITH ITS OPERATION AND USE.

X _____

| | | | | |
|---|---|---|---|---|
| CUSTOMER SIGNATURE | DATE | NAME PRINTED | DELIVERED BY | DATE |

A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST.

SEP-20-2007  13:41    WARDEN URTNOWSKI ZAHARONI    949 762 9320    P.25

**United Rentals**

WARDEN URTNOWSKI ZAHARONI
4173 WASHINGTON AVENUE
IN LEANDRO, CA 94578
510-357-5900
209-576-7883

**SALES AGREEMENT / INVOICE**
** COPY **

<table>
<tr><td>
Job Site

STANFORD LINEAR EXCELERATOR
2575 SAND HILL ROAD
MENLO PARK, CA  94025

C#: 510-530-2480  J#: 510-530-2480
</td><td></td><td>
Customer.... 979697
Invoice #... 58533930-001
System date. 8/12/06

Invoice date 8/12/06   3:28 PM

Job Loc..... 2575 SAND HILL ROAD, MENLO PA
Job No...... 1 - STANFORD LINEAR
P.O. #...... RONALD BABTISTA
Ordered By.. LOUIS CHERRY
Written by.. UR0530C
Salesperson. 833
Terms....... Net 10 Days
</td></tr>
<tr><td>
Customer

EAGLE ENVIRONMENTAL CONSTRUCT
2775 BUTTERS DRIVE
OAKLAND, CA  94602
</td><td></td><td>
PLEASE REMIT PAYMENT TO:
UNITED RENTALS NORTHWEST, INC.
PO BOX 79337
CITY OF INDUSTRY, CA 91716-9337
</td></tr>
</table>

| Qty | Item number | Stock class | Unit | Price | Amount |
|---|---|---|---|---|---|
| 150 | SANDBAG, EMPTY WHITE 14.5X26 POL | COMOD | EA | .490 | 73.50 |
|  | SANDBAG EMPTY WHT 14.5X26 POLY |  | Bin Location SW11 |  |  |
|  | UM: (EA) EACH |  |  |  |  |
|  | DELIVERY CHARGE |  |  |  |  |
|  | SHIP TO:  STANFORD LINEAR EXCELERATOR |  |  |  |  |
|  | 2575 SAND HILL ROAD |  |  |  |  |
|  | MENLO PARK, CA  94025 |  |  |  |  |

|  |  |
|---|---|
| Sub-total: | 73.50 |
| Tax: | 6.07 |
| Total: | 79.57 |

COPY

**IMPORTANT - PLEASE READ CAREFULLY:** By signing this Sales Agreement, Customer agrees to all terms and conditions shown on the back and front of this Sales Agreement. Upon delivery, Customer assumes full responsibility for all items, including their safety and proper use, operation, maintenance, storage, and transportation.

**WARRANTY DISCLAIMER:** As described on the back of this Sales Agreement, United makes no warranties of merchantability or fitness for a particular purpose, or any other warranties, express or implied. Customer agrees to the waiver of claims as indicated on the back of this Sales Agreement.

**INDEMNITY AGREEMENT:** As United has no control over the use of the Equipment being purchased by Customer, Customer agrees to indemnify and hold United harmless from any claims, regardless of whether such claims or actions are founded in whole or in part upon any negligent act or omission of United, or any person, party or parties, for loss, injury and damage to person or property arising out of the Customer's possession, use, maintenance or return of Equipment, including legal costs incurred in defense of such claims. This indemnity provision also applies to any claims asserted against United based upon strict or product liability.

**UNITED GUARD WARRANTY PROGRAM:** Upon accepting the United Guard Warranty Program (the "Program") the Customer agrees to pay the selected percentage of the sales charge. The Program is subject to the limitations set out in the terms and conditions of the Program included with this Sales Agreement.

**FUEL:** Fuel charges do not include federal, state or local fuel excise taxes.

X
_____    _____    _____    _____    _____
CUSTOMER SIGNATURE         DATE        NAME PRINTED      UNITED RENTALS AGENT       DATE

A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST

SEP-20-2007  13:41

WARREN URTNOWSKI ZAHARONI
4273 WASHINGTON AVENUE
N LEANDRO, CA  94578
510-357-5900
209-576-7883



**United Rentals**

**SALES AGREEMENT / INVOICE**
**\*\* COPY \*\***

**Job Site**

STANFORD LINEAR EXCELERATOR
2575 SAND HILL ROAD
MENLO PARK, CA  94025

C#: 510-530-2480  J#: 510-530-2480

Customer.... 979697
Invoice #... 58589603-001
System date. 8/15/06

Invoice date  8/15/06      9:59 AM

Job Loc..... 2575 SAND HILL ROAD, MENLO P
Job No...... 1 - STANFORD LINEAR
P.O. #...... RONALD BABTISTA
Ordered By..
Written by.. UR053MD
Salesperson. 5782
Terms....... Net 10 Days

**Customer**

EAGLE ENVIRONMENTAL CONSTRUCT
2775 BUTTERS DRIVE
OAKLAND, CA  94602

**PLEASE REMIT PAYMENT TO:**
UNITED RENTALS NORTHWEST, INC.
PO BOX 79337
CITY OF INDUSTRY, CA 91716-9337

| Qty | Item number | Stock class | Unit | Price | Amount |
|-----|-------------|-------------|------|-------|--------|
| 150 | SANDBAG, EMPTY WHITE 14.5X26 POL | COMOD | EA | .490 | 73.50 |
|     | SANDBAG EMPTY WHT 14.5X26 POLY | | Bin Location SW11 | | |
|     | UM: (EA) EACH | | | | |
|     | | | | | |
|     | DELIVERY CHARGE | | | | |
|     | SHIP TO:  STANFORD LINEAR EXCELERATOR | | | | |
|     | 2575 SAND HILL ROAD | | | | |
|     | MENLO PARK, CA  94025 | | | | |

Sub-total:   73.50
Tax:    6.07
Total:   79.57



**IMPORTANT - PLEASE READ CAREFULLY:** By signing this Sales Agreement, Customer agrees to all terms and conditions shown on the back and front of this Sales Agreement. Upon delivery, Customer assumes full responsibility for all items, including their safety and proper use, operation, maintenance, storage, and transportation.

**WARRANTY DISCLAIMER:** As described on the back of this Sales Agreement, United makes no warranties of merchantability or fitness for a particular purpose, or any other warranties, express or implied. Customer agrees to the waiver of claims as indicated on the back of this Sales Agreement.

**INDEMNITY AGREEMENT:** As United has no control over the use of the Equipment being purchased by Customer, Customer agrees to indemnify and hold United harmless from any claims, regardless of whether such claims or actions are founded in whole or in part upon any negligent act or omission of United, or any person, party or parties, for loss, injury and damage to person or property arising out of the Customer's possession, use, maintenance or return of Equipment, including legal costs incurred in defense of such claims. This indemnity provision also applies to any claims asserted against United based upon strict or product liability.

**UNITED GUARD WARRANTY PROGRAM:** Upon accepting the United Guard Warranty Program (the "Program") the Customer agrees to pay the selected percentage of the sales charge. The Program is subject to the limitations set out in the terms and conditions of the Program included with this Sales Agreement.

**FUEL:** Fuel charges do not include federal, state or local fuel excise taxes.

  X _____

| CUSTOMER SIGNATURE | DATE | NAME PRINTED | UNITED RENTALS AGENT | DATE |

SEP-20-2007  13:42
949 752 9320    P.27

WARREN URTNOWSKI ZAHARONI
40 WEST EVELYN AVENUE
SUNNYVALE, CA  94086
408-736-7560
209-576-7883

**United Rentals**



**RENTAL RETURN INVOICE**
** COPY **

**Job Site**

STANFORD LINEAR EXCELERATOR
2575 SAND HILL ROAD
MENLO PARK, CA  94025

C#: 510-530-2480  J#: 510-530-2480

**Customer**

EAGLE ENVIRONMENTAL CONSTRUCT
2775 BUTTERS DRIVE
OAKLAND, CA  94602

```
Customer.... 979697
Invoice #... 58605911-001
Invoice date  8/17/06
Date out....  8/15/06    3:52 PM
Date in.....  8/17/06    4:35 PM
Job Loc..... 2575 SAND HILL ROAD, MENLO I
Job No...... 1 - STANFORD LINEAR
P.O. #...... RONALD BABTISTA
Ordered By.. MARK P
Written by.. UR547AG
Salesperson. 6628
Terms....... Net 30 Days
```

PLEASE REMIT PAYMENT TO:
UNITED RENTALS NORTHWEST, INC.
PO BOX 79337
CITY OF INDUSTRY, CA 91716-9337

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|-----|-------------|-----|-----|------|--------|--------|
| 1 | TRUCK DUMP 5YD CLASS C        * | 120.00 | 245.00 | 995.00 | 2650.00 | 490.00 |
|   | 743466    Make: FORD  Model: F650  Ser #: 3FRNF65E45V202417 | | | | | |
|   | MI OUT:   5049.00  MI IN:   5089.00  TOTAL:    40.00 | | | MIL CHG | | 12.00 |

SALES ITEMS:

| Qty | Item number | Stock class | Unit | Price | Amount |
|-----|-------------|-------------|------|-------|--------|
| 1 | 500/XL | WCHES | PR | 1.390 | 1.39 |
|   | GLOVE, LEA PALM SC SZ-XL | | | | |
|   | UM: (PR) PAIR | | | | |
| 1 | ENV | MCI | EA | 2.400 | 2.40 |
|   | ENVIRONMENTAL CHARGE | | | | |
|   | UM: (EA) EACH | | | | |
| 5 | DSL | MCI | EA | 5.950 | 29.75 |
|   | DIESEL | | | | |
|   | UM: (EA) EACH | | | | |

```
                                  Sub-total:   505.79
                                       Fuel:    29.75
                           Rental protection:    70.28
                                        Tax:    44.18
                                      Total:   650.00
```

RENTAL PROTECTION ACCEPTED



*ENVIRONMENTAL CHARGE: The items indicated above are subject to an environmental charge which is designed to recover the company's direct and indirect expenses for the handling, managing and disposing of waste products, hazardous materials, and related administrative costs. This is not a government mandated charge.
FUEL: Fuel charges do not include federal, state or local fuel excise taxes.

OPTIONAL RENTAL PROTECTION PLAN: *THE RENTAL PROTECTION PLAN IS NOT INSURANCE!* Upon accepting the Optional Rental Protection Plan, the Customer agrees to pay a charge equal to 14% of the rental charges on Equipment Customer wants covered by the Rental Protection Plan. In return, as set out on the back page, United agrees to waive certain claims for accidental damage to such covered Equipment occuring during normal and careful use. Customer remains liable for all damages and loss due to theft listed under The Rental Protection Plan provisions in the Terms and Conditions on back page, including Customer's negligence.  **Customer Accepts (____)**       **Customer Declines (____)**

READ BEFORE SIGNING: United hereby leases to Customer the Equipment (as defined in the Terms and Conditions on the reverse side) and Customer hereby accepts at *TERMS AND CONDITIONS* listed in this rental agreement, including the Terms and Conditions set forth on the reverse side, which the undersigned has read and understands. REMINDERS: (1) Rates do not include fuel or delivery; (2) Optional Rental Protection Plan charge is 14% of the total rental charge for covered equipment; (3) Customer pays for all time the Equipment is out, including Saturdays, Sundays and Holidays.    (4) This rental agreement supersedes all other purchase orders or terms and conditions contained in any of Customer's agreements or forms; (b) Customer assumes all risk and is responsible for all damages and other costs, including late charges. Details of the above as well as other obligations and responsibilities are contained in the  TERMS AND CONDITIONS ON REVERSE. THE INDIVIDUAL SIGNING BELOW AS OR ON BEHALF OF CUSTOMER: (1) AGREES TO ALL OF THE TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS RENTAL AGREEMENT, (2) ACKNOWLEDGES RECEIPT OF THE EQUIPMENT IN GOOD WORKING ORDER AND, (3) IS FULLY FAMILIAR WITH ITS OPERATION AND USE.

X _____

| CUSTOMER SIGNATURE | DATE | NAME PRINTED | DELIVERED BY | DATE |

A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST.

SEP-20-2007  13:42    WARREN URTNOWSKI ZAHARONI    949 752 9320    P.28

**United Rentals**

WARREN URTNOWSKI ZAHARONI
707 SOUTH ROCKLAND AVENUE
NTA ROSA, CA  95407
.07-585-7621
209-576-7883

# RENTAL RETURN INVOICE
## ** COPY **

**Job Site**

STANFORD LINEAR EXCELERATOR
2575 SAND HILL ROAD
MENLO PARK, CA  94025

C#: 510-530-2480 J#: 510-530-2480

| | |
|---|---|
| Customer.... | 979697 |
| Invoice #... | 58606935-001 |
| Invoice date | 8/31/06 |
| Date out..... | 8/16/06    8:00 AM |
| Date in...... | 8/22/06    4:12 PM |
| Job Loc..... | 2575 SAND HILL ROAD, MENLO P |
| Job No...... | 1 - STANFORD LINEAR |
| P.O. #...... | RONALD BABTISTA |
| Ordered By.. | CLEMENT 510-504-7067 |
| Written by.. | UR559EB |
| Salesperson. | 5782 |
| Terms....... | Net 30 Days |

**Customer**

EAGLE ENVIRONMENTAL CONSTRUCT
2775 BUTTERS DRIVE
OAKLAND, CA  94602

PLEASE REMIT PAYMENT TO:
UNITED RENTALS NORTHWEST, INC.
PO BOX 79337
CITY OF INDUSTRY, CA 91716-9337

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|
| 1 | EXCAVATOR 35,000# - 39,999# * | 600.00 | 600.00 | 1950.00 | 5600.00 | 1950.00 |
| | 671445   Make: JOHN DEERE Model: 160LC  Ser #: FF160CX044850 | | | | | |
| | HR OUT:   834.30  HR IN:   892.40   TOTAL:   58.10   MIL CHG | | | | | 1320.00 |
| | Unit was called off via Hedi at the | | | | | |
| | Sunnyvale branch on 8/23 3:50 pm | | | | | |
| | 58.1 hours used on hour meter | | | | | |
| 1 | EXCAVATOR BUCKET 36IN | | | | | N/C |
| 1 | EXCAVATOR BUCKET 24IN | | | | | N/C |

SALES ITEMS:

| Qty | Item number | Stock class | Unit | Price | Amount |
|---|---|---|---|---|---|
| 1 | ENV | MCI | EA | 15.690 | 15.69 |
| | ENVIRONMENTAL CHARGE | | | | |
| | UM: (EA) EACH | | | | |
| 37.5 | FUEL | MCI | EA | 5.950 | 223.13 |
| | FUEL FOR ABOVE RENTAL UNIT | | | | |
| | UM: (EA) EACH | | | | |
| | DELIVERY CHARGE | | | | 210.00 |
| | PICKUP CHARGE | | | | 210.00 |

MUST BE ESCORTED IN -CALL WHEN AT SAND
HILL. CONTACT SLY 510) 395-7486
MARK 510) 282-7665.

| | |
|---|---|
| Sub-total: | 3705.69 |
| Fuel: | 223.13 |
| Rental protection: | 457.80 |
| Tax: | 306.82 |
| **Total:** | **4693.44** |

RENTAL PROTECTION ACCEPTED



*ENVIRONMENTAL CHARGE: The items indicated above are subject to an environmental charge which is designed to recover the company's direct and indirect expenses for the handling, managing and disposing of waste products, hazardous materials, and related administrative costs. This is not a government mandated charge.
FUEL: Fuel charges do not include federal, state or local fuel excise taxes.

