NOV-13-2007  13:11    WARDEN URTNOWSKI ZAHARONI    949 752 9320    P.02

FILED
07 NOV 13 PM 3:49
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| Warden Urtnowski & Zaharoni, LLP, CSB 117720<br>2040 Main St Fl 14<br>Irvine            CA            92614 | (949) 752-0010 | |

ATTORNEY FOR (Name)

Insert of Court Name of Judicial District and Branch Court if any
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

SHORT TITLE OF CASE
UNITED RENTALS V. WIRELESS

| 1225789 | (HEARING) Date | Time | Dept | Case Number<br>C0704510EDL |
|---|---|---|---|---|
| | | | | REFERENCE NO<br>EAGLE CONSTRUCTION |

## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 21 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION, I SERVED THE:

AMENDED SUMMONS & FIRST AMENDED COMPLAINT
CIVIL COVER SHEET; STANDING ORDER; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE & ADR DEADLINES; STANDING ORDER RE CASE MANAGEMENT CONFERENCE, STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FRO TRIAL
SEE ATTACHMENT

ON: Leland Stanford Jr. University Board Of Trustees;
the governing trust of a California corporation

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE PERSON HEREINAFTER NAMED, A COPY THEREOF, AT:

AT: 655 Serra St

Stanford            CA            94305
ON    10/3/2007 AT    2:19:00 PM
COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF ABODE OR BUSINESS WITH A PERSON OF SUITABLE AGE AND DISCRETION.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:

MARGIE MARTINEZ, PAYROLL MANAGER, PERSON APPARENTLY IN CHARGE, HISPANIC FEMALE, 33YRS, BROWN

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING INFORMATION CONTAINED IN THE RETURN OF SERVICE AND STATEMENT OF SERVICE FEES IS TRUE AND CORRECT.

7a. Person Serving:    Shari    McKee

b. DDS Legal Support
2900 Bristol St
Costa Mesa, Ca 92626

c. (714) 662-5555

d. The fee for service was    $94.50
e. I am:
(1)        not a registered California process server:
(3) X     registered California process server:
   (i) Independant Contractor
   (i) Registration No:    903
   (i) County:    SANTA CLARA

8. I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

X _____
          SIGNATURE

10/18/2007

## PROOF OF SERVICE

NOV-13-2007 13:11    WARDEN URTNOWSKI ZAHARONI                          949 752 9320    P.03

| | | |
|---|---|---|
| Warden Urtnowski & Zaharoni, LLP, CSB 117720<br>2040 Main St Fl 14<br>Irvine    CA    92614 | TELEPHONE NO<br>(949) 752-0010 | FOR COURT USE ONLY |

ATTORNEY FOR (Name)

Insert of Court Name of Judicial District and Branch Court if any
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

SHORT TITLE OF CASE
UNITED RENTALS V. WIRELESS

| 1225789 | (HEARING) Date | Time | Dept | Case Number<br>C0704510EDL |
|---|---|---|---|---|
| | | | | REFERENCE NO<br>EAGLE CONSTRUCTION |

## PROOF OF SERVICE BY MAIL

1. I AM EMPLOYED IN, OR A RESIDENT OF, THE COUNTY IN WHICH THE MAILING OCCURED, AND NOT A PARTY TO THIS ACTION. AT THE TIME OF MAILING, I WAS AT LEAST 18 YEARS OF AGE OR OLDER

ON  10/04/07

5. b (4) AFTER SUBSTITUTED SERVICE UNDER SECTION 415.20 (a) or 415.20 (b) or 415.46 C.C.P. WAS MADE. I SERVED THE WITHIN:

AMENDED SUMMONS & FIRST AMENDED COMPLAINT
CIVIL COVER SHEET; STANDING ORDER; ORDER SETTING INITIAL CASE
MANAGEMENT CONFERENCE & ADR DEADLINES; STANDING ORDER RE CASE
MANAGEMENT CONFERENCE; STANDING ORDER FOR ALL JUDGES OF THE
NORTHERN DISTRICT OF CALIFORNIA; NOTICE OF ASSIGNMENT OF CASE TO
A UNITED STATES MAGISTRATE JUDGE FRO TRIAL
SEE ATTACHMENT

ON THE DEFENDANT IN SAID ACTION BY PLACING A TRUE COPY THEREOF ENCLOSED IN A SEALED ENVELOPE WITH POSTAGE THEREON PREPAID FOR FIRST CLASS IN THE UNITED STATES MAIL AT: COSTA MESA, CALIFORNIA, ADDRESSED AS FOLLOWS:

Leland Stanford Jr. University Board Of Trustees;
the governing trust of a California corporation

655 Serra St
Stanford    CA    94305

DECLARANT: cindy.waldren

b. DDS Legal Support
2900 Bristol St
Costa Mesa, Ca 92626

c. (714) 662-5555

d. The fee for service was    $94.50
e. I am:
   (1) X   not a registered California process server:
   (3)     registered California process server
           (i) Employee
           (i) Registration No: 434
           (i) County: Orange

8. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

10/18/2007                              X   Cindy Waldren
                                            SIGNATURE

## PROOF OF SERVICE

10354/89 tif  11/13/2007 1:45:11 PM

NOV-13-2007  13:12     WARDEN URTNOWSKI ZAHARONI           949 752 9320    P.04

| PETITIONER/PLAINTIFF: | UNITED RENTALS NORTHWEST | CASE NUMBER. |
|---|---|---|
| RESPONDENT/DEFENDANT: | WIRELESS COMMUNICATIONS | C0704510EDL |

WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO

ECF REGISTRATION INFORMATION HANDOUT

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATEES DISTRICT JUDGE

BLANK CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE


Legal Solutions Plus

10354/89 tif · 11/13/2007 1 46 11 PM