NOV-20-2007  13:59         EN URTNOWSKI ZAHARONI         949 752 9320    P.03

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|---|---|
| Warden Urtnowski & Zaharoni, Llp 2040 Main St Fl 14 | | | (949) 752-0010 | |
| Irvine | CA | 92614 | | |
| ATTORNEY FOR (Name | Plaintiff | | | |

ATTORNEY FOR (Name) Plaintiff

Name of Court Name of Judicial District and Branch Court if any
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

SHORT TITLE OF CASE
UNITED RENTALS V. WIRELESS

| | | | | Case Number: C0704510EDL |
|---|---|---|---|---|
| 1247451 | (HEARING) Date | Time | Dept | |
| | | | | REFERENCE NO EAGLE CONSTRUCTION |

## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 21 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION, I SERVED THE:

SUMMONS ON FIRST AMENDED COMPLAINT & FIRST AMENDED COMPLAINT
SEE ATTACHMENT

ON: Ronald Batiste, an Individual, by serving Darya

Durch, Esq., Agent for Service of Process

AT: 1 Kaiser Plz Ste 480

Oakland           CA           94612

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH

DARYA DRUCH, AGENT, AUTHORIZED TO RECEIVE
CAUCASIAN FEMALE 55YRS 5'6" 155LBS. GRAY HAIR

ON      11/8/2007  AT   1:14.00 PM

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING INFORMATION CONTAINED IN THE RETURN OF SERVICE AND STATEMENT OF SERVICE FEES IS TRUE AND CORRECT.

7a. Person Serving:     Parish     Scott

b. DDS Legal Support
2900 Bristol St
Costa Mesa, Ca 92626

c. (714) 662-5555

8. I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

d. The fee for service was                    $48.00
e. I am:
   (1)       not a registered California process server:
   (3) X     registered California process server:
             (i) Independant Contractor
             (i) Registration No:                     816
             (i) County:   ALAMEDA

X

SIGNATURE

11/15/2007

## PROOF OF SERVICE

10354972 tf - 11/20/2007 2 04 01 PM

NOV-20-2007  14:00        RDEN URTNOWSKI CASARONI                    949 752 9320    P.04

| PETITIONER/PLAINTIFF:  UNITED RENTALS NORTHWEST, INC. | CASE NUMBER |
|---|---|
| RESPONDENT/DEFENDANT:  WIRLESS COMMUNICATIONS UNLIMITED | C0704510EDL |

BLANK DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR
REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE;

BLANK CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE;

NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL;

U.S. DISTRICT COURT NORTHERN CALIFORNIA ECF REGISTRATION INFORMATION HANDOUT
PACKET;

WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO;

STANDING ORDER RE CASE MANAGEMENT CONFERENCE;

CONTENTS OF JOINT CASE MANAGEMENT STATEMENT;

ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;

STANDING ORDER;

CIVIL CASE COVER SHEET

Legal
Solutions
& Plus

TOTAL P.04