DARYA SARA DRUCH (State Bar 135827)
ATTORNEY AT LAW
One Kaiser Plaza, Suite 480
Oakland, California 94612
Telephone: (510) 465-1788
darya@daryalaw.com

Attorney for Defendant
Leland Stanford University

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED RENTALS NORTHWEST, an Oregon Corporation <br><br> Plaintiff <br><br> v. <br><br> WIRELESS COMMUNICATIONS UNLIMITED DBA EAGLE ENVIRONMENTAL CONSTRUCTION, A CALIFORNIA CORPORATION et. al. <br><br> Defendant | Docket No. C-07-04510 EDL <br><br><br> ANSWER TO AMENDED COMPLAINT ON BEHALF OF LELAND STANFORD UNIVERSITY |

COME NOW, Leland Stanford. University ("Stanford University") and answers the Amended Complaint as follows:

1.    Defendant has no information and belief with respect to the allegation contained in paragraph 1 of the Amended Complaint and on that basis denies the allegation.

2.    Defendant has no information and belief with respect to the allegation contained in paragraph 2 of the Amended Complaint and on that basis denies the allegation.

3.    Defendant has no information and belief with respect to the allegation contained in paragraph 3 of the Amended Complaint and on that basis denies the allegation.

4.    Defendant has no information and belief with respect to the allegation contained in paragraph 4 of the Amended Complaint and on that basis denies the allegation.

5.    Defendant admits the allegations contained in Paragraph 5 of the Amended Complaint.

6.    Defendant admits the allegations contained in Paragraph 6 of the Amended Complaint.

7.    Defendant has no information and belief with respect to the allegation contained in paragraph

1  7 of the Amended Complaint and on that basis denies the allegation.

2  8.     Defendant has no information and belief with respect to the allegation contained in paragraph
3  8 of the Amended Complaint and on that basis denies the allegation.

4  9.     Defendants incorporate by reference each and every response in paragraphs 1 - 8 above as
5  though fully set forth herein.

6  10.    Defendant has no information and belief with respect to the allegation contained in paragraphs
7  10 -17 of the Amended Complaint which are not directed at this answering defendant and on that basis
8  deny the allegation.

9  11.    Defendants incorporate by reference each and every response in paragraphs 1 - 10 above
10 (responding to 1-17 of the Amended Complaint) as though fully set forth herein.

11 12.    Defendant admits the allegations contained in Paragraph 19 of the Amended Complaint.

12 13.    Defendant admits the allegations contained in Paragraph 20 of the Amended Complaint.

13 14.    Defendant has no information and belief with respect to the allegation contained in paragraph
14 21 of the Amended Complaint and on that basis denies the allegation.

15 15.    Defendant has no information and belief with respect to the allegation contained in paragraph
16 22 of the Amended Complaint and on that basis denies the allegation.

17 16.    Defendant has no information and belief with respect to the allegation contained in paragraph
18 23 of the Amended Complaint and on that basis denies the allegation.

19 17.    Defendant has no information and belief with respect to the allegation contained in paragraph
20 24 of the Amended Complaint and on that basis denies the allegation.

21 18.    Defendant has no information and belief with respect to the allegation contained in paragraph
22 25 of the Amended Complaint and on that basis denies the allegation.

23 19.    Defendants incorporate by reference each and every response in paragraphs 1 - 19 above
24 (responding to paragraphs 1-25 of the Amended Complaint) as though fully set forth herein.

25 20.    Defendant has no information and belief with respect to the allegation contained in paragraphs
26 26 - 45 of the Amended Complaint which are not directed at this answering defendant and on that
27 basis deny the allegations.

28

## AFFIRMATIVE DEFENSES

**AFFIRMATIVE DEFENSE NUMBER 1:**

As a first and separate affirmative defense, defendant alleges that Plaintiffs Complaint fails to state a claim.

**AFFIRMATIVE DEFENSE NUMBER 2:**

As a second and separate affirmative defense, defendant alleges that the Plaintiffs are guilty of unclean hands.

**AFFIRMATIVE DEFENSE NUMBER 3:**

As a third and separate affirmative defense, defendant alleges that some of the equipment provided by United Rentals was defective and was improperly billed to Defendant. The defective equipment caused harm to Defendant.

**AFFIRMATIVE DEFENSE NUMBER 4:**

As a fourth and separate affirmative defense, defendant alleges that Plaintiff is not entitled to relief on any of its claims because Plaintiff has not suffered any damage as a result of any actions taken by Stanford University or its agents, if any.

**AFFIRMATIVE DEFENSE NUMBER 5:**

As a fifth and separate affirmative defense, defendant alleges that Plaintiff is not entitled to relief on any of its claims because Plaintiff's actions were the sole proximate cause of its injuries and damages, if any.

**AFFIRMATIVE DEFENSE NUMBER 6:**

As a sixth and separate affirmative defense, defendant alleges that Plaintiff is not entitled to relief on any of its claims because Plaintiff has waived and abandoned any liability of Stanford University by Plaintiff's own acts, conduct and omissions.

WHEREFORE, defendant Stanford alleges that United Rentals should take nothing by way of their Amended Complaint.

///

///

1  Dated: November 30, 2007

3                                                          DARYA S. DRUCH, ATTORNEY AT LAW

6  /s/ Darya S. Druch
   _____
7  Darya S. Druch, Attorney for Leland Stanford
   University ("Stanford University")