DARYA SARA DRUCH (State Bar 135827)
ATTORNEY AT LAW
One Kaiser Plaza, Suite 480
Oakland, California 94612
Telephone: (510) 465-1788
darya@daryalaw.com

Attorney for Defendant
Wireless Communications Unlimited, d.b.a Eagle Environmental Construction

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED RENTALS NORTHWEST, an Oregon Corporation<br><br>Plaintiff<br><br>v.<br><br>WIRELESS COMMUNICATIONS UNLIMITED DBA EAGLE ENVIRONMENTAL CONSTRUCTION, A CALIFORNIA CORPORATION et. al.<br><br>Defendant | Docket No. C-07-04510 EDL<br><br>ANSWER TO AMENDED COMPLAINT ON BEHALF OF WIRELESS COMMUNICATIONS UNLIMITED DBA EAGLE ENVIRONMENTAL CONSTRUCTION |

COME NOW, WIRELESS COMMUNICATIONS UNLIMITED DBA EAGLE ENVIRONMENTAL CONSTRUCTION, A CALIFORNIA CORPORATION (hereinafter "EEC") and answers the Complaint as follows:

1. Defendant has no information and belief with respect to the allegation contained in paragraph 1 of the Amended Complaint and on that basis denies the allegation.

2. Defendant admits the allegations contained in Paragraph 2 of the Amended Complaint.

3. Defendant admits the allegations contained in Paragraph 3 of the Amended Complaint.

4. Defendant has no information and belief with respect to the allegation contained in paragraph 4 of the Amended Complaint and on that basis denies the allegation.

5. Defendant admits the allegations contained in Paragraph 5 of the Amended Complaint.

6. Defendant admits the allegations contained in Paragraph 6 of the Amended Complaint.

7. Defendant has no information and belief with respect to the allegation contained in paragraph 7 of the Amended Complaint and on that basis denies the allegation.

8.   Defendant has no information and belief with respect to the allegation contained in paragraph 8 of the Amended Complaint and on that basis denies the allegation.

9.   Defendants incorporate by reference each and every response in paragraphs 1 - 8 above as though fully set forth herein.

10.  Defendant admits the allegations contained in Paragraph 10 of the Amended Complaint.

11.  Defendant admits the allegations contained in Paragraph 11 of the Amended Complaint.

12.  Defendant admits the allegations contained in Paragraph 12 of the Amended Complaint.

13.  Defendant admits the allegations contained in paragraph 13 of the Amended Complaint.

14.  Defendant denies the allegations contained in Paragraph 14 of the Complaint.

15.  Defendant has no information and belief with respect to the allegation contained in paragraph 15 of the Amended Complaint and on that basis denies the allegation.

16.  Defendant denies the allegations contained in Paragraph 16 of the Amended Complaint.

17.  Defendant denies the allegations contained in Paragraph 17 of the Amended Complaint.

18.  Defendants incorporate by reference each and every response in paragraphs 1 - 17 above as though fully set forth herein.

19.  Defendant admits the allegations contained in Paragraph 19 of the Amended Complaint.

20.  Defendant admits the allegations contained in Paragraph 20 of the Amended Complaint.

21.  Defendant admits the allegations contained in Paragraph 21 of the Amended Complaint.

22.  Defendant admits the allegations contained in Paragraph 22 of the Amended Complaint.

23.  Defendant has no information and belief with respect to the allegation contained in paragraph 23 of the Amended Complaint and on that basis denies the allegation.

24.  Defendant denies the allegations contained in Paragraph 24 of the Amended Complaint.

25.  Defendant denies the allegations contained in Paragraph 25 of the Amended Complaint.

26.  Defendants incorporate by reference each and every response in paragraphs 1 - 25 above as though fully set forth herein.

27.  Defendant denies the allegations contained in Paragraph 27 of the Amended Complaint.

28.  Defendant denies the allegations contained in Paragraph 28 of the Amended Complaint.

29.  Defendant denies the allegations contained in Paragraph 29 of the Amended Complaint.

30.  Defendants incorporate by reference each and every response in paragraphs 1 - 29 above as

1  though fully set forth herein.

2  31.    Defendant denies the allegations contained in Paragraph 31 of the Amended Complaint.

3  32.    Defendant denies the allegations contained in Paragraph 32 of the Amended Complaint.

4  33.    Defendants incorporate by reference each and every response in paragraphs 1 - 32 above as

5  though fully set forth herein.

6  34.    Defendant denies the allegations contained in Paragraph 34 of the Amended Complaint.

7  35.    Defendant denies the allegations contained in Paragraph 35 of the Amended Complaint.

8  36.    Defendants incorporate by reference each and every response in paragraphs 1 - 35 above as

9  though fully set forth herein.

10 37.    Defendant denies the allegations contained in Paragraph 37 of the Amended Complaint.

11 38.    Defendant denies the allegations contained in Paragraph 38 of the Amended Complaint.

12 39.    Defendants incorporate by reference each and every response in paragraphs 1 - 39 above as

13 though fully set forth herein.

14 40.    Defendant admits a personal guaranty was signed by Ronald Batiste, but denies the remaining

15  allegations contained in Paragraph 37 of the Amended Complaint.

16 41.    Defendant denies the allegations contained in Paragraph 41 of the Amended Complaint.

17 42.    Defendant denies the allegations contained in Paragraph 42 of the Amended Complaint.

18 43.    Defendant denies the allegations contained in Paragraph 43 of the Amended Complaint.

19 44.    Defendant denies the allegations contained in Paragraph 44 of the Amended Complaint.

20 45.    Defendant denies the allegations contained in Paragraph 45 of the Amended Complaint.

21

22                              AFFIRMATIVE DEFENSES

23 AFFIRMATIVE DEFENSE NUMBER 1:

24     As a first and separate affirmative defense, defendant alleges that Plaintiffs Complaint fails to

25 state a claim.

26 AFFIRMATIVE DEFENSE NUMBER 2:

27     As a second and separate affirmative defense, defendant alleges that the Plaintiffs are guilty

28 of unclean hands.

1 AFFIRMATIVE DEFENSE NUMBER 3:

2 As a third and separate affirmative defense, defendant alleges that some of the equipment
3 provided by United Rentals was defective and was improperly billed to Defendant. The defective
4 equipment caused harm to Defendant.

5 AFFIRMATIVE DEFENSE NUMBER 4:

6 As a fifth and separate affirmative defense, defendant alleges that Plaintiff is not entitled to
7 relief on any of its claims because Plaintiff's actions were the sole proximate cause of its injuries and
8 damages, if any.

9 WHEREFORE, defendant EEC alleges that United Rentals should take nothing by way of their
10 Amended Complaint.

12 Dated: November 30, 2007

14 DARYA S. DRUCH, ATTORNEY AT LAW

17 /s/ Darya S. Druch
_____
18 Darya S. Druch, Attorney for Wireless Communications
Unlimited, d.b.a Eagle Environmental Construction
19 (EEC")