DARYA SARA DRUCH (State Bar 135827)
ATTORNEY AT LAW
One Kaiser Plaza, Suite 480
Oakland, California 94612
Telephone: (510) 465-1788
darya@daryalaw.com

Attorney for Defendants
Wireless Communications Unlimited, d.b.a Eagle Environmental Construction;
Ronald Batiste and Leland Stanford University

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED RENTALS NORTHWEST, an Oregon Corporation<br><br>Plaintiff<br><br>v.<br><br>WIRELESS COMMUNICATIONS UNLIMITED DBA EAGLE ENVIRONMENTAL CONSTRUCTION, A CALIFORNIA CORPORATION et. al.<br><br>Defendant | Docket No. C-07-04510 EDL<br><br><br><br>Certificate of Service |

My place of business is in the County of Alameda; I am over the age of 18 years and not a party to the within action; my address is One Kaiser Plaza, Suite 480, Oakland, CA 94612.

On    November 30, 2007,  I served the within

**Answer to Amended Complaint on behalf of Wireless Communications Unlimited, d.b.a Eagle Environmental Construction; and**

**Answer to Amended Complaint on behalf of Ronald Batiste, and**

**Answer to Amended Complaint on behalf of Leland Stanford University**

    on the below-named in this action by placing a true copy thereof in a sealed envelope with postage thereon fully paid or via certified mail if so indicated below, in the United States Mail at Oakland, CA addressed as follows:

Neil Sholander
Urtnowski & Associates
2040 Main Street, 9th Floor
Irvine, CA 92614

1    I declare under penalty of perjury under the laws of the State of California that the foregoing
2 is true
3 and correct. Executed this November 30, 2007 in Oakland, California.
4
5                                                    /s/ Darya S. Druch
6                                                    _____
7                                                    Darya S. Druch