| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| Warden Urtnowski & Zaharoni, Llp<br>2040 Main St Fl 14<br>Irvine    CA    92614 | (949) 752-0010 | FILED<br>07 NOV 29 PM 3: 44 |
| ATTORNEY FOR (Name)   Plaintiff | | |
| Insert of Court Name of Judicial District and Branch Court if any<br>UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA | | |
| SHORT TITLE OF CASE<br>UNITED RENTALS V. WIRELESS | | |
| 1247440   (HEARING) Date   Time   Dept | | Case Number:<br>C0704510EDL |
| | | REFERENCE NO<br>EAGLE CONSTRUCTION |

## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 21 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION, I SERVED THE:

SUMMONS ON FIRST AMENDED COMPLAINT & FIRST AMENDED COMPLAINT
SEE ATTACHMENT

ON: Wireless Communications Ulimited, Dba Eagle
Environmental Construction, a California Corporation, by serving Darya Druch, Esq., Agent for Service of

AT: 1 Kaiser Plz Ste 480
Oakland    CA    94612

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH

DARYA DRUCH, AGENT; AUTHORIZED TO RECEIVE
CAUCASIAN FEMALE 55YRS 5'6" 155LBS. GRAY HAIR

ON    11/8/2007   AT   1:14:00 PM

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING INFORMATION CONTAINED IN THE RETURN OF SERVICE AND STATEMENT OF SERVICE FEES IS TRUE AND CORRECT.

7a. Person Serving:    Parish    Scott

b. DDS Legal Support
2900 Bristol St
Costa Mesa, Ca 92626

c. (714) 662-5555

d. The fee for service was    $89.90
e. I am:
(1)   not a registered California process server:
(3) X  registered California process server:
(i) Independant Contractor
(i) Registration No:   816
(i) County:   ALAMEDA

8. I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

11/20/2007

X  [signature]
SIGNATURE

## PROOF OF SERVICE

10355181 tif - 11/29/2007 1:18:46 PM

| PETITIONER/PLAINTIFF: UNITED RENTALS NORTHWEST, INC. | CASE NUMBER |
|---|---|
| RESPONDENT/DEFENDANT: WIRELESS COMMUNICATIONS UNLIMITED | C0704510EDL |

BLANK DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE;

BLANK CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE;

NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL;

U.S. DISTRICT COURT NORTHERN CALIFORNIA ECF REGISTRATION INFORMATION HANDOUT PACKET;

WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO;

STANDING ORDER RE CASE MANAGEMENT CONFERENCE;

CONTENTS OF JOINT CASE MANAGEMENT STATEMENT;

ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;

STANDING ORDER;

CIVIL CASE COVER SHEET



Legal Solutions Plus