In the United States District Court
for the Northern District of California
Magistrate Judge Elizabeth D. Laporte

CIVIL MINUTES

Date:   December 4, 2007

Case No:  **C-07-04510 EDL**

Case Name:  **UNITED RENTALS NORTHWEST, INC. v. WIRELESS COMMUNICATIONS UNLIMITED**

    Attorneys:   Pltf: William Warden (phone)   Deft: Darya Druch

    Deputy Clerk: Lili M. Harrell   FTR Digital Recorder: 10:12am- 10:18am

**PROCEEDINGS:**
    Initial Case Management Conference - Held

**ORDERED AFTER HEARING:**
    Case referred to the Court's ADR program for mediation.

**Order to be prepared by:**  [] Plntf  [] Deft  []  Court

**Case continued to:**   February 5, 2008 at 10:00am for Further Case Management Conference.

**Notes:**  Plaintiff shall effect service to Defendant Shmavonian within 30 days, or file dismissal of defendant. If case does not resolve at mediation, the Court will set pretrial and trial schedule at further CMC.

cc: ADR