J. Brian Urtnowski (CSB #117720)
Neil Sholander (CSB #225894)
URTNOWSKI & ASSOCIATES, P.C.
2040 Main St., Ninth Floor
Irvine, CA 92614
(949) 752-0010
(f) (949) 752-9320

Attorneys for: Plaintiff UNITED RENTALS NORTHWEST, INC.

FILED
JAN 2 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States For The Use of: UNITED RENTALS NORTHWEST, INC., an Oregon corporation, <br><br> Plaintiff, <br><br> vs. <br><br> WIRELESS COMMUNICATIONS UNLIMITED dba EAGLE ENVIRONMENTAL CONSTRUCTION, a California corporation; GERALD SHMAVONIAN; an individual; RONALD BATISTE, an individual; LELAND STANFORD Jr. UNIVERSITY BOARD OF TRUSTEES; the governing trust of a California corporation; and DOES 1 through 100, Inclusive, <br><br> Defendants. | DOCKET NO. C-07-04510 EDL <br><br> NOTICE OF DISMISSAL OF DEFENDANT GERALD SHMAVONIAN |

NOTICE IS HEREBY GIVEN that plaintiff voluntarily dismisses defendant Gerald Shmavonian with prejudice from the above-entitled action effective January 14, 2008.

///

///

---

Request for Dismissal

1

Urtnowski & Associates, P.C.
2040 Main St., Ninth Floor
Irvine, CA 92614
(949) 752-0010

1  Dated: January 14, 2008                    URTNOWSKI & ASSOCIATES, P.C.
2
3                                        By:  _____
                                              Neil M. Sholander
4                                             J. Brian Urtnowski
                                              Attorneys for United Rentals Northwest, Inc.
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Request for Dismissal                                     Urtnowski & Associates, P.C.
                             2                            2040 Main St., Ninth Floor
                                                          Irvine, CA 92614
                                                          (949) 752-0010

**PROOF OF SERVICE**

STATE OF CALIFORNIA )
                    ) ss
COUNTY OF ORANGE    )

I, Dana Rae Armbruster, am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is as follows: 2040 Main Street, Ninth Floor, Irvine, California 92614.

On January 14, 2008, I caused to be served the foregoing document(s) described as:

NOTICE OF DISMISSAL OF DEFENDANT GERALD SHMAVONIAN

to be served on the following interested parties:

[X] by placing [ ] the original and/or [X] true and correct copies thereof enclosed in a sealed envelope addressed as follows:

Darya Druch, Esq.
1 Kaiser Plaza, Ste. 480
Oakland, CA 94612

Gerald Shmavonian
6219 N. Prospect Ave.
Fresno, CA 92711-1658

[X] by U.S. FIRST CLASS MAIL
[ ] by PERSONAL SERVICE
[ ] VIA FACSIMILE/TELEFAX COPIER at:

[X] I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited in the U.S. Postage Service on that same day with postage thereon fully prepaid at Irvine, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Executed on January 14, 2008, at Irvine, California.

[X] I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
Dana Rae Armbruster

1

TOTAL P.04