1  J. Brian Urtnowski (CSB #117720)
   Neil Sholander (CSB #225894)
2  URTNOWSKI & ASSOCIATES, P.C.
   2040 Main St., Ninth Floor
3  Irvine, CA 92614
   (949) 752-0010
4  (f) (949) 752-9320

FILED
FEB -1 AM 11:23

Attorneys for: Plaintiff UNITED RENTALS NORTHWEST, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States For The Use of:<br>UNITED RENTALS NORTHWEST,<br>INC., an Oregon corporation,<br><br>          Plaintiff,<br><br>vs.<br><br>WIRELESS COMMUNICATIONS<br>UNLIMITED dba EAGLE<br>ENVIRONMENTAL<br>CONSTRUCTION, a California<br>corporation; GERALD SHMAVONIAN;<br>an individual; RONALD BATISTE, an<br>individual; LELAND STANFORD Jr.<br>UNIVERSITY BOARD OF<br>TRUSTEES; the governing trust of a<br>California corporation; and DOES 1<br>through 100, Inclusive,<br><br>          Defendants. | DOCKET NO. C-07-04510<br><br>NOTICE OF SETTLEMENT |

**TO THIS HONORABLE COURT AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that plaintiff United Rentals Northwest, Inc., ("United Rentals"), has reached a settlement with defendants Wireless Communications Unlimited dba Eagle Environmental Construction ("Eagle"), Ronald Batiste ("Batiste") and Leland Stanford Jr. University

Notice of Settlement

Board of Trustees ("Stanford"). The filing of appropriate Dismissals is pending upon execution of the settlement agreement.

Accordingly, United Rentals respectfully requests that this Court continue any and all currently scheduled dates and set an Order to Show Cause, re: Dismissal until after March 1, 2008, to permit the parties to comply with its obligations under the Agreement.

Dated: January 25, 2008                        URTNOWSKI & ASSOCIATES, P.C.


By:  _____
     Neil M. Sholander
     William P. Warden
     Attorneys for United Rentals Northwest, Inc.

PROOF OF SERVICE

STATE OF CALIFORNIA   )
                     ) ss
COUNTY OF ORANGE     )

  I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is as follows: 2040 Main Street, Ninth Floor, Irvine, California 92614

  On January 28, 2008, I caused to be served the foregoing document(s) described as: Notice of Settlement on the interested parties:

[X] by placing  [ ] the original and/or [X] true and correct copies thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Patrick H. Dunkley<br>Senior University Counsel<br>Building 170, 3rd Floor,<br>Main Quad<br>Stanford, CA 94305-2038 | Darya Sara Druch<br>One Kaiser Plaza<br>Suite 480<br>Oakland, CA 94612 |

[X] by U.S. FIRST CLASS MAIL
[ ] by PERSONAL SERVICE
[ ] VIA FACSIMILE/TELEFAX COPIER at: (949) 475-1800

[ ] I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited in the U.S. Postage Service on that same day with postage thereon fully prepaid at Irvine, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Executed on January 28, 2008, at Irvine, California.

[X] I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Debbie L. Neforos

Notice of Settlement