OPTIONAL RENTAL PROTECTION PLAN:  *THE RENTAL PROTECTION PLAN IS NOT INSURANCE!*  Upon accepting the Optional Rental Protection Plan, the Customer agrees to pay a charge equal to 14%  of the rental charges on Equipment Customer wants covered by the Rental Protection Plan. In return, as set out on the back page, United agrees to waive certain claims for accidental damage to such covered Equipment occurring during normal and careful use. Customer remains liable for all damages and loss due to theft listed under The Rental Protection Plan provisions in the Terms and Conditions on back page, including Customer's negligence.  **Customer Accepts (____)    Customer Declines (____)**

*READ BEFORE SIGNING:* United hereby leases to Customer the Equipment (as defined in the Terms and Conditions on the reverse side) and Customer hereby accepts all *TERMS AND CONDITIONS* listed in this rental agreement, including the Terms and Conditions set forth on the reverse side, which the undersigned has read and understands. REMINDERS: (1) Rates do not include fuel or delivery; (2) Optional Rental Protection Plan charge is 14% of the total rental charge for covered equipment; (3) Customer pays for all time the Equipment is out, including Saturdays, Sundays and Holidays.    (4) This rental agreement supersedes all other purchase orders or terms and conditions contained in any of Customer's agreements or forms; (5) Customer assumes all risk and is responsible for all damages and other costs, including late charges. Details of the above as well as other obligations and responsibilities are contained in the  TERMS AND CONDITIONS ON REVERSE. THE INDIVIDUAL SIGNING BELOW AS OR ON BEHALF OF CUSTOMER: (1) AGREES TO ALL OF THE TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS RENTAL AGREEMENT, (2) ACKNOWLEDGES RECEIPT OF THE EQUIPMENT IN GOOD WORKING ORDER AND, (3) IS FULLY FAMILIAR WITH ITS OPERATION AND USE.

X 

| CUSTOMER SIGNATURE | DATE | NAME PRINTED | DELIVERED BY | DATE |
|---|---|---|---|---|

A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST.    9/20/2007 2:22:03 PM

949 752 9320    P.29

SEP-20-2007  13:42



WARDEN URTNOWSKI ZAHARONI
40 WEST EVELYN AVENUE
NNYVALE, CA  94086
408-736-7560
209-576-7883

SA** AGREEMENT / INVOICE
** COPY **

Page: 1

**Job Site**

STANFORD LINEAR EXCELERATOR
2575 SAND HILL ROAD
MENLO PARK, CA  94025

C#: 510-530-2480 J#: 510-530-2480

**Customer**

EAGLE ENVIRONMENTAL CONSTRUCT
2775 BUTTERS DRIVE
OAKLAND, CA  94602



Customer.... 979697
Invoice #... 58640254-001
System date.  8/16/06

Invoice date  8/16/06    4:06 PM

Job Loc..... 2575 SAND HILL ROAD, MENLO P.
Job No...... 1 - STANFORD LINEAR
P.O. #...... RONALD BABTISTA
Ordered By.. CLEMENT 510-504-7067
Written by.. UR547HV
Salesperson. 5782
Terms....... Net 10 Days

PLEASE REMIT PAYMENT TO:
UNITED RENTALS NORTHWEST, INC.
PO BOX 79337
CITY OF INDUSTRY, CA 91716-9337

| Qty | Item number | Stock class | Unit | Price | Amount |
|-----|-------------|-------------|------|-------|--------|
| 200 | SANDBAG, EMPTY WHITE 14.5X26 POL | COMOD | EA | .490 | 98.00 |
|     | SANDBAG EMPTY WHT 14.5X26 POLY |  |  |  |  |
|     | UM: (EA) EACH |  |  |  |  |
|     | SHIP TO:  STANFORD LINEAR EXCELERATOR |  |  |  |  |
|     |           2575 SAND HILL ROAD |  |  |  |  |
|     |           MENLO PARK, CA  94025 |  |  |  |  |

Sub-total:    98.00
Tax:     8.09
Total:   106.09

COPY

**IMPORTANT - PLEASE READ CAREFULLY:** By signing this Sales Agreement, Customer agrees to all terms and conditions shown on the back and front of this Sales Agreement. Upon delivery, Customer assumes full responsibility for all items, including their safety and proper use, operation, maintenance, storage, and transportation.

**WARRANTY DISCLAIMER:** As described on the back of this Sales Agreement, United makes no warranties of merchantability or fitness for a particular purpose, or any other warranties, express or implied. Customer agrees to the waiver of claims as indicated on the back of this Sales Agreement.

**INDEMNITY AGREEMENT:** As United has no control over the use of the Equipment being purchased by Customer, Customer agrees to indemnify and hold United harmless from any claims, regardless of whether such claims or actions are founded in whole or in part upon any negligent act or omission of United, or any person, party or parties, for loss, injury and damage to person or property arising out of the Customer's possession, use, maintenance or return of Equipment, including legal costs incurred in defense of such claims. This indemnity provision also applies to any claims asserted against United based upon strict or product liability.

**UNITED GUARD WARRANTY PROGRAM:** Upon accepting the United Guard Warranty Program (the "Program") the Customer agrees to pay the selected percentage of the sales charge. The Program is subject to the limitations set out in the terms end conditions of the Program included with this Sales Agreement.

**FUEL:** Fuel charges do not include federal, state or local fuel excise taxes.



X

| CUSTOMER SIGNATURE | DATE | NAME PRINTED | UNITED RENTALS AGENT | DATE |

A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST.

SEP-20-2007  13:42    WARDEN URTNOWSKI ZAHARONI    949 762 9320    P.30
                      ~~ 98TH AVENUE                Page: 1
                      XLAND, CA  94603
**United Rentals**    210-562-3000    **RENTAL RETURN INVOICE**
                      209-576-7883          ** COPY **



**Job Site**

STANFORD LINEAR EXCELERATOR
2575 SAND HILL ROAD
MENLO PARK, CA  94025

C#: 510-530-2480 J#: 510-530-2480

**Customer**

EAGLE ENVIRONMENTAL CONSTRUCT
2775 BUTTERS DRIVE
OAKLAND, CA  94602

Customer.... 979697
Invoice #... 58668429-002
Invoice date  8/20/06
Date out....  8/17/06    1:10 PM
Date in.....  8/20/06    9:37 AM

Job Loc..... 2575 SAND HILL ROAD, MENLO F
Job No...... 1 - STANFORD LINEAR
P.O. #...... RONALD BABTISTA
Ordered By.. LOUIS CHERRY
Written by.. UR549MM
Salesperson. 5782
Terms....... Net 30 Days

PLEASE REMIT PAYMENT TO:
UNITED RENTALS NORTHWEST, INC.
PO BOX 79337
CITY OF INDUSTRY, CA 91716-9337

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|-----|-------------|-----|-----|------|--------|--------|
| 1 | TRUCK STAKE 12FT W/LIFTGATE * | 85.00 | 142.00 | 545.00 | 1550.00 | 426.00 |
|   | 743449   Make: FORD  Model: F-550  Ser #: 1FDAF56P25EC57039 | | | | | |
| MI OUT: 44700.00   MI IN:  44732.00   TOTAL:    32.00 | | | | MIL CHG | | 9.60 |

SALES ITEMS:

| Qty | Item number | Stock class | Unit | Price | Amount |
|-----|-------------|-------------|------|-------|--------|
| 2 | 04622 | KEEP | EA | 14.990 | 29.98 |
|   | RACHET STRAP 2"X27' WIRE ENDS | | | | |
|   | UM: (EA) EACH | | | | |

Sub-total:  465.58
Rental protection:  60.98
Tax:  40.74
Total:  567.30

RENTAL PROTECTION ACCEPTED



*ENVIRONMENTAL CHARGE: The items indicated above are subject to an environmental charge which is designed to recover the company's direct and indirect expenses for the handling, managing, and disposing of waste products, hazardous materials, and related administrative costs. This is not a government mandated charge.
FUEL: Fuel charges do not include federal, state or local fuel excise taxes.

OPTIONAL RENTAL PROTECTION PLAN:   *THE RENTAL PROTECTION PLAN IS NOT INSURANCE!*   Upon accepting the Optional Rental Protection Plan, the Customer agrees to pay a charge equal to 14% of the rental charges on Equipment Customer wants covered by the Rental Protection Plan. In return, as set out on the back page, United agrees to waive certain claims for accidental damage to such covered Equipment occurring during normal and careful use. Customer remains liable for all damages and loss due to theft listed under The Rental Protection Plan provisions in the Terms and Conditions on back page, including Customer's negligence.   *Customer Accepts (_____)*       *Customer Declines (_____)*

*READ BEFORE SIGNING:* United hereby leases to Customer the Equipment (as defined in the Terms and Conditions on the reverse side) and Customer hereby accepts all *TERMS AND CONDITIONS* listed in this rental agreement, including the Terms and Conditions set forth on the reverse side, which the undersigned has read and understands. REMINDERS: (1) Rates do not include fuel or delivery; (2) Optional Rental Protection Plan charge is 14% of the total rental charge for covered equipment; (3) Customer pays for all time the Equipment is out, including Saturdays, Sundays and Holidays.   (4) This rental agreement supersedes all other purchase orders or terms and conditions contained in any of Customer's agreements or forms; (5) Customer assumes all risk and is responsible for all damages and other costs, including late charges. Details of the above as well as other obligations and responsibilities are contained in the   TERMS AND CONDITIONS ON REVERSE. THE INDIVIDUAL SIGNING BELOW AS OR ON BEHALF OF CUSTOMER: (1) AGREES TO ALL OF THE TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS RENTAL AGREEMENT, (2) ACKNOWLEDGES RECEIPT OF THE EQUIPMENT IN GOOD WORKING ORDER AND, (3) IS FULLY FAMILIAR WITH ITS OPERATION AND USE.

X _____

CUSTOMER SIGNATURE       DATE       NAME PRINTED              DELIVERED BY              DATE

A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST.

949 752 9320   P.31

SEP-20-2007  13:43

WARDEN URTNOWSKI ZAHARONI
700 98TH AVENUE
OAKLAND, CA 94603
510-562-3000
209-576-7883

**United Rentals**

**RENTAL RETURN INVOICE**
** COPY **

Page: 1

**Job Site**

STANFORD LINEAR EXCELERATOR
2575 SAND HILL ROAD
MENLO PARK, CA 94025

C#: 510-530-2480 J#: 510-530-2480

**Customer**

EAGLE ENVIRONMENTAL CONSTRUCT
2775 BUTTERS DRIVE
OAKLAND, CA 94602

Customer.... 979697
Invoice #... 58735177-001
Invoice date 9/05/06
Date out.... 8/21/06  9:00 AM
Date in..... 9/01/06  2:25 PM

Job Loc..... 2575 SAND HILL ROAD, MENLO :
Job No...... 1 - STANFORD LINEAR
P.O. #...... 2019 SLAC
Ordered by.. LOUIS CHERRY
Written by.. UR549JR
Salesperson. 99
Terms....... Net 30 Days

PLEASE REMIT PAYMENT TO:
UNITED RENTALS NORTHWEST, INC.
PO BOX 79337
CITY OF INDUSTRY, CA 91716-9337

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|
| 1 | TRUCK STAKE 12FT W/LIFTGATE * | 85.00 | 142.00 | 545.00 | 545.00 | 545.00 |
| | 743449  Make: FORD  Model: F-550  Ser #: 1FDAF56P25EC57039 | | | | | |
| | MI OUT: 44732.00  MI IN: 45810.00  TOTAL: 1078.00 | | | | | |
| | 30 CENTS PER MILE WILL BE ADDED TO FINAL | | | | | |
| | INVOICE | | | | | |

SALES ITEMS:

| Qty | Item number | Stock class | Unit | Price | Amount |
|---|---|---|---|---|---|
| 4 | 04622 | KEEP | EA | 16.990 | 67.96 |
| | RACHET STRAP 2"X27' WIRE ENDS | | | | |
| | UM: (EA) EACH | | | | |
| 1 | 152025 | CONTW | EA | 10.950 | 10.95 |
| | ROPE, 1/2" X 50' POLYPRO TRUCK COIL | | | | |
| | UM: (EA) EACH | | | | |
| 22.8 | DSL | MCI | EA | 5.950 | 135.66 |
| | DIESEL | | | | |
| | UM: (EA) EACH | | | | |

Sub-total: 623.91
Fuel: 135.66
Rental protection: 76.30
Tax: 66.46
**Total: 902.33**

RENTAL PROTECTION ACCEPTED

COPY

*ENVIRONMENTAL CHARGE: The items indicated above are subject to an environmental charge which is designed to recover the company's direct and indirect expenses for the handling, managing and disposing of waste products, hazardous materials, and related administrative costs. This is not a government mandated charge.
FUEL: Fuel charges do not include federal, state or local fuel excise taxes.

OPTIONAL RENTAL PROTECTION PLAN: *THE RENTAL PROTECTION PLAN IS NOT INSURANCE!* Upon accepting the Optional Rental Protection Plan, the Customer agrees to pay a charge equal to 14% of the rental charges on Equipment Customer wants covered by the Rental Protection Plan. In return, as set out on the back page, United agrees to waive certain claims for accidental damage to such covered Equipment occurring during normal and careful use. Customer remains liable for all damages and loss due to theft listed under The Rental Protection Plan provisions in the Terms and Conditions on back page, including Customer's negligence.  **Customer Accepts (_____)**    **Customer Declines (_____)**

*READ BEFORE SIGNING:* United hereby leases to Customer the Equipment (as defined in the Terms and Conditions on the reverse side) and Customer hereby accepts all TERMS AND CONDITIONS listed in this rental agreement, including the Terms and Conditions set forth on the reverse side, which the undersigned has read and understands. REMINDERS: (1) Rates do not include fuel or delivery; (2) Optional Rental Protection Plan charge is 14% of the total rental charge for covered equipment; (3) Customer pays for all time the Equipment is out, including Saturdays, Sundays and Holidays.  (4) This rental agreement supersedes all other purchase orders or terms and conditions contained in any of Customer's agreements or forms; (5) Customer assumes all risk and is responsible for all damages and other costs, including late charges. Details of the above as well as other obligations and responsibilities are contained in the  TERMS AND CONDITIONS ON REVERSE. THE INDIVIDUAL SIGNING BELOW AS OR ON BEHALF OF CUSTOMER: (1) AGREES TO ALL OF THE TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS RENTAL AGREEMENT, (2) ACKNOWLEDGES RECEIPT OF THE EQUIPMENT IN GOOD WORKING ORDER AND, (3) IS FULLY FAMILIAR WITH ITS OPERATION AND USE.

X

| CUSTOMER SIGNATURE | DATE | NAME PRINTED | DELIVERED BY | DATE |
|---|---|---|---|---|

9/20/2007 2:22:03 PM

A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST.

SEP-20-2007  13:43    WARDEN URTNOWSKI ZAHARONI    949 752 9320    P.32
1855 OSGOOD ROAD
FREMONT, CA  94539
510-657-5600
510-657-0793 FAX

## United Rentals

## RENTAL RETURN INVOICE
** COPY **



**Job Site**

EAGLE ENVIRONMENTAL CONSTRUCT
STANFORD UNIVERSITY
PALO ALTO, CA  94303

C#: 510-530-2480  J#: 510-530-2480

| | |
|---|---|
| Customer.... | 979697 |
| Invoice #... | 58906176-001 |
| Invoice date | 8/30/06 |
| Date out.... | 8/27/06  2:15 PM |
| Date in..... | 8/30/06  1:57 PM |
| Job Loc..... | STANFORD UNIVERSITY, PALO AL1 |
| Job No...... | 1 - EAGLE ENVIRONMEN |
| P.O. #...... | 2021SLAC |
| Ordered By.. | LOUIS |
| Written by.. | UR047RP |
| Salesperson. | 6356 |
| Terms....... | Net 30 Days |

**Customer**

EAGLE ENVIRONMENTAL CONSTRUCT
2775 BUTTERS DRIVE
OAKLAND, CA  94602

PLEASE REMIT PAYMENT TO:
UNITED RENTALS NORTHWEST, INC.
PO BOX 79337
CITY OF INDUSTRY, CA 91716-9337

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|
| 1 | TRUCK 16 FT FLATBED DUMP    * | 163.00 | 285.00 | 1092.00 | 3276.00 | 855.00 |
| | 752458    Make: FORD Model: F650  Ser #: 3FRNF65E65V215539 | | | | | |
| | MI OUT:  7832.00  MI IN:  8084.00  TOTAL:  252.00 | | | MIL CHG | | 75.60 |

SALES ITEMS:

| Qty | Item number | Stock class | Unit | Price | Amount |
|---|---|---|---|---|---|
| 2 | TP181 | NTSTS | EA | 12.990 | 25.98 |
| | 18" NR B/O STOP/SLOW PADDLE W/HANDLE | | | | |
| | UM: (EA) EACH | | | | |
| 1 | 2436CON | NTSTS | EA | 19.990 | 19.99 |
| | 36X24 PLAS NR DANGER CONSTRUCTION ZONE | | | | |
| | UM: (EA) EACH | | | | |
| 1 | ENV | MCI | EA | 4.460 | 4.46 |
| | ENVIRONMENTAL CHARGE | | | | |
| | UM: (EA) EACH | | | | |
| 5.2 | DSL | MCI | EA | 5.950 | 30.94 |
| | DIESEL | | | | |
| | UM: (EA) EACH | | | | |

|  |  |
|---|---|
| Sub-total: | 981.03 |
| Fuel: | 30.94 |
| Rental protection: | 130.28 |
| Tax: | 88.54 |
| Total: | 1230.79 |

RENTAL PROTECTION ACCEPTED

```
*****************************************************************
*                                                               *
*              ON ALL DELIVERED EQUIPMENT                       *
*       YOU MUST CALL 510-657-5600 FOR TERMINATION NUMBER       *
*                  TO STOP RENTAL CHARGES.                      *
*     ALL RENTAL RATES BASED ON 8HRS/DAY  40HRS/WEEK  160HRS/4 WEEKS *
*                                                               *
*          PLEASE CHECK YOUR INVOICE. NO ADJUSTMENT WILL BE     *
*             MADE AFTER 15 DAYS OF INVOICE DATE!               *
*                                                               *
*        WE, UNITED RENTALS - FREMONT, WOULD LIKE TO TAKE THIS  *
*    OPPORTUNITY TO EXPRESS OUR HEART FELT THANKS FOR YOUR BUSINESS. *
* WE ARE IN BUSINESS BECAUSE OF YOU AND WE APPRECIATE YOU CHOOSING US. *
*             FROM THE UNITED RENTALS FREMONT STAFF             *
*                  "CONSIDER IT DONE!"                          *
*****************************************************************
*****************************************************************
```

*ENVIRONMENTAL CHARGE: The items indicated above are subject to an environmental charge which is designed to recover the company's direct and indirect expenses for the handling, managing and disposing of waste products, hazardous materials, and related administrative costs. This is not a government mandated charge.
FUEL: Fuel charges do not include federal, state or local fuel excise taxes.

OPTIONAL RENTAL PROTECTION PLAN:  THE RENTAL PROTECTION PLAN IS NOT INSURANCE!  Upon accepting the Optional Rental Protection Plan, the Customer agrees to pay a charge equal to 14% of the rental charges on Equipment wants covered by the Rental Protection Plan. In return, as set out on the back page, United agrees to waive certain claims for accidental damage to such covered Equipment occuring during normal and careful use. Customer remains liable for all damages and loss due to theft listed under The Rental Protection Plan provisions in the Terms and Conditions on back page, including Customer's negligence.    Customer Accepts (    )    Customer Declines (    )

READ BEFORE SIGNING: United hereby leases to Customer the Equipment (as defined in the Terms and Conditions on the reverse side) and Customer hereby rents(all TERMS AND CONDITIONS listed in this rental agreement, including the Terms and Conditions set forth on the reverse side, which the undersigned has read and understands. REMINDERS: (1) Rents do not include fuel or delivery; (2) Optional Rental Protection Plan charge is 14% of the total rental charge for covered equipment; (3) Customer pays for all time the Equipment is out, including Saturdays, Sundays and Holidays.    (4) This rental agreement supersedes all other purchase orders or terms and conditions contained in any of Customer's agreements or forms; (5) Customer assumes all risk and is responsible for all damages and other costs, including late charges. Details of the above as well as other obligations and responsibilities are contained in the    TERMS AND CONDITIONS ON REVERSE SIDE. THE INDIVIDUAL SIGNING BELOW AS OR ON BEHALF OF CUSTOMER: (1) AGREES TO ALL OF THE TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS RENTAL AGREEMENT, (2) ACKNOWLEDGES RECEIPT OF THE EQUIPMENT IN GOOD WORKING ORDER AND, (3) IS FULLY FAMILIAR WITH ITS OPERATION AND USE.

X _____

| | | | |
|---|---|---|---|
| CUSTOMER SIGNATURE | DATE | NAME PRINTED | DELIVERED BY    DATE |

A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST.

SEP-20-2007  13:43   WARDEN URTNOWSKI ZAHARONI   949 762 9320    P.33

**United Rentals**
ANTIOCH, CA   94509
925-757-7900
209-576-7883

# 4 WEEK BILLING INVOICE
** COPY **



Job Site

ALAMEDA NAVAL AIR BASE
2900 MAIN ST
ALAMEDA, CA   94501

C#: 510-530-2480 J#: 510-530-2480

Customer.... 979697
Invoice #... 58930567-001
Invoice date  9/13/06
Date out....  8/28/06    1:00 PM
Billed thru.  9/25/06

Job Loc.... 2900 MAIN ST, ALAMEDA
Job No..... 1 - ALAMEDA NAVAL AI
P.O. #..... NONE
Ordered By.. LEWIS
Written by.. CYCLE BILL
Salesperson. 5285
Terms....... Net 30 Days

Customer

EAGLE ENVIRONMENTAL CONSTRUCT
2775 BUTTERS DRIVE
OAKLAND, CA   94602

PLEASE REMIT PAYMENT TO:
UNITED RENTALS NORTHWEST, INC.
PO BOX 79337
CITY OF INDUSTRY, CA 91716-9337

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|
| 1 | GENERATOR 19 - 29 KVA    * | 180.00 | 180.00 | 480.00 | 1295.00 | 1295.00 |
|  | 876959    Make: SHINDAIWA  Model: DGK25B  Ser #: 039273 | | | | | |
|  | HR OUT:    1.10    HR IN:    TOTAL:    1.10 | | | | | |
|  | THIS IS THE RATE FOR A SINGLE SHIFT | | | | | |
|  | RENTAL. DOUBLE AND TRIPPLE SHIFT RENTALS | | | | | |
|  | ARE 1.5 AND 2 TIMES THIS RATE | | | | | |

SALES ITEMS:

| Qty | Item number | Stock class | Unit | Price | Amount |
|---|---|---|---|---|---|
| 1 | ENV | MCI | EA | 6.210 | 6.21 |
|  | ENVIRONMENTAL CHARGE | | | | |
|  | UM: (EA) EACH | | | | |

DELIVERY CHARGE                                                           89.00

Sub-total:  1390.21
Rental protection:   181.30
Tax:   121.65
Total:  1693.16

BILLED FOR FOUR WEEKS  8/28/06 THRU  9/25/06  01:00 PM
RENTAL PROTECTION ACCEPTED



*ENVIRONMENTAL CHARGE: The items indicated above are subject to an environmental charge which is designed to recover the company's direct and indirect expenses for the handling, managing and disposing of waste products, hazardous materials, and related administrative costs. This is not a government mandated charge.
FUEL: Fuel charges do not include federal, state or local fuel excise taxes.

OPTIONAL RENTAL PROTECTION PLAN:  *THE RENTAL PROTECTION PLAN IS NOT INSURANCE!*  Upon accepting the Optional Rental Protection Plan, the Customer agrees to pay a charge equal to 14% of the rental charges on Equipment Customer wants covered by the Rental Protection Plan. In return, as set out on the back page, United agrees to waive certain claims for accidental damage to such covered Equipment occuring during normal and careful use. Customer remains liable for all damages and loss due to theft listed under The Rental Protection Plan provisions in the Terms and Conditions on back page, including Customer's negligence.    **Customer Accepts  (      )**      **Customer Declines  (      )**

*READ BEFORE SIGNING:* United hereby leases to Customer the Equipment (as defined in the Terms and Conditions on the reverse side) and Customer hereby accepts all *TERMS AND CONDITIONS* listed in this rental agreement, including the Terms and Conditions set forth on the reverse side, which the undersigned has read and understands. REMINDERS: (1) Rates do not include fuel or delivery; (2) Optional Rental Protection Plan charge is 14% of the total rental charge for covered equipment; (3) Customer pays for all time the Equipment is out, including Saturdays, Sundays and Holidays.    (4) This rental agreement supersedes all other purchase orders or terms and conditions contained in any of Customer's agreements or forms; (5) Customer assumes all risk and is responsible for all damages and other costs, including late charges. Details of the above as well as other obligations and responsibilities are contained in the  TERMS AND CONDITIONS ON REVERSE. THE INDIVIDUAL SIGNING BELOW AS OR ON BEHALF OF CUSTOMER: (1) AGREES TO ALL OF THE TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS RENTAL AGREEMENT, (2) ACKNOWLEDGES RECEIPT OF THE EQUIPMENT IN GOOD WORKING ORDER AND, (3) IS FULLY FAMILIAR WITH ITS OPERATION AND USE.

**X** _____

| CUSTOMER SIGNATURE | DATE | NAME PRINTED | DELIVERED BY | DATE |
|---|---|---|---|---|

A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST

SEP-20-2007  13:44   WARREN URTNOWSKI ZAHARONI   949 752 9320   P.34



**United Rentals**

**4 WEEK BILLING INVOICE**
** COPY **

---

**Job Site**

ALAMEDA NAVAL AIR BASE
2900 MAIN ST
ALAMEDA, CA  94501

C#: 510-530-2480  J#: 510-530-2480

**Customer**

EAGLE ENVIRONMENTAL CONSTRUCT
2775 BUTTERS DRIVE
OAKLAND, CA  94602

---

Customer.... 979697
Invoice #.... 58930567-002
Invoice date 10/11/06
Date out.... 8/28/06   1:00 PM
Billed thru. 10/23/06

Job Loc..... 2900 MAIN ST, ALAMEDA
Job No...... 1 - ALAMEDA NAVAL AI
P.O. #...... NONE
Ordered By.. LEWIS
Written by.. CYCLE BILL
Salesperson. 5285
Terms....... Net 30 Days

**PLEASE REMIT PAYMENT TO:**
UNITED RENTALS NORTHWEST, INC.
PO BOX 79337
CITY OF INDUSTRY, CA 91716-9337

---

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|-----|-------------|-----|-----|------|--------|--------|
| 1 | GENERATOR 19 - 29 KVA        * | 180.00 | 180.00 | 480.00 | 1295.00 | 1295.00 |
|   | 876959   Make: SHINDAIWA  Model: DGK25B  Ser #: 039273 | | | | | |
|   | HR OUT:    1.10   HR IN:         TOTAL:   1.10 | | | | | |
|   | THIS IS THE RATE FOR A SINGLE SHIFT | | | | | |
|   | RENTAL. DOUBLE AND TRIPPLE SHIFT RENTALS | | | | | |
|   | ARE 1.5 AND 2 TIMES THIS RATE | | | | | |

SALES ITEMS:

| Qty | Item number | Stock class | Unit | Price | Amount |
|-----|-------------|-------------|------|-------|--------|
| 1 | ENV | MCI | EA | 6.210 | 6.21 |
|   | ENVIRONMENTAL CHARGE | | | | |
|   | UM: (EA) EACH | | | | |

Sub-total: 1301.21
Rental protection: 181.30
Tax: 113.86
Total: 1596.37

BILLED FOR FOUR WEEKS  9/25/06 THRU 10/23/06  01:00 PM
RENTAL PROTECTION ACCEPTED



---

**\*ENVIRONMENTAL CHARGE:** The items indicated above are subject to an environmental charge which is designed to recover the company's direct and indirect expenses for the handling, managing and disposing of waste products, hazardous materials, and related administrative costs. This is not a government mandated charge.
**FUEL:** Fuel charges do not include federal, state or local fuel excise taxes.

**OPTIONAL RENTAL PROTECTION PLAN:** *THE RENTAL PROTECTION PLAN IS NOT INSURANCE!* Upon accepting the Optional Rental Protection Plan, the Customer agrees to pay a charge equal to **14%** of the rental charges on Equipment Customer wants covered by the Rental Protection Plan. In return, as set out on the back page, United agrees to waive certain claims for accidental damage to such covered Equipment occurring during normal and careful use. Customer remains liable for all damages and loss due to theft listed under The Rental Protection Plan provisions in the Terms and Conditions on back page, including Customer's negligence.   **Customer Accepts (     )        Customer Declines (     )**

*READ BEFORE SIGNING:* United hereby leases to Customer the Equipment (as defined in the Terms and Conditions on the reverse side) and Customer hereby accepts all *TERMS AND CONDITIONS* listed in this rental agreement, including the Terms and Conditions set forth on the reverse side, which the undersigned has read and understands. REMINDERS: (1) Rates do not include fuel or delivery; (2) Optional Rental Protection Plan charge is 14% of the total rental charge for covered equipment; (3) Customer pays for all time the Equipment is out, including Saturdays, Sundays and Holidays.    (4) Thus rental agreement supersedes all other purchase orders or terms and conditions contained in any of Customer's agreements or forms; (5) Customer assumes all risk and is responsible for all damages and other costs, including late charges. Details of the above as well as other obligations and responsibilities are contained in the  TERMS AND CONDITIONS ON REVERSE. THE INDIVIDUAL SIGNING BELOW AS OR ON BEHALF OF CUSTOMER: (1) AGREES TO ALL OF THE TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS RENTAL AGREEMENT, (2) ACKNOWLEDGES RECEIPT OF THE EQUIPMENT IN GOOD WORKING ORDER AND, (3) IS FULLY FAMILIAR WITH ITS OPERATION AND USE.

X _____

| CUSTOMER SIGNATURE | DATE | NAME PRINTED | DELIVERED BY | DATE |

A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST.

SEP-20-2007  13:44    WARREN URTNOWSKI ZAHARONI    949 752 9320    P.35

**United Rentals**    ITIOCH, CA  94509
-25-757-7900
209-576-7883

**4 WEEK BILLING INVOICE**
** COPY **

**Job Site**

ALAMEDA NAVAL AIR BASE
2900 MAIN ST
ALAMEDA, CA  94501

C#: 510-530-2480 J#: 510-530-2480

**Customer**

EAGLE ENVIRONMENTAL CONSTRUCT
2775 BUTTERS DRIVE
OAKLAND, CA  94602

```
Customer.... 979697
Invoice #... 58930567-003
Invoice date 11/08/06
Date out.... 8/28/06     1:00 PM
Billed thru. 11/20/06

Job Loc..... 2900 MAIN ST. ALAMEDA
Job No...... 1 - ALAMEDA NAVAL AI
P.O. #...... NONE
Ordered By.. LEWIS
Written by.. CYCLE BILL
Salesperson. 5285
Terms....... Net 30 Days
```

PLEASE REMIT PAYMENT TO:
UNITED RENTALS NORTHWEST, INC.
PO BOX 79337
CITY OF INDUSTRY, CA 91716-9337

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|
| 1 | GENERATOR 19 - 29 KVA      * | 180.00 | 180.00 | 480.00 | 1295.00 | 1295.00 |
|  | 876959   Make: SHINDAIWA  Model: DGK25B  Ser #: 039273 |  |  |  |  |  |
|  | HR OUT:   1.10   HR IN: | TOTAL: | 1.10 |  |  |  |
|  | THIS IS THE RATE FOR A SINGLE SHIFT |  |  |  |  |  |
|  | RENTAL. DOUBLE AND TRIPPLE SHIFT RENTALS |  |  |  |  |  |
|  | ARE 1.5 AND 2 TIMES THIS RATE |  |  |  |  |  |

SALES ITEMS:

| Qty | Item number | Stock class | Unit | Price | Amount |
|---|---|---|---|---|---|
| 1 | ENV | MCI | EA | 6.210 | 6.21 |
|  | ENVIRONMENTAL CHARGE |  |  |  |  |
|  | UM: (EA) EACH |  |  |  |  |

```
Sub-total:   1301.21
Rental protection:    181.30
Tax:    113.86
Total:   1596.37
```

BILLED FOR FOUR WEEKS 10/23/06 THRU 11/20/06  01:00 PM
RENTAL PROTECTION ACCEPTED

*ENVIRONMENTAL CHARGE: The items indicated above are subject to an environmental charge which is designed to recover the company's direct and indirect expenses for the handling, managing and disposing of waste products, hazardous materials, and related administrative costs. This is not a government mandated charge.
FUEL: Fuel charges do not include federal, state or local fuel excise taxes.

OPTIONAL RENTAL PROTECTION PLAN: THE RENTAL PROTECTION PLAN IS NOT INSURANCE! Upon accepting the Optional Rental Protection Plan, the Customer agrees to pay a charge equal to 14% of the rental charges on Equipment Customer wants covered by the Rental Protection Plan. In return, as set out on the back page, United agrees to waive certain claims for accidental damage to such covered Equipment occurring during normal and careful use. Customer remains liable for all damages and loss due to theft listed under The Rental Protection Plan provisions in the Terms and Conditions on back page, including Customer's negligence.    **Customer Accepts (____)**    **Customer Declines (____)**

READ BEFORE SIGNING: United hereby leases to Customer the Equipment (as defined in the Terms and Conditions on the reverse side) and Customer hereby accepts all TERMS AND CONDITIONS listed in this rental agreement, including the Terms and Conditions set forth on the reverse side, which the undersigned has read and understands. REMINDERS: (1) Rates do not include fuel or delivery; (2) Optional Rental Proection Plan charge is 14% of the total rental charge for covered equipment; (3) Customer pays for all time the Equipment is out, including Saturdays, Sundays and Holidays.   (4) This rental agreement supersedes all other purchase orders or terms and conditions contained in any of Customer's agreements or forms; (5) Customer assumes all risk and is responsible for all damages and other costs, including late charges. Details of the above as well as other obligations and responsibilities are contained in the  TERMS AND CONDITIONS ON REVERSE. THE INDIVIDUAL SIGNING BELOW AS OR ON BEHALF OF CUSTOMER: (1) AGREES TO ALL OF THE TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS RENTAL AGREEMENT, (2) ACKNOWLEDGES RECEIPT OF THE EQUIPMENT IN GOOD WORKING ORDER AND, (3) IS FULLY FAMILIAR WITH ITS OPERATION AND USE.

X

| CUSTOMER SIGNATURE | DATE | NAME PRINTED | DELIVERED BY | DATE |

A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST.
10363422.tif - 9/20/2007 2:22:03 PM

SEP-20-2007  13:44    WARREN URTNOWSKI ZAHARONI    949 762 9320    P.36
604 SUNSET DRIVE
ITIOCH, CA  94509
.25-757-7900
209-576-7883

**United Rentals**

# RENTAL RETURN INVOICE
** COPY **



**Job Site**

ALAMEDA NAVAL AIR BASE
2900 MAIN ST
ALAMEDA, CA  94501

C#: 510-530-2480 J#: 510-530-2480

**Customer**

EAGLE ENVIRONMENTAL CONSTRUCT
2775 BUTTERS DRIVE
OAKLAND, CA  94602

Customer.... 979697
Invoice #... 58930567-004
Invoice date 11/28/06
Date out.... 8/28/06    1:00 PM
Date in..... 11/22/06    11:07 AM
Last billed. 11/20/06
Job Loc..... 2900 MAIN ST, ALAMEDA
Job No...... 1 - ALAMEDA NAVAL AI
P.O. #...... NONE
Ordered By.. LEWIS
Written by.. UR604DA
Salesperson. 5285
Terms....... Net 30 Days

**PLEASE REMIT PAYMENT TO:**
UNITED RENTALS NORTHWEST, INC.
PO BOX 79337
CITY OF INDUSTRY, CA 91716-9337

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|-----|-------------|-----|-----|------|--------|--------|
| 1 | GENERATOR 19 - 29 KVA    *    | 180.00 | 180.00 | 480.00 | 1295.00 | 540.00 |
|   | 876959    Make: SHINDAIWA  Model: DGK25B  Ser #: 039273 | | | | | |
|   | HR OUT:    1.10    HR IN:    1351.60    TOTAL:    1350.50 | | | | | |
|   | THIS IS THE RATE FOR A SINGLE SHIFT | | | | | |
|   | RENTAL. DOUBLE AND TRIPPLE SHIFT RENTALS | | | | | |
|   | ARE 1.5 AND 2 TIMES THIS RATE | | | | | |
|   | UNIT WAS RAN DOUBLE SHIFT CUSTOMER WILL | | | | | |
|   | BE BILLED ACORDINGLY | | | | | |

SALES ITEMS:

| Qty | Item number | Stock class | Unit | Price | Amount |
|-----|-------------|-------------|------|-------|--------|
| 1 | ENV | MCI | EA | 2.590 | 2.59 |
|   | ENVIRONMENTAL CHARGE | | | | |
|   | UM: (EA) EACH | | | | |
| 30 | DSL | MCI | EA | 5.250 | 157.50 |
|   | DIESEL | | | | |
|   | UM: (EA) EACH | | | | |
| 3 | MSC | MCI | EA | 647.500 | 1942.50 |
|   | MISC. SHOP CHARGES | | | | |
|   | UM: (EA) EACH | | | | |
|   | THREE MONTHS OF DOUBLE SHIFT RENTAL NOT | | | | |
|   | PREVIOUSLY BILLED. | | | | |

PICKUP CHARGE                                                                89.00

Sub-total: 2574.09
Fuel: 157.50
Rental protection: 75.60
Tax: 217.46
Total: 3024.65

FINAL BILL: 11/20/06 01:00 PM THRU 11/22/06 11:07 AM.
RENTAL PROTECTION ACCEPTED

*ENVIRONMENTAL CHARGE: The items indicated above are subject to an environmental charge which is designed to recover the company's direct and indirect expense for the handling, managing and disposing of waste products, hazardous materials, and related administrative costs. This is not a government mandated charge.
FUEL: Fuel charges do not include federal, state or local fuel excise taxes.

OPTIONAL RENTAL PROTECTION PLAN:  *THE RENTAL PROTECTION PLAN IS NOT INSURANCE!*  Upon accepting the Optional Rental Protection Plan, the Customer agrees to pay a charge equal to 14%  of the rental charges on Equipment Customer wants covered by the Rental Protection Plan. In return, as set out on the back page, United agrees to waive certain claims for accidental damage to such covered Equipment occuring during normal and careful use. Customer remains liable for all damages and loss due to theft listed under The Rental Protection Plan provisions in the Terms and Conditions on back page, including Customer's negligence.    *Customer Accepts ( ____ )*        *Customer Declines ( ____ )*

READ BEFORE SIGNING: United hereby leases to Customer the Equipment (as defined in the Terms and Conditions on the reverse side) and Customer hereby accepts it TERMS AND CONDITIONS listed in this rental agreement, including the Terms and Conditions set forth on the reverse side, which the undersigned has read and understands. REMINDERS: (1) Rates do not include fuel or delivery; (2) Optional Rental Proection Plan charge is 14% of the total rental charge for covered equipment; (3) Customer pays for all time the Equipment is out, including Saturdays, Sundays and Holidays.    (4) This rental agreement supersedes all other purchase orders or terms and conditions contained in any of Customer's agreements or forms; (5) Customer assumes all risk as is responsible for all damages and other costs, including late charges, and if the above as well as other obligations and responsibilities are contained in the  TERMS AND CONDITIONS ON REVERSE THE INDIVIDUAL SIGNING BELOW AS OR ON BEHALF OF CUSTOMER: (1) AGREES TO ALL OF THE TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS RENTAL AGREEMENT, (2) ACKNOWLEDGES RECEIPT OF THE EQUIPMENT IN GOOD WORKING ORDER AND, (3) IS FULLY FAMILIAR WITH ITS OPERATION AND USE.

X _____

| CUSTOMER SIGNATURE | DATE | NAME PRINTED | DELIVERED BY | DATE |

A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST.tif - 9/20/2007 2:22:03 PM

SEP-20-2007  13:44   WARREN URTNOWSKI ZAHARONI   949 762 9320   P.37

**United Rentals**   :3 LOOMIS STREET
~AN FRANCISCO, CA 94124
415-642-1300

**RK ORDER INVOICE**
*Copy*

| | |
|---|---|
| **Job Site** | EAGLE ENVIRONMENTAL CONSTRUCT<br>STANFORD UNIVERSITY<br>PALO ALTO, CA 94303<br><br>C#: 510-530-2480 J#: 510-530-2480 |

```
Customer #..  979697
Invoice#....  58940413-001
Date........  8/31/06
Job Loc.....  STANFORD UNIVERSITY, PALO .
Job No......  1 - EAGLE ENVIRONMEN
P.O. #......  CLEMENT
Authorized..  JULIO
Received on.  8/28/06
Finished on.  8/31/06
Last con/cus 62025008/ 414879
Written by..  UR606JC
```

| | |
|---|---|
| **Customer** | EAGLE ENVIRONMENTAL CONSTRUCT<br>2775 BUTTERS DRIVE<br>OAKLAND, CA 94602 |

**PLEASE REMIT PAYMENT TO:**
UNITED RENTALS NORTHWEST, INC.
PO BOX 79337
CITY OF INDUSTRY, CA 91716-9337

| EQUIP # | Make | Model | Serial # | Description |
|---------|------|-------|----------|-------------|
| 671512 | JOHN DEERE | 160LC- SEE SPEC | FF160CX044867 | EXCAVATOR 35,000# -<br>Cat/Class 905-1045 |

Hr Meter:         805.500
Work To Be Done
   CUST DAMAGE FRONT GLASS, UPR & LWR.
   FRONT GLASS SHATTERED BY OPERATOR.

WORK PERFORMED:
Field service call for glass broken by customer. Only main glass reported broken
so had to return with bottom glass the next day. Was also asked to stay and try
to make a temp bottom shield but was not approved for service. Installed front
cab glass.

PARTS:

| Qty | Part Number | Description | Stk/Cls | Bin Loc | U/M | Price | Extend |
|-----|-------------|-------------|---------|---------|-----|-------|--------|
| 1 | 4602562 | WINDOW PANE | DEERE | | EA | 591.667 | 591. |
| 1 | 4602563 | WINDOW PANE | DEERE | | EA | 241.667 | 241. |
| 1 | ENV | ENVIRONMENTAL CHARGE | MCI | | EA | 8.750 | 8. |

LABOR:

| Mechanic | Hours | Work | | Rate | | | | Extend |
|----------|-------|------|---|------|---|---|---|--------|
| JULIO CABALLERO | 4.00 | SAFETY - WINDSHIELD / GLASS | | 95.00 | | | | 380. |
| JULIO CABALLERO | 2.50 | SAFETY - WINDSHIELD / GLASS | | 95.00 | | | | 237. |

```
                              Total Parts & Materials         842.
                              Total Labor                     617.
                              Mileage    124.00  @     3.000   372.
                              Tax                             100.

                              Total Amount                   1,931
```

IMPORTANT - PLEASE READ CAREFULLY  CUSTOMER AGREES TO ALL TERMS AND CONDITIONS SHOWN ON THE BACK, ·
RESPONSIBILITY FOR ALL ITEMS, INCLUDING THEIR SAFETY AND PROPER USE, OPERATION, MAINTENANCE, STORAGE, AN
WARRANTY DISCLAIMER:  AS DESCRIBED ON THE BACK OF THIS CONTRACT, UNITED RENTALS MAKES NO WARRANTIES
ANY OTHER WARRANTIES, ESPRESS OR IMPLIED.
THE TERMS AND CONDITIONS ON THIS SERVICE CONTRACT FORM THE SOLE AGREEMENT BETWEEN CUSTOMER AND UNI
CUSTOMER ACKNOWLEDGES THAT HE HAS RECIVED IN GOOD ORDER ALL ITEMS, SERVICE AND OTHER GOODS LISTED OI

**X**

| CUSTOMER SIGNATURE | DATE | NAME PRINTED | UNITED RENTALS AGENT | DATE |

SEP-20-2007  13:45    WARREN URTNOWSKI ZAHARONI    949 752 9320    P.38


# United Rentals

WARREN URTNOWSKI ZAHARONI
00 361TH AVENUE
KLAND, CA  94603
10-562-3000
209-576-7883

## S~ AGREEMENT / INVOICE
** COPY **

**Job Site**

EAGLE ENVIRONMENTAL CONSTRUCT
1431 HALIBUT
X-ST AVENUE B
TREASURE ISLAND, CA  94130
C#: 510-530-2480  J#: 510-530-2480

**Customer**

EAGLE ENVIRONMENTAL CONSTRUCT
2775 BUTTERS DRIVE
OAKLAND, CA  94602



Customer.... 979697
Invoice #... 58974847-001
System date. 8/29/06

Invoice date  8/29/06    2:32 PM

Job Loc..... 1431 HALIBUT, TREASURE ISLAN
Job No...... 9013 SFT
P.O. #...... 9013 SFT
Ordered By.. LOUIS CHERRY
Written by.. UR549MM
Salesperson. 5351
Terms....... Net 10 Days

PLEASE REMIT PAYMENT TO:
UNITED RENTALS NORTHWEST, INC.
PO BOX 79337
CITY OF INDUSTRY, CA 91716-9337

| Qty | Item number | Stock class | Unit | Price | Amount |
|-----|-------------|-------------|------|-------|--------|
| 2 | VINYL FLAG, WOOD HANDLE<br>TSF18-27<br>UM: (EA) EACH | ALLST<br>Bin Location G3 | EA | 3.990 | 7.98 |
| 5 | SURVEY VEST, GRN SZ-3X (CLOUT)<br>TSV110-3XL<br>UM: (EA) EACH | ALLST<br>Bin Location CTR01 | EA | 15.990 | 79.95 |
| 20 | CONE, 28" ORG W/ORG NR 7# PVC<br>CN28-7LB-NR-ORG-PVC<br>UM: (EA) EACH | UHTBC<br>Bin Location YARD | EA | 7.890 | 157.80 |
| 1 | PRO-FIT SER 2.3 BLK XL<br>H23-05-011<br>UM: (EA) EACH | MCHNX<br>Bin Location CTR02 | EA | 15.890 | 15.89 |
| 7 | HARD HAT, WHT PEAK CAP RATCHET A<br>A29R010000<br>UM: (EA) EACH | NORSA<br>Bin Location CTR01 | EA | 8.590 | 60.13 |

SHIP TO:  EAGLE ENVIRONMENTAL CONSTRUCT
1431 HALIBUT
X-ST AVENUE B
TREASURE ISLAND, CA  94130

Sub-total:   321.75
Tax:    28.16
Total:   349.9

**IMPORTANT - PLEASE READ CAREFULLY:** By signing this Sales Agreement, Customer agrees to all terms and conditions shown on the back and front of this Sales Agreement. Upon delivery, Customer assumes full responsibility for all items, including their safety and proper use, operation, maintenance, storage, and transportation.

**WARRANTY DISCLAIMER:** As described on the back of this Sales Agreement, United makes no warranties of merchantability or fitness for a particular purpose, or any other warranties, express or implied. Customer agrees to the waiver of claims as indicated on the back of this Sales Agreement.

**INDEMNITY AGREEMENT:** As United has no control over the use of the Equipment being purchased by Customer, Customer agrees to indemnify and hold United harmless from any claims, regardless of whether such claims or actions are founded in whole or in part upon any negligent act or omission of United, or any person, party for loss, injury and damage to person or property arising out of the Customer's possession, use, maintenance or return of Equipment, including legal costs incurred in defense of such claims. This indemnity provision also applies to any claim asserted against United based upon strict or product liability.

UNITED GUARD WARRANTY PROGRAM: Upon accepting the United Guard Warranty Program (the "Program") the Customer agrees to pay the selected percentage of the sales charge. The Program is subject to the limitations set out in the terms and conditions of the Program included with this Sales Agreement.

**FUEL:** Fuel charges do not include federal, state or local fuel excise taxes.


X

| CUSTOMER SIGNATURE | DATE | NAME PRINTED | UNITED RENTALS AGENT | DATE |

A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST. 9/20/2007 2:22:03 PM

SEP-20-2007  13:45    WARDEN URTNOWSKI ZAHARONI    949 752 9320    P.39

**United Rentals**

WARDEN URTNOWSKI ZAHARONI
XLAND, CA  94603
-10-562-3000
209-576-7883



# REVAL RETURN INVOICE
## ** COPY **

| Job Site | |
|---|---|
| EAGLE ENVIRONMENTAL CONSTRUCT | |
| 1431 HALIBUT | |
| X-ST AVENUE B | |
| TREASURE ISLAND, CA  94130 | |
| C#: 510-530-2480  J#: 510-530-2480 | |

**Customer....** 979697
**Invoice #...** 58978405-001
**Invoice date** 9/11/06
**Date out....** 8/30/06    8:30 AM
**Date in.....** 9/08/06    5:00 PM
**Job Loc.....** 1431 HALIBUT, TREASURE ISLAND
**Job No......** 9013 SFT
**P.O. #......** 9013 SFT
**Ordered By..** LOUIS CHERRY
**Written by..** UR549FW
**Salesperson.** 5351
**Terms.......** Net 30 Days

| Customer | |
|---|---|
| EAGLE ENVIRONMENTAL CONSTRUCT | |
| 2775 BUTTERS DRIVE | |
| OAKLAND, CA  94602 | |

**PLEASE REMIT PAYMENT TO:**
UNITED RENTALS NORTHWEST, INC.
PO BOX 79337
CITY OF INDUSTRY, CA 91716-9337

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|
| 1 | MINI EXCAVATOR 14000# UP  * | 475.00 | 475.00 | 1625.00 | 4650.00 | 3050.00 |
| | 669956    Make: TAKEUCHI | Model: TB175  Ser #: 17512976 | | | | |
| | HR OUT:    939.70   HR IN: | 946.00    TOTAL:    6.30 | | | | |
| 1 | MINI EXCAVATOR BUCKET 24IN | | | | | N/C |

SALES ITEMS:

| Qty | Item number | Stock class | Unit | Price | Amount |
|---|---|---|---|---|---|
| 1 | ENV | MCI | EA | 14.640 | 14.64 |
| | ENVIRONMENTAL CHARGE | | | | |
| | UM: (EA) EACH | | | | |
| 14.7 | DSL | MCI | EA | 5.950 | 87.47 |
| | DIESEL | | | | |
| | UM: (EA) EACH | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| DELIVERY CHARGE | | | | | | 110.00 |
| PICKUP CHARGE | | | | | | 110.00 |

P O C IS LOUIS @ 510-847-5141

Sub-total:  3284.64
Fuel:  87.47
Rental protection:  427.00
Tax:  277.30
**Total:  4076.41**

RENTAL PROTECTION ACCEPTED



**\*ENVIRONMENTAL CHARGE:** The items indicated above are subject to an environmental charge which is designed to recover the company's direct and indirect expenses for the handling, managing and disposing of waste products, hazardous materials, and related administrative costs. This is not a government mandated charge.
**FUEL:** Fuel charges do not include federal, state or local fuel excise taxes.

**OPTIONAL RENTAL PROTECTION PLAN:** *THE RENTAL PROTECTION PLAN IS NOT INSURANCE!* Upon accepting the Optional Rental Protection Plan, the Customer agrees to pay a charge equal to 14% of the rental charges on Equipment Customer wants covered by the Rental Protection Plan. In return, as set out on the back page, United agrees to waive certain claims for accidental damage to such covered Equipment occuring during normal and careful use. Customer remains liable for all damages and loss due to theft listed under The Rental Protection Plan provisions in the Terms and Conditions on back page, including Customer's negligence.    **Customer Accepts (____)    Customer Declines (____)**

**READ BEFORE SIGNING:** United hereby leases to Customer the Equipment (as defined in the Terms and Conditions on the reverse side) and Customer hereby accepts all *TERMS AND CONDITIONS* listed in this rental agreement, including the Terms and Conditions set forth on the reverse side, which the undersigned has read and understands. REMINDERS: (1) Rates do not include fuel or delivery; (2) Optional Rental Protection Plan charge is 14% of the total rental charge for covered equipment; (3) Customer pays for all time the Equipment is out, including Saturdays, Sundays and Holidays.    (4) This rental agreement supersedes all other purchase orders or terms and conditions contained in any of Customer's agreements or forms; (5) Customer assumes all risk and is responsible for all damages and other costs, including late charges. Details of the above as well as other obligations and responsibilities are contained in the  TERMS AND CONDITIONS ON REVERSE SIDE OF THIS RENTAL AGREEMENT, (2) ACKNOWLEDGES RECEIPT OF THE EQUIPMENT IN GOOD WORKING ORDER AND, (3) IS FULLY FAMILIAR WITH ITS OPERATION AND USE.

X _____

| CUSTOMER SIGNATURE | DATE | NAME PRINTED | DELIVERED BY | DATE |
|---|---|---|---|---|

A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST    9/20/2007 2:22:03 PM

SEP-20-2007  13:45      WARDEN URTNOWSKI ZAHARONI            949 752 9320    P.40
                        VV JOIN AVENUS
**United**              KLAND, CA  94603       4 WEEK BILLING INVOICE
**Rentals**             10-562-3000                    ** COPY **
                        209-576-7883

**Job Site**
EAGLE ENVIRONMENTAL CONSTRUCT
WILL CALL OAKLAND
NEED JOB ADDRESS*****
OAKLAND, CA  94601
C#: 510-530-2480 J#: 510-530-2480



Customer.... 979697
Invoice #... 59034333-001
Invoice date  9/17/06
Date out....  8/31/06     11:15 AM
Billed thru.  9/28/06

Job Loc..... WILL CALL OAKLAND, OAKLAND
Job No...... 2 - EAGLE ENVIRONMEN
P.O. #...... LOUIS 510-847-5141
Ordered By.. LOUIS CHERRY
Written by.. CYCLE BILL
Salesperson. 5782
Terms....... Net 30 Days

**Customer**
EAGLE ENVIRONMENTAL CONSTRUCT
2775 BUTTERS DRIVE
OAKLAND, CA  94602

PLEASE REMIT PAYMENT TO:
UNITED RENTALS NORTHWEST, INC.
PO BOX 79337
CITY OF INDUSTRY, CA 91716-9337

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|-----|-------------|-----|-----|------|--------|--------|
| 1 | MOWER HIGH WEED SELF POWERED* | 55.00 | 107.00 | 420.00 | 1150.00 | 1150.00 |
|   | 891212    Make: BILLY GOAT  Model: BC2402H  Ser #: 032006135 | | | | | |
| 1 | CUTTER WEED GAS POWERED     * | 25.00 | 47.00 | 135.00 | 265.00 | 265.00 |
|   | 879904    Make: TANAKA  Model: TBC-340PFD  Ser #: 1018966-C072324 | | | | | |
| 1 | CUTTER WEED GAS POWERED     * | 25.00 | 47.00 | 135.00 | 265.00 | 265.00 |
|   | 560352    Make: ECHO  Model: SRM311U  Ser #: S340020011500 | | | | | |
|   | *******1 CAN FUEL******* | | | | | |
|   | W/ 2 HARNESSES | | | | | |

SALES ITEMS:

| Qty | Item number | Stock class | Unit | Price | Amount |
|-----|-------------|-------------|------|-------|--------|
| 1 | ENV | MCI | EA | 8.060 | 8.06 |
|   | ENVIRONMENTAL CHARGE | | | | |
|   | UM: (EA) EACH | | | | |

Sub-total:       1688.06
Rental protection:  235.20
Tax:        147.71
Total:       2070.97

BILLED FOR FOUR WEEKS  8/31/06 THRU  9/28/06  11:15 AM
RENTAL PROTECTION ACCEPTED



*ENVIRONMENTAL CHARGE: The items indicated above are subject to an environmental charge which is designed to recover the company's direct and indirect expenses for the handling, managing and disposing of waste products, hazardous materials, and related administrative costs. This is not a government mandated charge.
FUEL: Fuel charges do not include federal, state or local fuel excise taxes.

OPTIONAL RENTAL PROTECTION PLAN:   *THE RENTAL PROTECTION PLAN IS NOT INSURANCE!*  Upon accepting the Optional Rental Protection Plan, the Customer agrees to pay a charge equal to 14% of the rental charges on Equipment Customer wants covered by the Rental Protection Plan. In return, as set out on the back page, United agrees to waive certain claims for accidental damage to such covered Equipment occurring during normal and careful use. Customer remains liable for all damages and loss due to theft listed under The Rental Protection Plan provisions in the Terms and Conditions on back page, including Customer's negligence.    **Customer Accepts  (_____)          Customer Declines  (_____)**

READ BEFORE SIGNING:  United hereby leases to Customer the Equipment (as defined in the Terms and Conditions on the reverse side) and Customer hereby accepts it *TERMS AND CONDITIONS* listed in this rental agreement, including the Terms and Conditions set forth on the reverse side, which the undersigned has read and understands. REMINDERS: (1) Rates do not include fuel or delivery; (2) Optional Rental Protection Plan charge is 14% of the total rental charge for covered equipment; (3) Customer pays for all time the Equipment is out, including Saturdays, Sundays and Holidays.    (4) This rental agreement supersedes all other purchase orders or terms and conditions contained in any of Customer's agreements or forms; (5) Customer assumes all risk and is responsible for all damages and other costs, including late charges. Details of the above as well as other obligations and responsibilities are contained in the  TERMS AND CONDITIONS ON REVERSE. THE INDIVIDUAL SIGNING BELOW AS ON BEHALF OF CUSTOMER: (1) AGREES TO ALL OF THE TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS RENTAL AGREEMENT, (2) ACKNOWLEDGES RECEIPT OF THE EQUIPMENT IN GOOD WORKING ORDER AND, (3) IS FULLY FAMILIAR WITH ITS OPERATION AND USE.

X

| CUSTOMER SIGNATURE | DATE | NAME PRINTED | DELIVERED BY | DATE |
|---|---|---|---|---|

A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST.tif - 9/20/2007 2:22:03 PM

SEP-20-2007  13:45    WARREN URTNOWSKI ZAHARONI    949 752 9320    P.41

**United Rentals**



1475 MARBANGION AVENUE
.N LEANDRO, CA  94578
.10-357-5900
209-576-7883

4 ⌣ EK BILLING INVOICE
** COPY **

Job Site

ALAMEDA NAVAL AIR BASE
2900 MAIN ST
ALAMEDA, CA  94501

C#: 510-530-2480 J#: 510-530-2480

Customer.... 979697
Invoice #... 59070199-001
Invoice date  9/18/06
Date out....  9/01/06    12:14 PM
Billed thru.  9/29/06

Job Loc..... 2900 MAIN ST, ALAMEDA
Job No...... 1 - ALAMEDA NAVAL AI
P.O. #...... NONE
Ordered By.. JACK VARFIL
Written by.. CYCLE BILL
Salesperson. 5782
Terms....... Net 30 Days

Customer

EAGLE ENVIRONMENTAL CONSTRUCT
2775 BUTTERS DRIVE
OAKLAND, CA  94602

PLEASE REMIT PAYMENT TO:
UNITED RENTALS NORTHWEST, INC.
PO BOX 79337
CITY OF INDUSTRY, CA 91716-9337

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|
| 1 | MOWER HIGH WEED SELF POWERED* | 55.00 | 107.00 | 420.00 . | 1150.00 | 1150.0( |
|  | 730961    Make: BILLY GOAT  Model: BC2401H  Ser #: 042505177 | | | | | |

SALES ITEMS:

| Qty | Item number | Stock class | Unit | Price | Amount |
|---|---|---|---|---|---|
| 1 | ENV | MCI | EA | 5.520 | 5.5: |
|  | ENVIRONMENTAL CHARGE | | | | |
|  | UM: (EA) EACH | | | | |

Sub-total:  1155.5
Rental protection:  161.0
Tax:  101.1
Total:  1417.6

BILLED FOR FOUR WEEKS  9/01/06 THRU  9/29/06  12:14 PM
RENTAL PROTECTION ACCEPTED



*ENVIRONMENTAL CHARGE: The items indicated above are subject to an environmental charge which is designed to recover the company's direct and indirect expenses for the handling, managing an disposing of waste products, hazardous materials, and related administrative costs. This is not a government mandated charge.
FUEL: Fuel charges do not include federal, state or local fuel excise taxes.

OPTIONAL RENTAL PROTECTION PLAN:  *THE RENTAL PROTECTION PLAN IS NOT INSURANCE!*  Upon accepting the Optional Rental  Protection Plan, the Customer agrees to pay a charge equa 14% of the rental charges on Equipment Customer wants covered by the Rental Protection Plan. In return, as set out on the back page, United agrees to waive certain claims for accidental damag such covered Equipment occuring during normal and careful use. Customer remains liable for all damages and loss due to theft listed under The Rental Protection Plan provisions in the Terms Conditions on back page, including Customer's negligence.    **Customer Accepts (____)**    **Customer Declines (____)**

READ BEFORE SIGNING: United hereby leases to Customer the Equipment (as defined in the Terms and Conditions on the reverse side) and Customer hereby accepts all *TERMS AND CONDITIONS* for in this rental agreement, including the Terms and Conditions set forth on the reverse side, which the undersigned has read and understands. REMINDERS: (1) Rates do not include fuel or delivery; Optional Rental Proection Plan charge is 14% of the total rental charge for covered equipment; (3) Customer pays for all time the Equipment is out, including Saturdays,Sundays and Holidays.    (4) 1 rental agreement supercedes all other purchase orders or terms and conditions contained in any of Customer's agreements or forms; (5) Customer assumes all risk and is responsible for all damages other costs, including late charges. Details of the above as well as other obligations and responsibilities are contained in the  TERMS AND CONDITIONS ON REVERSE. THE INDIVIDUAL SIGNING BEL( AS OR ON BEHALF OF CUSTOMER: (1) AGREES TO ALL OF THE TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS RENTAL AGREEMENT, (2) ACKNOWLEDGES RECEIPT OF THE EQUIPMENT IN GOOD WORKING ORDER AND, (3) IS FULLY FAMILIAR WITH ITS OPERATION AND USE.

X

| CUSTOMER SIGNATURE | DATE | NAME PRINTED | DELIVERED BY | DATE |
|---|---|---|---|---|

A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST
59070199.in  9/20/2007 2:22:03 PM

SEP-20-2007 13:46  WARREN URTNOWSKI ZAHARONI  949 752 9320  P.42
1273 WASHINGTON AVENUE
SAN LEANDRO, CA 94578
510-357-5900
209-576-7883

**United Rentals**

**RENTAL RETURN INVOICE**
** COPY **



**Job Site**

EAGLE ENVIRONMENTAL CONSTRUCT
2775 BUTTERS DRIVE
OAKLAND, CA 94602

C#: 510-530-2480 J#: 510-530-2480

**Customer**

EAGLE ENVIRONMENTAL CONSTRUCT
2775 BUTTERS DRIVE
OAKLAND, CA 94602

Customer.... 979697
Invoice #... 59139609-001
Invoice date 9/06/06
Date out.... 9/06/06   8:44 AM
Date in..... 9/06/06   1:07 PM

Job Loc..... WILL CALL
Job No...... FOR SAN FRANCISCO
P.O. #...... LUMBARD ST
Ordered By.. PAUL
Written by.. UR053MD
Salesperson. 5782
Terms....... Net 30 Days

**PLEASE REMIT PAYMENT TO:**
UNITED RENTALS NORTHWEST, INC.
PO BOX 79137
CITY OF INDUSTRY, CA 91716-9337

| Qty | Equipment # | | Min | Day | Week | 4 Week | Amount |
|-----|-------------|---|-----|-----|------|--------|--------|
| 1 | TRUCK STAKE 24FT | * | 120.00 | 205.00 | 775.00 | 2295.00 | 120.00 |
| | 862196   Make: FORD  Model: F650  Ser #: 3FRNF65EX6V384545 | | | | | | |
| | MI OUT:  3266.00   MI IN:  3320.00   TOTAL:  54.00 | | | | | MIL CHG | 16.20 |

SALES ITEMS:

| Qty | Item number | Stock class | Unit | Price | Amount |
|-----|-------------|-------------|------|-------|--------|
| 1 | 2913 (CLOUT) | GLOBL | EA | 8.990 | 8.99 |
| | MECHANIC GLOVE | | | | |
| | UM: (EA) EACH | | | | |
| 1 | 15992 | CHHAN | RL | 9.990 | 9.99 |
| | TAPE, 3"X1000' YEL CAUTION-URI LOGO 3MIL | | | | |
| | UM: (RL) ROLL/SPOOL | | | | |
| 1 | ENV | MCI | EA | .650 | .65 |
| | ENVIRONMENTAL CHARGE | | | | |
| | UM: (EA) EACH | | | | |
| 9 | DSL | MCI | EA | 5.950 | 53.55 |
| | DIESEL | | | | |
| | UM: (EA) EACH | | | | |

Sub-total:       155.83
Fuel:        53.55
Rental protection:    19.07
Tax:        18.31
**Total:       246.76**

RENTAL PROTECTION ACCEPTED



*ENVIRONMENTAL CHARGE: The items indicated above are subject to an environmental charge which is designed to recover the company's direct and indirect expense for the handling, managing and disposing of waste products, hazardous materials, and related administrative costs. This is not a government mandated charge.
FUEL: Fuel charges do not include federal, state or local fuel excise taxes.

OPTIONAL RENTAL PROTECTION PLAN: *THE RENTAL PROTECTION PLAN IS NOT INSURANCE!* Upon accepting the Optional Rental Protection Plan, the Customer agrees to pay a charge equal to 14% of the rental charges on Equipment Customer wants covered by the Rental Protection Plan. In return, as set out on the back page, United agrees to waive certain claims for accidental damage to such covered Equipment occurring during normal and careful use. Customer remains liable for all damages and loss due to theft listed under The Rental Protection Plan provisions in the Terms and Conditions on back page, including Customer's negligence.  **Customer Accepts ( ___ )    Customer Declines ( ___ )**

READ BEFORE SIGNING: United hereby leases to Customer the Equipment (as defined in the Terms and Conditions on the reverse side) and Customer hereby accepts all TERMS AND CONDITIONS listed in this rental agreement, including the Terms and Conditions set forth on the reverse side, which the undersigned has read and understands. REMINDERS: (1) Rates are not included in fuel or delivery; (2) Optional Rental Protection Plan charge is 14% of the total rental charge for covered equipment; (3) Customer pays for all time the Equipment is out, including Saturdays, Sundays and Holidays.   (4) This rental agreement supersedes all other purchase orders of terms and conditions contained in any of Customer's agreements or forms; (5) Customer assumes all risk and is responsible for all damages and other costs, including late charges. Details of the above as well as other obligations and responsibilities are contained in the  TERMS AND CONDITIONS ON REVERSE. THE INDIVIDUAL SIGNING BELOW AS OR ON BEHALF OF CUSTOMER: (1) AGREES TO ALL OF THE TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS RENTAL AGREEMENT, (2) ACKNOWLEDGES RECEIPT OF THE EQUIPMENT IN GOOD WORKING ORDER AND, (3) IS FULLY FAMILIAR WITH ITS OPERATION AND USE.

X _____

| CUSTOMER SIGNATURE | DATE | NAME PRINTED | DELIVERED BY | DATE |

A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST.  03060.2.tif - 9/20/2007 2:22:03 PM

SEP-20-2007  13:46   WARREN URTNOWSKI ZAHARONI   949 752 9320   P.43

**United Rentals**

OAKLAND, CA  94603
510-562-3000
209-576-7883

# 4 WEEK BILLING INVOICE
## **COPY**

**Job Site**

EAGLE ENVIRONMENTAL CONSTRUCT
LEXINTONG STREET
ALAMEDA, CA  94501

C#: 510-530-2480 J#: 510-530-2480



Customer.... 979697
Invoice #... 59178391-001
Invoice date 9/23/06
Date out.... 9/07/06    9:49 AM
Billed thru. 10/05/06

Job Loc..... LEXINTONG STREET, ALAMEDA
Job No...... 3 - EAGLE ENVIRONMEN
P.O. #...... JACK BARFIELD
Ordered By.. JACK BARFIELD
Written by.. CYCLE BILL
Salesperson. 5782
Terms....... Net 30 Days

**Customer**

EAGLE ENVIRONMENTAL CONSTRUCT
2775 BUTTERS DRIVE
OAKLAND, CA  94602

**PLEASE REMIT PAYMENT TO:**
UNITED RENTALS NORTHWEST, INC.
PO BOX 79337
CITY OF INDUSTRY, CA 91716-9337

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|
| 1 | SAW CHAIN 20" BAR          * | 35.00 | 56.00 | 215.00 | 520.00 | 520.00 |
|  | 844181   Make: STIHL  Model: MS290-20  Ser #: 267787768 | | | | | |

SALES ITEMS:

| Qty | Item number | Stock class | Unit | Price | Amount |
|---|---|---|---|---|---|
| 2 | 33RM2-72 | STIHL | EA | 14.590 | 29.18 |
|  | CHAIN SAW CHAIN - 20" X 3/8" | | | | |
|  | UM: (EA) EACH | | | | |
| 1 | ENV | MCI | EA | 2.490 | 2.49 |
|  | ENVIRONMENTAL CHARGE | | | | |
|  | UM: (EA) EACH | | | | |

```
                                     Sub-total:    551.67
                            Rental protection:      72.80
                                          Tax:      48.27
                                        Total:     672.74
```

BILLED FOR FOUR WEEKS  9/07/06 THRU 10/05/06  09:49 AM
RENTAL PROTECTION ACCEPTED



\*ENVIRONMENTAL CHARGE: The items indicated above are subject to an environmental charge which is designed to recover the company's direct and indirect expenses for the handling, managing and disposing of waste products, hazardous materials, and related administrative costs. This is not a government mandated charge.
FUEL: Fuel charges do not include federal, state or local fuel excise taxes.

OPTIONAL RENTAL PROTECTION PLAN:  *THE RENTAL PROTECTION PLAN IS NOT INSURANCE!*  Upon accepting the Optional Rental Protection Plan, the Customer agrees to pay a charge equal to 14% of the rental charges on Equipment Customer wants covered by the Rental Protection Plan. In return, as set out on the back page, United agrees to waive certain claims for accidental damage to such covered Equipment occuring during normal and careful use. Customer remains liable for all damages and loss due to theft listed under The Rental Protection Plan provisions in the Terms and Conditions on back page, including Customer's negligence.    *Customer Accepts (____)*         *Customer Declines (____)*

*READ BEFORE SIGNING:* United hereby leases to Customer the Equipment (as defined in the Terms and Conditions on the reverse side) and Customer hereby accepts all TERMS AND CONDITIONS listed in this rental agreement, including the Terms and Conditions set forth on the reverse side, which the undersigned has read and understands. REMINDERS: (1) Rates do not include fuel or delivery; (2) Optional Rental Proection Plan charge is 14% of the total rental charge for covered equipment; (3) Customer pays for all time the Equipment is out, including Saturdays, Sundays and Holidays.    (4) This rental agreement supersedes all other purchase orders or terms and conditions contained in any of Customer's agreements or forms; (5) Customer assumes all risk and is responsible for all damages and other costs, including late charges. Details of the above as well as other obligations and responsibilities are contained in the  TERMS AND CONDITIONS ON REVERSE. THE INDIVIDUAL SIGNING BELOW AS OR ON BEHALF OF CUSTOMER: (1) AGREES TO ALL OF THE TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS RENTAL AGREEMENT, (2) ACKNOWLEDGES RECEIPT OF THE EQUIPMENT IN GOOD WORKING ORDER AND, (3) IS FULLY FAMILIAR WITH ITS OPERATION AND USE.

**X** _____

| CUSTOMER SIGNATURE | DATE | NAME PRINTED | DELIVERED BY | DATE |

A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST.  9/20/2007 2:22:03 PM

SEP-20-2007  13:46   WARD?N URTNOWSKI ZAHARONI   949 752 9320   P.44

**United Rentals**

IREMONT, CA  94539
-10-657-5600
510-657-0793 FAX

4 ... EK BILLING INVOICE
** COPY **

**Job Site**

EAGLE ENVIRONMENTAL CONSTRUCT
2775 BUTTERS DRIVE
OAKLAND, CA  94602

C#: 510-530-2480 J#: 510-530-2480

**Customer**

EAGLE ENVIRONMENTAL CONSTRUCT
2775 BUTTERS DRIVE
OAKLAND, CA  94602

Customer.... 979697
Invoice #... 59294788-001
Invoice date  9/24/06
Date out.... 9/12/06      9:36 AM
Billed thru. 10/10/06

Job Loc..... TETRA TEC   ALAMEDA
Job No...... .
P.O. #...... .
Ordered By.. JACK BARFIIOD
Written by.. CYCLE BILL
Salesperson. 6356
Terms....... Net 30 Days

PLEASE REMIT PAYMENT TO:
UNITED RENTALS NORTHWEST, INC.
PO BOX 79337
CITY OF INDUSTRY, CA 91716-9337

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|-----|-------------|-----|-----|------|--------|--------|
| 1 | POST DRIVER (FENCE) | 22.00 | 22.00 | 40.00 | 70.00 | 70.0( |

SALES ITEMS:

| Qty | Item number | Stock class | Unit | Price | Amount |
|-----|-------------|-------------|------|-------|--------|
| 1 | 69500121431 | ECHO | EA | 17.000 | 17.0( |

BLADE, 10"
UM: (EA)  EACH = 1.00 BLADE

Sub-total:     87.0(
Rental protection:      9.8·
Tax:      7.6·
Total:    104.4

BILLED FOR FOUR WEEKS  9/12/06 THRU 10/10/06  09:36 AM
RENTAL PROTECTION ACCEPTED

```
*********************************************************
*                 ON ALL DELIVERED EQUIPMENT            *
*     YOU MUST CALL 510-657-5600 FOR TERMINATION NUMBER *
*                 TO STOP RENTAL CHARGES.               *
* ALL RENTAL RATES BASED ON 8HRS/DAY  40HRS/WEEK  160HRS/4 WEEKS *
*                                                       *
*       PLEASE CHECK YOUR INVOICE. NO ADJUSTMENT WILL BE*
*            MADE AFTER 15 DAYS OF INVOICE DATE!        *
*                                                       *
*      WE, UNITED RENTALS - FREMONT, WOULD LIKE TO TAKE THIS *
*    OPPORTUNITY TO EXPRESS OUR HEART FELT THANKS FOR YOUR BUSINESS. *
* WE ARE IN BUSINESS BECAUSE OF YOU AND WE APPRECIATE YOU CHOOSING US.*
*           FROM THE UNITED RENTALS FREMONT STAFF       *
*                  "CONSIDER IT DONE!"                  *
*********************************************************
*********************************************************
```

*ENVIRONMENTAL CHARGE: The items indicated above are subject to an environmental charge which is designed to recover the company's direct and indirect expenses for the handling, managing and disposing of waste products, hazardous materials, and related administrative costs. This is not a government mandated charge.
FUEL: Fuel charges do not include federal, state or local fuel excise taxes.

OPTIONAL RENTAL PROTECTION PLAN:  THE RENTAL PROTECTION PLAN IS NOT INSURANCE!  Upon accepting the Optional Rental Protection Plan, the Customer agrees to pay a charge equal 14% of the rental charges on Equipment Customer wants covered by the Rental Protection Plan. In return, as set out on the back page, United agrees to waive certain claims for accidental damage such covered Equipment occurring during normal and careful use. Customer remains liable for all damages and loss due to theft listed under The Rental Protection Plan provisions in the Terms Conditions on back page, including Customer's negligence.   **Customer Accepts** ( ___ )        **Customer Declines** ( ___ )

READ BEFORE SIGNING: United hereby leases to Customer the Equipment (as defined in the Terms and Conditions on the reverse side) and Customer hereby accepts all TERMS AND CONDITIONS listed in this rental agreement, including the Terms and Conditions set forth on the reverse side, which the undersigned has read and understands. REMINDERS: (1) Rates do not include fuel or delivery; (2) Optional Rental Proection Plan charge is 14% of the total rental charge for covered equipment; (3) Customer pays for all time the Equipment is out, including Saturdays, Sundays and Holidays.   (4) This rental agreement supersedes all other purchase orders or terms and conditions contained in any of Customer's agreements or forms; (5) Customer assumes all risk and is responsible for all damages other costs, including late charges. Details of the above as well as other obligations and responsibilities are contained in the  TERMS AND CONDITIONS ON REVERSE. THE INDIVIDUAL SIGNING BELOW AS OR ON BEHALF OF CUSTOMER: (1) AGREES TO ALL OF THE TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS RENTAL AGREEMENT, (2) ACKNOWLEDGES RECEIPT OF THE EQUIPMENT IN GOOD WORKING ORDER AND, (3) IS FULLY FAMILIAR WITH ITS OPERATION AND USE.

X

| CUSTOMER SIGNATURE | DATE | NAME PRINTED | | DELIVERED BY | DATE |
|---|---|---|---|---|---|

A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST.
10363422.tif  9/20/2007 2:2 03 PM

SEP-20-2007  13:46        WARREN URTNOWSKI ZAHARONI          949 752 9320    P.45
                          00 96TH AVENUE
**United**                KLAND, CA  94603              RE~AL RETURN INVOICE
**Rentals**               -10-562-3000                      ** COPY **
                          209-576-7883

**Job Site**

EAGLE ENVIRONMENTAL CONSTRUCT
2785 BUTTERS DRIVE
OAKLAND, CA  94602

C#: 510-530-2480 J#: 510-530-2480

| | |
|---|---|
| Customer.... | 979697 |
| Invoice #... | 60138119-001 |
| Invoice date | 10/13/06 |
| Date out.... | 10/13/06   10:30 AM |
| Date in..... | 10/13/06   3:18 PM |

Job Loc..... 2785 BUTTERS DRIVE, OAKLAND
Job No...... 4 - EAGLE ENVIRONMEN
P.O. #...... 27851
Ordered By.. LEWIS CHERRY
Written by.. UR549JN
Salesperson. 5782
Terms....... Net 30 Days

**Customer**

EAGLE ENVIRONMENTAL CONSTRUCT
2775 BUTTERS DRIVE
OAKLAND, CA  94602

PLEASE REMIT PAYMENT TO:
UNITED RENTALS NORTHWEST, INC.
PO BOX 79337
CITY OF INDUSTRY, CA 91716-9337



| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|
| 1 | CONCRETE BUGGY          *  | 24.00 | 24.00 | 67.00 | 198.00 | 24.00 |
|   | 600658EE   Make: U-CART  Model: ST-1.25  Ser #: 1T9DS1225XS362401 | | | | | |

SALES ITEMS:

| Qty | Item number | Stock class | Unit | Price | Amount |
|---|---|---|---|---|---|
| 1 | 00133 | NWINT | EA | 31.650 | 31.65 |
|   | WRENCH, ADJUSTABLE 12" | | | | |
|   | UM: (EA) EACH | | | | |
| 1 | 00180 | NWINT | EA | 10.370 | 10.37 |
|   | 12" LOCK-PLIER CURVED | | | | |
|   | UM: (EA) EACH | | | | |
| 1 | 00093 | NWINT | EA | 18.316 | 18.32 |
|   | PLIER, 16" GROOVE-JOINT | | | | |
|   | UM: (EA) EACH | | | | |
| 1 | 02549-88-77 | COLEM | EA | 39.840 | 39.84 |
|   | EXTENSION CORD, 100' 12/3 LIT NE-PNK/GRN | | | | |
|   | UM: (EA) EACH | | | | |
|   | Priced as marked | | | | |
| 1 | 02549-88-P1 | COLEM | EA | 40.000 | 40.00 |
|   | EXTENSION CORD, 100' 12/3 LIT PRPL/WHT | | | | |
|   | UM: (EA) EACH | | | | |
| 1 | 11198 | MARSH | EA | 12.590 | 12.59 |
|   | TROWEL, MARGIN 5" X 2" DURA-HNDL(52D) | | | | |
|   | UM: (EA) EACH | | | | |
| 2 | 15992 | CHHAN | RL | 9.990 | 19.98 |
|   | TAPE, 3"X1000' YEL CAUTION-URI LOGO 3MIL | | | | |
|   | UM: (RL) ROLL/SPOOL | | | | |
| 1 | C27 | ZOBEL | EA | 3.990 | 3.99 |
|   | SIGN CARDBOARD VARIOUS | | | | |
|   | UM: (EA) EACH | | | | |
| 1 | 3/4BCHPLNT | MCI | EA | 81.000 | 81.00 |
|   | 3/4 YARD CONCRETE BATCH PLANT MIX | | | | |
|   | UM: (EA) EACH | | | | |
|   | Six sack | | | | |
| 1 | ENV | MCI | EA | .110 | .11 |
|   | ENVIRONMENTAL CHARGE | | | | |
|   | UM: (EA) EACH | | | | |

|  | |
|---|---|
| Sub-total: | 281.85 |
| Rental protection: | 3.36 |
| Tax: | 24.68 |
| **Total:** | **309.89** |

RENTAL PROTECTION ACCEPTED

*ENVIRONMENTAL CHARGE: The items indicated above are subject to an environmental charge which is designed to recover the company's direct and indirect expenses for the handling, managing and disposing of waste products, hazardous materials, and related administrative costs. This is not a government mandated charge.
FUEL: Fuel charges do not include federal, state or local fuel excise taxes.

OPTIONAL RENTAL PROTECTION PLAN:  *THE RENTAL PROTECTION PLAN IS NOT INSURANCE!*  Upon accepting the Optional Rental Protection Plan, the Customer agrees to pay a charge equal to 14% of the rental charges on Equipment Customer wants covered by the Rental Protection Plan. In return, as set out on the back page, United agrees to waive certain claims for accidental damage t such covered Equipment occuring during normal and careful use. Customer remains liable for all damages and loss due to theft listed under The Rental Protection Plan provisions in the Terms an Conditions on back page, including Customer's negligence.    **Customer Accepts**  (_____)          **Customer Declines** (_____)

*READ BEFORE SIGNING:* United hereby leases to Customer the Equipment (as defined in the Terms on the reverse side) and Customer hereby accepts all TERMS AND CONDITIONS listed in this rental agreement, including the Terms and Conditions set forth on the reverse side, which the undersigned has read and understands. REMINDERS: (1) Rate to not include fuel or delivery; (2) Optional Rental Protection Plan charge is 14% of the total rental charge for covered equipment; (3) Customer pays for all time the Equipment is out, including Saturdays, Sundays and Holidays.    (4) This rental agreement supersedes all other purchase orders or terms and conditions contained in any of Customer's agreements or forms; (5) Customer assumes all risk and is responsible for all damages and other costs, including late charges. The above as well as other obligations and responsibilities are contained in the  TERMS AND CONDITIONS ON REVERSE. THE INDIVIDUAL SIGNING BELOW AS ON BEHALF OF CUSTOMER: (1) AGREES TO ALL OF THE TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS RENTAL AGREEMENT, (2) ACKNOWLEDGES RECEIPT OF THE EQUIPMENT IN GOOD WORKING ORDER AND, (3) IS FULLY FAMILIAR WITH ITS OPERATION AND USE.

X

| CUSTOMER SIGNATURE | DATE | NAME PRINTED | DELIVERED BY | DATE |
|---|---|---|---|---|

A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST.  9/20/2007 2:22:03 PM

SEP-20-2007  13:47    WARDEN URTNOWSKI ZAHARONI    949 752 9320    P.46
ICRAMENTO, CA  95838
16-922-9895
209-576-7883

**United Rentals**

## 4 WEEK BILLING INVOICE
** COPY **

**Job Site**

EAGLE ENVIRONMENTAL CONSTRUCT
WATT AVE
MCCLELLAN, CA  95652

C#: 510-530-2480  J#: 510-530-2480



Customer.... 979697
Invoice #... 60158942-001
Invoice date 10/30/06
Date out.... 10/14/06        9:12 AM
Billed thru. 11/11/06

Job Loc..... WATT AVE,
Job No...... 6 - EAGLE ENVIRONMEN
P.O. #...... 79011P2
Ordered By.. JACK BARFIELD
Written by.. CYCLE BILL
Salesperson. 4448
Terms....... Net 30 Days

**Customer**

EAGLE ENVIRONMENTAL CONSTRUCT
2775 BUTTERS DRIVE
OAKLAND, CA  94602

PLEASE REMIT PAYMENT TO:
UNITED RENTALS NORTHWEST, INC.
PO BOX 79337
CITY OF INDUSTRY, CA 91716-9337

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|-----|-------------|-----|-----|------|--------|--------|
| 1 | 10' ROLLING SCAFFOLD TOWER | 60.00 | 60.00 | 120.00 | 325.00 | 325.00 |
| 1 | 12' ROLLING SCAFFOLD TOWER | 65.00 | 65.00 | 140.00 | 350.00 | 350.00 |

Sub-total: 675.00
Rental protection: 94.50
Tax: 52.32
Total: 821.82

BILLED FOR FOUR WEEKS 10/14/06 THRU 11/11/06  09:12 AM
RENTAL PROTECTION ACCEPTED



*ENVIRONMENTAL CHARGE: The items indicated above are subject to an environmental charge which is designed to recover the company's direct and indirect expenses for the handling, managing and disposing of waste products, hazardous materials, and related administrative costs. This is not a government mandated charge.
FUEL: Fuel charges do not include federal, state or local fuel excise taxes.

OPTIONAL RENTAL PROTECTION PLAN:  *THE RENTAL PROTECTION PLAN IS NOT INSURANCE!*  Upon accepting the Optional Rental Protection Plan, the Customer agrees to pay a charge equal to 14% of the rental charges on Equipment Customer wants covered by the Rental Protection Plan. In return, as set out on the back page, United agrees to waive certain claims for accidental damage to such covered Equipment occuring during normal and careful use. Customer remains liable for all damages and loss due to theft listed under The Rental Protection Plan provisions in the Terms and Conditions on back page, including Customer's negligence.    *Customer Accepts (     )*        *Customer Declines (     )*

*READ BEFORE SIGNING:* United hereby leases to Customer the Equipment (as defined in the Terms and Conditions on the reverse side) and Customer hereby accepts it *TERMS AND CONDITIONS* listed in this rental agreement, including the Terms and Conditions set forth on the reverse side, which the undersigned has read and understands. REMINDERS: (1) Rates do not include fuel or delivery; (2) Optional Rental Protection Plan charge is 14% of the total rental charge for covered equipment; (3) Customer pays for all time the Equipment is out, including Saturdays, Sundays and Holidays.    (4) This rental agreement supersedes all other purchase orders or terms and conditions contained in any of Customer's agreements or forms; (5) Customer assumes all risk and is responsible for all damages and other costs, including late charges. Details of the above as well as other obligations and responsibilities are contained in the  TERMS AND CONDITIONS ON REVERSE THE INDIVIDUAL SIGNING BELOW AS OR ON BEHALF OF CUSTOMER: (1) AGREES TO ALL OF THE TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS RENTAL AGREEMENT, (2) ACKNOWLEDGES RECEIPT OF THE EQUIPMENT IN GOOD WORKING ORDER AND, (3) IS FULLY FAMILIAR WITH ITS OPERATION AND USE.

**X**



| CUSTOMER SIGNATURE | DATE | NAME PRINTED | DELIVERED BY | DATE |

A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST
10365922.tif - 9/20/2007 2:22:03 PM

SEP-20-2007  13:47     WARREN URTNOWSKI ZAHARONI          949 752 9320    P.47

**United Rentals**

WARREN URTNOWSKI ZAHARONI
~~ ~~~~~~~ ~~~
ICRAMENTO, CA  95838
~16-922-9895
209-576-7883

# 4 WEEK BILLING INVOICE
## ** COPY **



**Job Site**

EAGLE ENVIRONMENTAL CONSTRUCT
WATT AVE
MCCLELLAN, CA  95652

C#: 510-530-2480 J#: 510-530-2480

**Customer**

EAGLE ENVIRONMENTAL CONSTRUCT
2775 BUTTERS DRIVE
OAKLAND, CA  94602

Customer.... 979697
Invoice #... 60158942-002
Invoice date 11/27/06
Date out.... 10/14/06      9:12 AM
Billed thru. 12/09/06

Job Loc..... WATT AVE,
Job No...... 6 - EAGLE ENVIRONMEN
P.O. #...... 79011P2
Ordered By.. JACK BARFIELD
Written by.. CYCLE BILL
Salesperson. 4448
Terms....... Net 30 Days

PLEASE REMIT PAYMENT TO:
UNITED RENTALS NORTHWEST, INC.
PO BOX 79337
CITY OF INDUSTRY, CA 91716-9337

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|-----|-------------|-----|-----|------|--------|--------|
| 1 | 10' ROLLING SCAFFOLD TOWER | 60.00 | 60.00 | 120.00 | 325.00 | 325.00 |
| 1 | 12' ROLLING SCAFFOLD TOWER | 65.00 | 65.00 | 140.00 | 350.00 | 350.00 |

|  |  |
|--|--|
| Sub-total: | 675.00 |
| Rental protection: | 94.50 |
| Tax: | 52.32 |
| Total: | 821.82 |

BILLED FOR FOUR WEEKS 11/11/06 THRU 12/09/06  09:12 AM
RENTAL PROTECTION ACCEPTED



*ENVIRONMENTAL CHARGE: The items indicated above are subject to an environmental charge which is designed to recover the company's direct and indirect expenses for the handling, managing and disposing of waste products, hazardous materials, and related administrative costs. This is not a government mandated charge.
FUEL: Fuel charges do not include federal, state or local fuel excise taxes.

OPTIONAL RENTAL PROTECTION PLAN:  *THE RENTAL PROTECTION PLAN IS NOT INSURANCE!*  Upon accepting the Optional Rental Protection Plan, the Customer agrees to pay a charge equal to 14%  of the rental charges on Equipment Customer wants covered by the Rental Protection Plan. In return, as set out on the back page, United agrees to waive certain claims for accidental damage to such covered Equipment occurring during normal and careful use. Customer remains liable for all damages and loss due to theft listed under The Rental Protection Plan provisions in the Terms and Conditions on back page, including Customer's negligence.      **Customer Accepts  (_____)**          **Customer Declines  (_____)**

*READ BEFORE SIGNING:* United hereby leases to Customer the Equipment (as defined in the Terms and Conditions on the reverse side) and Customer hereby accepts all *TERMS AND CONDITIONS* listed in this rental agreement, including the Terms and Conditions set forth on the reverse side, which the undersigned has read and understands. REMINDERS: (1) Rents do not include fuel or delivery; (2) Optional Rental Protection Plan charge is 14% of the total rental charge for covered equipment; (3) Customer pays for all time the Equipment is out, including Saturdays, Sundays and Holidays.    (4) This rental agreement supersedes all other purchase orders or terms and conditions contained in any of Customer's agreements or forms; (5) Customer assumes all risk and is responsible for all damages and other costs, including late charges. Details of the above as well as other obligations and responsibilities are contained in the  TERMS AND CONDITIONS ON REVERSE. THE INDIVIDUAL SIGNING BELOW AS OR ON BEHALF OF CUSTOMER: (1) AGREES TO ALL OF THE TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS RENTAL AGREEMENT, (2) ACKNOWLEDGES RECEIPT OF THE EQUIPMENT IN GOOD WORKING ORDER AND, (3) IS FULLY FAMILIAR WITH ITS OPERATION AND USE.

X _____

| CUSTOMER SIGNATURE | DATE | NAME PRINTED | DELIVERED BY | DATE |
|---|---|---|---|---|

A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST.  9/20/2007 2:22:03 PM

SEP-20-2007  13:47

WARREN URTNOWSKI ZAHARONI
45 DISPLAY WAY
SCRAMENTO, CA  95838
16-922-9895
209-576-7883

949 752 9320    P.48

## United Rentals

# RE~AL RETURN INVOICE
** COPY **



**Job Site**

EAGLE ENVIRONMENTAL CONSTRUCT
WATT AVE
MCCLELLAN, CA  95652

C#: 510-530-2480 J#: 510-530-2480

**Customer**

EAGLE ENVIRONMENTAL CONSTRUCT
2775 BUTTERS DRIVE
OAKLAND, CA  94602

Customer.... 979697
Invoice #... 60442210-001
Invoice date 10/27/06
Date out.... 10/26/06    3:04 PM
Date in..... 10/27/06    1:10 PM

Job Loc..... WATT AVE,
Job No...... 6 - EAGLE ENVIRONMEN
P.O. #...... 79011P2
Ordered By.. FREDERICK
Written by.. UR516JG
Salesperson. 4448
Terms....... Net 30 Days

**PLEASE REMIT PAYMENT TO:**
UNITED RENTALS NORTHWEST, INC.
PO BOX 79337
CITY OF INDUSTRY, CA 91716-9337

| Qty | Equipment # | | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|---|
| 1 | SAW CUT-OFF 14 IN GAS | * | 45.00 | 80.00 | 325.00 | 660.00 | 95.00 |
| | 821920      Make: PARTNER | Model: K750  Ser #: 053800440 | | | | | |
| 1 | DIAMOND BLADE 14"/16"WET | | 43.00 | 43.00 | 180.00 | 480.00 | 43.00 |

SALES ITEMS:

| Qty | Item number | Stock class | Unit | Price | Amount |
|---|---|---|---|---|---|
| 1 | ENV | MCI | EA | .450 | .45 |
| | ENVIRONMENTAL CHARGE | | | | |
| | UM: (EA) EACH | | | | |
| .3 | GAS | MCI | EA | 5.750 | 1.73 |
| | GAS | | | | |
| | UM: (EA) EACH | | | | |

|  |  |
|---|---|
| Sub-total: | 138.45 |
| Fuel: | 1.73 |
| Rental protection: | 19.32 |
| Tax: | 10.88 |
| **Total:** | 170.38 |

RENTAL PROTECTION ACCEPTED



*ENVIRONMENTAL CHARGE: The items indicated above are subject to an environmental charge which is designed to recover the company's direct and indirect expenses for the handling, managing and disposing of waste products, hazardous materials, and related administrative costs. This is not a government mandated charge.
FUEL: Fuel charges do not include federal, state or local fuel excise taxes.

OPTIONAL RENTAL PROTECTION PLAN:  *THE RENTAL PROTECTION PLAN IS NOT INSURANCE!*  Upon accepting the Optional Rental Protection Plan, the Customer agrees to pay a charge equal to 14% of the rental charges on Equipment Customer wants covered by the Rental Protection Plan. In return, as set out on the back page, United agrees to waive certain claims for accidental damage to such covered Equipment occuring during normal and careful use. Customer remains liable for all damages and loss due to theft listed under The Rental Protection Plan provisions in the Terms and Conditions on back page, including Customer's negligence.    *Customer Accepts (_____)*        *Customer Declines (_____)*

READ BEFORE SIGNING: United hereby leases to Customer the Equipment (as defined in the Terms and Conditions on the reverse side) and Customer hereby accepts at TERMS AND CONDITIONS listed in this rental agreement, including the Terms and Conditions set forth on the reverse side, which the undersigned has read and understands. REMINDERS: (1) Rates do not include fuel or delivery; (2) Optional Rental Protection Plan charge is 14% of the total rental charge for covered equipment; (3) Customer pays for all time the Equipment is out, including Saturdays, Sundays and Holidays.    (4) This rental agreement supersedes all other purchase orders or terms and conditions contained in any of Customer's agreements or forms; (5) Customer assumes all risk and is responsible for all damages and other costs, including late charges. Details of the above as well as other obligations and responsibilities are contained in the  TERMS AND CONDITIONS ON REVERSE. THE INDIVIDUAL SIGNING BELOW AS OR ON BEHALF OF CUSTOMER: (1) AGREES TO ALL OF THE TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS RENTAL AGREEMENT, (2) ACKNOWLEDGES RECEIPT OF THE EQUIPMENT IN GOOD WORKING ORDER AND, (3) IS FULLY FAMILIAR WITH ITS OPERATION AND USE.

**X**

| CUSTOMER SIGNATURE | DATE | NAME PRINTED | DELIVERED BY | DATE |
|---|---|---|---|---|

A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST. - 9/20/2007 2:22:03 PM

**EXHIBIT  B**

SEP-20-2007  13:47    WARREN URTNOWSKI ZAHARONI    ............    949 752 9320    P.50
07/24/2006 14:50:14  Page 2 of 4





# Credit Application

### Page 1 of 3


1. FILL OUT FORM
2. PRINT
3. SIGN
4. CALL 1-800-UR-RENTS
Fax to the nearest location

To United Rentals, Inc., it's subsidiaries and affiliates (collectively, "United Rentals"):For the purpose of establishing credit with United Rentals, the undersigned Applicant furnishes the following information. Applicant represents and warrants said information is a true and correct statement of its financial condition.

EAGLE

| Business Applicant | A/P Contact Name | Email | Date |
|---|---|---|---|
| ENVIRONMENTAL CONSTRUCTION | RONALD BATISTEE | | 7-24-06 |

2775

| Address | Own ☐ Rent ☐ | Billing Address | City | State | Zip | Co |
|---|---|---|---|---|---|---|
| BUTTERS DRIVE | | | | | | |

| City | State | Zip |
|---|---|---|
| OAKLAND | CA | 94602 |

| Telephone No. | Fax No. | Yrs. in Business | # of Employees | Estimated Monthly Rental Income | Completed Current Profile on File? |
|---|---|---|---|---|---|
| (510) 530-2480 | (510) 482-8A10 | 5. | 22 | 20,000 | YES |

| Nature of Business | Previous Year Gross Sales | Contractor License No. | Type of Business: Sole Proprietor, Partnership, Corporation |
|---|---|---|---|
| GENERAL CONST. | 6,000,000 | #800389 | CORPORATION |

## Owners (If Applicant is a Sole Owner or Partnership)

| Officers (If Corporation) | Title | Social Security No. | Home Phone |
|---|---|---|---|
| Name RONALD BATISTE | PRESIDENT | 551 93 4133 | (510) 530-2480 |
| Address 2775 BUTTERS DRIVE, OAKLAND, CA 94602 | | | |
| Name DEBORAH McFADDEN | PRINCIPAL | 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 | (510) 530-249 |
| Address 2775 BUTTERS DRIVE, OAKLAND CA 94602 | | | |

## Bank or Savings Loan Association

| Name | Branch Address |
|---|---|
| MT. DIABLO BANK | PLEASANTON |

| Account No. | Contact Name | Telephone No. | Fax No. |
|---|---|---|---|
| VARIOUS | DAVID AYER | (925) 552-4324 | (925) 417-2108 |

| Name | Branch Address |
|---|---|
| | |

| Account No. | Contact Name | Telephone No. | Fax No. |
|---|---|---|---|
| | | | |

I hereby authorize bank named above to release information requested for the purpose of obtaining and/or reviewing credit.

Signature: _____

## Trade References

| Name | Address |
|---|---|
| SUN BELT RENTALS | 510 HARBOR BLVD, BELMONT CA |

| Contact Name | Telephone No. | Fax No. |
|---|---|---|
| SCOTT MICHAELSEN | 650-593-1100 | (650) 593-1011 |

| Name | Address |
|---|---|
| | |

| Contact Name | Telephone No. | Fax No. |
|---|---|---|
| | | |

| Name | Address |
|---|---|
| | |

| Contact Name | Telephone No. | Fax No. |
|---|---|---|
| | | |



SEP-20-2007  13:48    WARDEN URTNOWSKI ZAHARONI ........    949 762 9320    P.51
07/24/2006 14:5014 Page 3 of 4



# United Rentals

# Credit Application

### Page 2 of 3

**PLEASE SUPPLY THE FOLLOWING INFORMATION TO HELP US SERVE YOUR ACCOUNT NEEDS.**

1. Do you require a purchase order number on each invoice? If Yes, equipment will not be released unless provided.  Yes ☐  No ☒
2. Do you require a monthly statement?  Yes ☒  No ☐
3. Do you wish to purchase optional Rental Protection Plan (RPP) on each contract?  Yes ☒  No ☐
4. Have you ever had a previous account with United Rentals or its subsidiaries? If Yes, Where/Account No. _____  Yes ☐  No ☒
5. Have you provided a certificate of insurance evidencing general liability coverage and property coverage naming United Rentals as loss payee and additional insured?  (ATTACHED)  Yes ☐  No ☐

**OPEN ACCOUNT CREDIT TERMS:**

1. All invoices, except for those issued on sales agreements, are due and payable within 30 days from date of invoice. Invoices issued on sales agreements are due within 10 days from date of the sales agreement.
2. If equipment is rented for more than 4 weeks, periodic unsigned invoices will be issued for rental charge due. All such invoices are due and payable within 30 days of the invoice date.
3. At the discretion of United Rentals, any account with a delinquent balance may be placed on a cash basis any time, and the equipment picked up without notice.
4. United Rentals files preliminary lien notices and mechanics liens whenever necessary or required by law. This is a company policy, and is not a reflection of your credit standing.
5. For each delinquent account, customer agrees to pay a monthly service charge equal to 2% of the past due balance or the maximum service charge permitted by law in the state where the contract is signed.
6. Customer agrees to pay all reasonable attorney fees, collection costs, and court costs incurred by United Rentals in enforcing these terms and conditions.
7. Customer authorizes United Rentals to obtain credit reports, trade reports, and bank references for the purpose of determining the extension or continuation of credit to customer.
8. Customer agrees to the terms and conditions as stated on each and every United Rentals' agreement, contract or invoice.

The undersigned warrants that all information is correct, has read, accepted and agrees to be bound by all of the terms set forth in this document and in each rental contract entered into by the undersigned or his agents. It is understood and agreed that the undersigned specifically consents to United Rentals investigating of the applicant's credit history and may utilize credit reporting services for information on this undersigned. Facsimile copies will be accepted as originals.

The Federal Equal Credit Opportunity Act/regulation B prohibits creditors from discriminating against credit applicant's on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract), because all or part of the applicant's income derives from any public assistance program; or because the applicant has, in good faith, exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with the law concerning this credit is the Federal Trade Commission, Division of Credit Practices, 6th and Pennsylvania Avenue, NW Washington, D.C. 20580.

Date  7-24-06          Print Name:  RENAUD BATISTE

Signature: _____

Title:  PRESIDENT

**CONSENT TO OBTAIN CONSUMER CREDIT REPORT:**
The undersigned individual who is either a principal of the credit applicant or a sole proprietorship of the credit applicant, recognizing that his or her individual credit history may be a factor in the evaluation of the credit history of the applicant, hereby consents to and authorizes the use of a consumer credit report on the undersigned by the above named business credit grantor, from time to time as may be needed, in the credit evaluation process.

**CONTINUING PERSONAL GUARANTEE:**
The undersigned hereby unconditionally guarantee(s) the full and prompt payment to United Rentals when due all indebtedness, obligations, and liabilities of the customer named in the Credit Application, including all amounts now owing and arising in the future, and including any accrued attorney fees, and collection and court costs. The undersigned agrees to be personally bound by all credit terms of this guarantee. This guarantee shall continue in force until notice in writing sent by certified mail, return receipt requested, is received by United Rentals. This notice shall specify the date of termination, not to be less than seven (7) days after the notice and shall not affect any charges for transactions which the customer that were entered into prior to the termination date. The undersigned personal guarantor, recognizing that his or her individual credit history may be a necessary factor in the evaluation of this personal guarantee, hereby consents to and authorizes the use of a consumer credit report on the undersigned, by the above named business credit grantor, from time to time as may be needed, in the credit evaluation process.

Date  7-24-06          Signature: _____

Signature: _____

| For United Rentals Use Only: | | | | | |
|---|---|---|---|---|---|
| Date Rec! | Branch Name/#: | Credit Mgr Approval: | Date approved: | Account #! | Credit Limit: |
| | | | | | |

10353422.tif - 9/20/2007 2:22:03 PM

949 752 9320    P.52
SEP-20-2007  13:48    WARDEN URTNOWSKI ZAHARONI    ...₀₁    07/24/2006 14:50:14  Page 4 of 4



# United Rentals

## Customer Profile

### Page 3 of 3

*Please list all contacts involved in equipment rental and purchase transactions.*

---

**CUSTOMER PROFILE #1**

Individual responsible for rental and / or purchasing decisions

LOUIS CHERRY

Title: OPERATIONS MANAGER    Dept: OPERATIONS

**Address Information** | **Phone Numbers**

Name: STANFORD LINEAR ACCELERATOR CENTER    Direct Telephone: (650) 926-4624    Ext.

Address: MENLO PARK, CA 94025-7015    Alt.    Ext.

Address 2: 2575 SAND HILL ROAD, MAIL STOP 13    Fax: (650) 926-8785

City:    Mobile:

State / Zip:    Pager:    PIN:

Home:    e-mail:

**Miscellaneous**

- [ ] Manufacturing
- [✓] General Building Contractor
- [ ] Heavy Construction Contractor
- [ ] Special Trade Contractor
- [ ] Metal Mining
- [ ] Bituminous and Lignite Mining

- [ ] Oil and Gas Extraction
- [ ] Non-Metallic Mineral Mining
- [ ] Transportation
- [ ] Utilities
- [ ] Distribution
- [ ] Services

- [ ] Agriculture
- [ ] Federal Government
- [ ] State Government
- [ ] City Government
- [ ] Homeowner
- [ ] Other

---

**CUSTOMER PROFILE #2**

Individual responsible for rental and / or purchasing decisions

Title:    Dept:

**Address Information** | **Phone Numbers**

Name:    Direct Telephone:    Ext.

Address:    Alt.    Ext.

Address 2:    Fax:

City:    Mobile:

State / Zip:    Pager:    PIN:

Home:    e-mail:

**Miscellaneous**

- [ ] Manufacturing
- [ ] General Building Contractor
- [ ] Heavy Construction Contractor
- [ ] Special Trade Contractor
- [ ] Metal Mining
- [ ] Bituminous and Lignite Mining

- [ ] Oil and Gas Extraction
- [ ] Non-Metallic Mineral Mining
- [ ] Transportation
- [ ] Utilities
- [ ] Distribution
- [ ] Services

- [ ] Agriculture
- [ ] Federal Government
- [ ] State Government
- [ ] City Government
- [ ] Homeowner
- [ ] Other _____

**EXHIBIT C**

**United Rentals**

4000 Aleman Avenue ... ... ... ... ... ... ... ...

January 26, 2007

U.S. Department of the Navy Southwest Division
1220 Pacific Highway
San Diego, CA  92132

Eagle Environmental Construction
2775 Butters Drive
Oakland, CA  94602

Job:    Alameda Naval Air Base
        2900 Main Street
        Alameda, CA

YOU AND EACH OF YOU ARE HEREBY NOTIFIED that the undersigned, United
Rentals Northwest, Inc., furnished equipment to Eagle Environmental Construction
which were actually used in the construction of that certain Public work consisting of the
rental of construction equipment. The last of the rentals for which the claim is made, was
furnished within ninety days; and the amount claimed, after deducting all just credits and
offsets is $ 9328.19, together with interest, cost and attorney's fees thereon.

United Rentals Northwest, Inc.

Cynthia Mac Intosh,
Senior Credit Service Representative

SEP-20-2007  13:48    WARREN URTNOWSKI ZAHARONI    949 752 9320    P.55
USPS - Track & Confirm

Page 1 of 1

 **UNITED STATES POSTAL SERVICE**.

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: 7003 3110 0005 7290 0831
Status: Notice Left

We attempted to deliver your item at 3:57 PM on February 1, 2007 in
OAKLAND, CA 94602 and a notice was left. It can be redelivered or
picked up at the Post Office. If the item is unclaimed, it will be returned to
the sender. Information, if available, is updated every evening. Please
check again later.

*Additional Details >*     *Return to USPS.com Home >*

**Track & Confirm**

Enter Label/Receipt Number.

Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.    *Go >*

POSTAL INSPECTORS
Preserving the Trust

site map    contact us    government services    Jobs    **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



10353422.tif - 9/20/2007 2:29:08 PM

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To US Dept of the Navy Southwest Div
Street, Apt. No.; or PO Box No. 1220 Pacific Hwy
City, State, ZIP+4 San Diego CA 92132

PS Form 3800, June 2002    See Reverse for Instructions

7003 3110 0005 7290 0848

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Department of the
Navy Southwest Division
1220 Pacific Highway
San Diego, CA 92132

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addre

B. Received by ( Printed Name)    C. Date of Del
S. Booker                         2/2/0

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchan
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
*(Transfer from service label)*    7003 3110 0005 7290 0848

PS Form 3811, August 2001        Domestic Return Receipt        102595-02-M-

**EXHIBIT  D**

SEP-20-2007  13:49    WARREN URTNOWSKI ZAHARONI                949 752 9320    P.58



**United Rentals**

4230 Kiernan Ave., Ste. 140    Modesto, CA 95356    Tel: 209 576-7883    Fax: 209 545-5782    www.unitedrentals.com

December 1, 2006

Gerald Shmavonian
6219 N. Prospect
Fresno, CA  93711
Bond #900-1

Leland Stanford Jr. University Board of Trustees
655 Serra
Stanford, CA  94305

Eagle Environmental Construction
2775 Butters Drive
Oakland, CA  94602

Job:    "Stanford Linear Excelerator"
        2575 Sand Hill Road
        Menlo Park, CA

YOU AND EACH OF YOU ARE HEREBY NOTIFIED that the undersigned, United
Rentals Northwest, Inc., furnished equipment to Eagle Environmental Construction
which were actually used in the construction of that certain Public work consisting of the
rental of construction equipment. The last of the rentals for which the claim is made, was
furnished within ninety days; and the amount claimed, after deducting all just credits and
offsets is $ 25917.64, together with interest, cost and attorney's fees thereon.

United Rentals Northwest, Inc.

Cynthia Mac Intosh,
Senior Credit Service Representative

SENDER: COMPLETE THIS SECTION

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

Eagle Envir. Const.
3775 Butler Dr.

7006 0810 0005 5433 0058

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

SENDER: COMPLETE THIS SECTION

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

Leland Stanford
655 Serra

Leland Stanford University
655 Serra
Stanford, CA 94305

7006 0810 0005 5433 0041

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

SENDER: COMPLETE THIS SECTION

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

Gerald Shnavshian
6219 N. Prospect

Gerald Shnavshian
6219 N. Prospect
Fresno, CA 93711

7006 0810 0005 5433 0065

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540